**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

BARRON PARTNERS, LP,

                    Plaintiff

      - against -

LAB123, INC., HENRY A. WARNER, FRED
FITZSIMMONS, KENT B. CONNALLY, KURT
KATZ, ROBERT TRUMPY, JEREMY A. WARNER,
DAVID FLEISNER, BIOSAFE LABORATORIES,
INC, and BIOSAFE MEDICAL TECHNOLOGIES,
INC.,

                    Defendants
----------------------------------------------------------X

Docket No: 07-CV-11135 (JSR)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the
Southern District of New York, I, Roger Crane, a member in good standing of the bar of this
Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Arthur W. Aufmann |
| Firm Name: | Edward T. Joyce & Associates, P.C. |
| Address: | 11 South LaSalle Street, Suite 1600 |
| City/State/Zip: | Chicago, Illinois 60603 |
| Phone Number: | (312) 641-2600 |
| Fax Number: | (312) 641-0360 |

Arthur W. Aufmann is a member of good standing of the Bar of the State of Illinois. There are
no pending disciplinary proceedings against Arthur W. Aufmann in any State or Federal court.

Dated: March 17, 2008
City, State:   New York, New York

Respectfully submitted,

_____
Roger Crane, Sponsoring Attorney
SDNY Bar
Firm Name: Nixon Peabody
Address:
City/State/Zip:
Phone Number:
Fax Number:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

BARRON PARTNERS, LP,

                             Plaintiff

                   - against -

LAB123, INC., HENRY A. WARNER, FRED
FITZSIMMONS, KENT B. CONNALLY, KURT
KATZ, ROBERT TRUMPY, JEREMY A. WARNER,
DAVID FLEISNER, BIOSAFE LABORATORIES,
INC, and BIOSAFE MEDICAL TECHNOLOGIES,
INC.,

                            Defendants
-----------------------------------------------------------X

Docket No: 07-CV-11135 (JSR)

AFFIDAVIT OF ROGER CRANE
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )
                       )
County of New York  )

Roger Crane, being duly sworn, hereby deposes and says as follows:

1.    I am Roger Crane of Nixon Peabody, counsel for Defendants, Fred Fitzsimmons and
David Fleisner, in the above-captioned action. I am familiar with the proceedings in
this case. I make this statement based on my personal knowledge of the facts set
forth herein and in support of my motion to admit Arthur W. Aufmann as counsel pro
hac vice to represent Defendants Fred Fitzsimmons and David Fleisner in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was
admitted to practice law in   August 6, 1974  . I am also admitted to the
bar of the United States District Court for the Southern District of New York, and am
in good standing with this Court.

3.    I have known Arthur W. Aufmann since  2006 .

4.    Arthur W. Aufmann is a Partner at Edward T. Joyce & Associates, P.C.

5.    I have found Mr. Aufmann to be a skilled attorney and a person of integrity. He is
experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Arthur W. Aufmann, pro hac
vice.

7.    I respectfully submit a proposed order granting the admission of Arthur W. Aufmann,
pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Arthur W. Aufmann, pro hac
vice, to represent Defendants Fred Fitzsimmons and David Fleisner in the above- captioned
matter, be granted.

Dated: March 13, 2008
City, State:    New York, New York
Notarized:

Respectfully submitted,

Roger Crane

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Arthur William Aufmann

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 1, 1982 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, March 14, 2008.

*Juleann Hornyak*

Clerk

## CERTIFICATE OF SERVICE

I, Yancy Fleetwood, hereby certify that on March 20, 2008, I caused to be served true and correct copies of the **Motion to Admit Counsel Pro Hac Vice, Affidavit of Roger Crane in Support of Motion to Admit counsel Pro Hac Vice and Proposed Order for Admission Pro Hac Vice on Written Motion** by First Class Mail, postage prepaid, upon:

       Barry R. Lax
       Lax & Neville, LLP
       1412 Broadway, Suite 1407
       New York, New York 10018

       Michael Desantis
       135 Crossways Park Drive
       Woodbury, NY 11797

                                         Yancy Fleetwood

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BARRON PARTNERS, LP,

                      Plaintiff

        - against -

LAB123, INC., HENRY A. WARNER, FRED
FITZSIMMONS, KENT B. CONNALLY, KURT
KATZ, ROBERT TRUMPY, JEREMY A. WARNER,
DAVID FLEISNER, BIOSAFE LABORATORIES,
INC, and BIOSAFE MEDICAL TECHNOLOGIES,
INC.,

                    Defendants
-----------------------------------------------------------X

Docket No: 07-CV-11135 (JSR)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Roger Crane, attorney for Defendants, Fred Fitzsimmons and David
Fleisner, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Arthur W. Aufmann |
| Firm Name: | Edward T. Joyce & Associates, P.C. |
| Address: | 11 South LaSalle Street, Suite 1600 |
| City/State/Zip: | Chicago, Illinois 60603 |
| Telephone/Fax: | (312) 641-2600/(312) 641-0360 |
| Email Address: | aaufmann@joycelaw.com |

is admitted to practice pro hac vice as counsel for Defendants, Fred Fitzsimmons and David
Fleisner, in the above-captioned case in the United States District Court for the Southern District
of New York. All attorneys appearing before this Court are subject to the Local Rules of this
Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Elextronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at
nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 13, 2008
City, State:  New York, New York

_____
Honorable Jed S. Rakoff