UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BARRON PARTNERS, LP,

                Docket No: 07-CV-11135 (JSR)

        Plaintiff

- against -

                **ORDER FOR ADMISSION**
                **PRO HAC VICE**

LAB123, INC., HENRY A. WARNER, FRED
                **ON WRITTEN MOTION**
FITZSIMMONS, KENT B. CONNALLY, KURT
KATZ, ROBERT TRUMPY, JEREMY A. WARNER,
DAVID FLEISNER, BIOSAFE LABORATORIES,
INC, and BIOSAFE MEDICAL TECHNOLOGIES,
INC.,

        Defendants
------------------------------------------------------------X

Upon the motion of Roger Crane, attorney for Defendants, Fred Fitzsimmons and David Fleisner, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Arthur W. Aufmann
    Firm Name:    Edward T. Joyce & Associates, P.C.
    Address:    11 South LaSalle Street, Suite 1600
    City/State/Zip:    Chicago, Illinois 60603
    Telephone/Fax:    (312) 641-2600/(312) 641-0360
    Email Address:    aaufmann@joycelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-08

is admitted to practice pro hac vice as counsel for Defendants, Fred Fitzsimmons and David Fleisner, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Elextronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 13, 2008
City, State: New York, New York

                                            _____
                                            Honorable Jed S. Rakoff
                                            3-25-08