Ivan J. Dolowich, Esq. (ID-3122)
Janene M. Marasciullo, Esq. ( *Pro Hac Vice)*
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-08

*Attorneys for Defendants Lab123, inc., Biosafe Llaboratories, Inc., Biosafe Medical Technologies, Inc., Henry A. Warner, Kent B. Connally, Kurt Katz, Robert Trumpy, and Jeremy J. Warner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BARRON PARTNERS, LP,

        Plaintiff,

-against-

LAB123, INC., HENRY A. WARNER, FRED
FITZSIMMONS, KENT B. CONNALLY, KURT
KATZ, ROBERT TRUMPY, JEREMY J. WARNER,
DAVID FLEISNER, BIOSAFE LABORATORIES,
INC. and BIOSAFE MEDICAL TECHNOLOGIES,
INC.,

        Defendants.

------------------------------------------------------------X

Docket No.: 07-CV-11135 (JSR)

**ORDER FOR MOTION OF PRO HAC VICE**

## ORDER

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Janene Marasciullo is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: April 24, 2008

_____
United States District Judge

cc:     Pro Hac Vice Attorney
       Court File

ND: 4824-7416-3714, v. 1

STATE OF NEW YORK     }
                      }SS:
COUNTY OF NASSAU      }

Beth Green, being duly sworn, deposes and says:

That Deponent is not a party to this action, is over 18 years of age and resides in Glen Cove, New York.

That on the 17th day of April 2008, Deponent served a copy of **Notice of Motion for Pro Hac Vice** upon:

Richard s. Prisco
1 Linden Place, Suite 201
Great Neck, NY 11021

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Beth Green

Sworn to before me this
17th day of April, 2008.

_____
Notary Public

ROSEANN KENNEDY
Notary Public, State of New York
No. 01KE4825968
Qualified in Nassau County
Commission Expires May 31, 20 11