Barron Partners LP - Private Company                                    Page 1 of 1



Home

Company

Investment Focus

Investment Types

Benefits
- Investment Structure
- Post Investment
- Competitive Analysis

Testimonials

Contact Us

**Barron Partners LP** is a private investment fund specializing in micro-cap companies. Barron has approximately $200 million in assets, a significant portion of which is cash.

*Relentless Pursuit of Excellence*

中文

## Private Company

Barron assists and invests in private companies that commit to immediately go public. We help these companies by introducing them to proven professionals including lawyers and accountants to navigate through the going public process cost effectively and painlessly. Barron's investments in Private Companies are typically allocated for:

- Funding of rapid internal growth
- Recapitalizations and balance sheet restructurings
- Acquisitions or mergers, including reverse mergers that result in publicly traded shares.
- Acquisitions of companies or interests therein from shareholders, financial owners, or strategic owners

All investment targets must meet the following criteria:

- Positive cash flow as measured by run-rate EBITDA, either through acquisition or growth
- Strong shareholder-oriented management and board of directors
- Strong corporate governance
- Strong organic revenue growth historically or currently and in the future
- Competitive advantage
- Excitement and uniqueness of the business
- High profit margins
- High return on capital

Pursuant Legal Information    Copyright 2006 Barron Partners LP. All rights reserved.

**Exhibit 1**



**BARRON PARTNERS LP**

- Home
- Company
- Investment Focus
- Investment Types
- Benefits
  - Investment Structure
  - Post Investment
  - Competitive Analysis
- Testimonials
- Contact Us

**Barron Partners LP** is a private investment fund specializing in micro-cap companies. Barron has approximately $200 million in assets, a significant portion of which is cash.

*Relentless Pursuit of Excellence*

## Competitive Analysis

**What Barron Partners Does Do**

- Long-only positions, aligning interests with other shareholders and the management of the company
- No use of leverage within the fund, reducing investment timeframe volatility
- Full due diligence process in a compressed time frame allowing Barron Partners to be comfortable as a long term holder
- Numerous relationships with follow-on investors, debt providers, strategic partners, and many other figures on Wall Street
- Preferred exit through block trades
- Warrant structure to provide additional capital to company in a timely manner at increasing share prices

**What Barron Partners Doesn't Do**

- Use of short positions, discounted equity lines and other market based pricing models that misalign interest with shareholders
- Use of leverage subjecting them to margin constraints and unstable investment periods
- Variable rate "Death Spiral" transactions which push share prices lower

中文

© Copyright 2006 Barron Partners LP. All rights reserved.

 中文

# BARRON PARTNERS LP

- Home
- Company
  - Mission
  - Team Members
- Investment Focus
- Investment Types
- Benefits
- Testimonials
- Contact Us

**Barron Partners LP** is a private investment fund specializing in micro-cap companies. Barron has approximately $200 million in assets, a significant portion of which is cash.

*Relentless Pursuit of Excellence*

## Team Members



**Andrew Barron Worden**, *Chairman & CEO*

Mr. Worden has over 20 years of experience founding, managing, planning, analyzing and investing with public and private companies. Mr. Worden graduated from Harvard University with a BA in Physical Sciences. He also studied engineering and entrepreneurship at MIT and finance and marketing at MIT's Sloan School of Management. Mr. Worden oversees Barron's existing portfolio, originates new investments and manages all investment activities.

Back

Important Legal Information    © Copyright 2006 Barron Partners LP. All rights reserved.



中文



# Team Members



**Matthew C. T. Samuel,** *Analyst*

Prior to joining Barron Partners in 2006, Matt worked for Niagara Investment Corporation, dealing primarily in venture capital and real estate. Matt graduated from the A.B. Freeman School of Business at Tulane University with a Masters of Finance in 2005, and a Bachelors of Science in Management in 2004. At Barron, Matt evaluates open market and PIPE opportunities, performs deal origination, due diligence, and assists the portfolio managers.

  Back

### BARRON PARTNERS LP

Home

Company

Investment Focus
> Philosophy
> Industries
> Recent Investments

Investment Types

Benefits

Testimonials

Contact Us

**Barron Partners LP** is a private investment fund specializing in micro-cap companies. Barron has approximately $200 million in assets, a significant portion of which is cash.

*Relentless Pursuit of Excellence*

Important Legal Information    © Copyright 2006 Barron Partners LP. All rights reserved