**Todd Kremin**

**From:** Leonardo Zangani [leonardo@zangani.com]
**Sent:** Wednesday, May 10, 2006 10:42 AM
**To:** abw@barronpartners.com
**Cc:** Henry Warner
**Subject:** Biosafe

Dear Andrew,
please check www.ebiosafe.com
Hank company is still private and is profitable.
At the present moment Hank has been approached to merge his operation in a shell.
Before he does this I suggested that he talk to you.
Mark can reach Hank at 847 234 8111.
Keep me posted.
ciao
--
Leonardo G. Zangani
Zangani Investor Community
908-788-9660 x926
www.zangani.com