# Todd Kremin

**From:** Matt Samuel [mcs@barronpartners.com]
**Sent:** Wednesday, August 30, 2006 11:16 AM
**To:** Henry Warner
**Subject:** RE: Lab123

Henry,

Great, we are working hard to get in touch with Andrew, but he is literally in the Artic Circle, so its very difficult. I will keep you posted. The last piece of this puzzle is getting in the escrow agreement, which I will send it to you as soon as I get it. Thank you for your patience.

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

---

**From:** Henry Warner [mailto:hwarner@ebiosafe.com]
**Sent:** Wednesday, August 30, 2006 11:13 AM
**To:** Matt Samuel
**Cc:** Jay Weil
**Subject:** Lab123

Matt:

Mike Sosnowik has formally taken the position as president of Lab123 and stands ready to sign the agreements, whenever appropriate.

*Hank*

Henry A. Warner
Chief Executive Officer
BIOSAFE Medical Technologies, inc.
847-234-8111

-----------CONFIDENTIALITY NOTICE-----------
This e-mail message may contain confidential and privileged information. If you have received this message by mistake, please notify us immediately by replying to this message or telephoning us at (847) 234-8111.

**Exhibit 9**