## Todd Kremin

| | |
|---|---|
| **From:** | Matt Samuel [mcs@barronpartners.com] |
| **Sent:** | Friday, June 02, 2006 2:08 PM |
| **To:** | Henry Warner |
| **Cc:** | Robert Trumpy; 'Andrew B. Worden' |
| **Subject:** | Biosafe Medical Letter of Intent |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | Letter of Intent Biosafe.doc |

Mr. Warner,

I have attached the Barron Partners letter of Intent for Biosafe Medical Technologies. Please review the terms, and feel free to contact me with any questions. Thank you for your time and we look forward to becoming your financial partner.

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 646-607-2223
mcs@barronpartners.com
www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.