# Todd Kremin

| | |
|---|---|
| **From:** | Robert Trumpy |
| **Sent:** | Thursday, June 15, 2006 11:26 AM |
| **To:** | 'mcs@barronpartners.com' |
| **Cc:** | Henry Warner |
| **Subject:** | Biosafe conference call |
| **Attachments:** | Retail proforma 06-14-06.xls |

Matt, here are the revised projections with our best assumptions/data. Since several of your people are on vacation next week could we have a status conf call on Friday AM?

Rob Trumpy, CPA
SVP and CFO
BioSafe Medical Technologies, Inc.
100 Field Drive, Suite 240
Lake Forest, IL 60045
Work:847-234-8111
Fax:847-234-8222
rtrumpy@ebiosafe.com

**Exhibit 19**

Retail Newco
Projected Income Statement
*INTERNAL USE ONLY - Confidential*

| | | 2005 (as if) | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| **Product Revenue:** | | | | | | |
| Cholestestol Panel | | $ 277,200 | 450,450 | 1,145,375 | 1,617,000 | 1,886,500 |
| TSH | | 255,906 | 471,192 | 1,218,600 | 1,706,040 | 1,827,900 |
| PSA | | 357,000 | 541,875 | 1,083,750 | 1,785,000 | 1,912,500 |
| Hemoglobin A1c | | 10,360 | 77,700 | 691,530 | 699,300 | 932,400 |
| Disease Management-Pharmacy | | 552,300 | 437,238 | 1,288,700 | 1,656,900 | 2,761,500 |
| Anemia Meter | | 4,185 | 209,250 | 781,200 | 837,000 | 627,750 |
| Rapid Allergy | | - | - | 1,276,800 | 2,394,000 | 2,992,500 |
| New Development | | - | - | - | 1,871,250 | 3,742,500 |
| Internet | | 125,887 | 455,289 | 865,123 | 1,038,148 | 1,245,777 |
| **Revenue via Acquisition** | | | | 8,351,078 | 13,604,638 | 17,929,327 |
| **Total Revenue** | | 1,582,838 | 2,642,994 | 3,123,325 | 4,825,089 | 6,386,897 |
| COGS-Biosafe Products | | 674,552 | 957,206 | | | |
| COGS via Acquisition | | - | - | 668,086 | 1,088,371 | 1,434,346 |
| Royalty to Biosafe | 8% | 126,627 | 211,439 | | | |
| **Total Gross Margin** | | 781,659 | 1,474,348 | 4,559,667 | 7,691,178 | 10,108,084 |
| % of Net Revenue | | 49% | 56% | 55% | 57% | 56% |
| **Selling, General and Administrative (non-public assumptions)** | | | | | | |
| Sales and Commissions | 2% | 31,657 | 52,860 | 167,022 | 272,093 | 358,587 |
| Other Salaries | | - | 90,000 | 570,000 | 650,000 | 730,000 |
| Rent/Utilities | | | 25,000 | 120,000 | 120,000 | 180,000 |
| Payroll Tax & Benefits | | 5,540 | 25,000 | 128,979 | 161,366 | 190,503 |
| Professional | | | 5,500 | 75,000 | 81,000 | 87,480 |
| General Insurance | | | 10,000 | 30,000 | 40,000 | 45,000 |
| Bad Debt @ | 1% | 15,828 | 26,430 | 83,511 | 136,046 | 179,293 |
| Other Expenses | | | 11,965 | 78,083 | 120,627 | 159,672 |
| Advertising/Marketing | | | 26,430 | 334,043 | 544,186 | 717,173 |
| Travel & Entertainment | 4% | | 5,000 | 45,000 | 60,000 | 75,000 |
| **Total S,G & A** | | 53,025 | 278,185 | 1,631,637 | 2,185,318 | 2,722,708 |
| **EBITDA** | | 728,634 | 1,196,163 | 2,928,030 | 5,505,860 | 7,385,376 |
| % of Revenue | | 46% | 45% | 35% | 40% | 41% |
| Depreciation and Amortization | | - | 220,000 | 265,000 | 315,000 | 370,000 |
| **EBIT** | | 728,634 | 976,163 | 2,663,030 | 5,190,860 | 7,015,376 |
| % of Revenue | | 46% | 37% | 32% | 38% | 39% |
| Interest Income | | 12,000 | - | 59,730 | 12,358 | 29,885 |
| Interest | | | | | | |
| **Pre Tax Profit (Loss)** | | 740,634 | 976,163 | 2,722,760 | 5,203,218 | 7,045,261 |
| Income Taxes | | 277,738 | 366,061 | 1,021,035 | 1,951,207 | 2,641,973 |
| **Net Income** | | 462,896 | 610,102 | 1,701,725 | 3,252,011 | 4,403,288 |
| % of Revenue | | 29% | 23% | 20% | 24% | 25% |

Confidential

Newco Retail
Projected Balance Sheet

Confidential
INTERNAL USE ONLY

| | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash | | 2,986,492 | 617,895 | 1,494,230 | 3,823,336 |
| Accounts Receivable (net of allowance) | | 377,571 | 1,193,011 | 1,943,520 | 2,561,332 |
| Inventories | | 100,000 | 200,000 | 250,000 | 2,400,000 |
| Prepaid Expenses | | 10,000 | 10,000 | 10,000 | 10,000 |
| Refundable Deposits | | | | | |
| Total Current Assets | 0 | 3,474,063 | 2,020,907 | 3,697,750 | 8,794,668 |
| Property, Equip & Cap Devl Costs, net | 0 | 80,000 | 80,000 | 95,000 | 120,000 |
| Goodwill | | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 |
| Product Licenses | 0 | 4,800,000 | 5,560,000 | 6,280,000 | 6,960,000 |
| **Total Assets** | 0 | 12,354,063 | 11,660,907 | 14,072,750 | 19,874,668 |
| **Liabilities** | | | | | |
| A/P Trade | | 113,961 | 349,080 | 518,912 | 677,543 |
| Payroll and Payroll Taxes | | 100,000 | 140,000 | 150,000 | 160,000 |
| Compliance Accrual | | 30,000 | 60,000 | 90,000 | 120,000 |
| Notes Payable - Current | | | | | |
| Total Current Liabilities | 0 | 243,961 | 549,080 | 758,912 | 957,543 |
| Other Long Term Liabilities | | | | | |
| Notes Payable - Long Term | 0 | 0 | (2,700,000) | (3,750,000) | (2,550,000) |
| **Total Liabilities** | 0 | 243,961 | (2,150,920) | (2,991,088) | (1,592,457) |
| **Shareholders Equity** | | | | | |
| Common Stock | 0 | 11,500,000 | 11,500,000 | 11,500,000 | 11,500,000 |
| Beg Retained Earnings | 0 | 0 | 610,102 | 2,311,826 | 5,563,838 |
| Current Period Income(Loss) | 0 | 610,102 | 1,701,725 | 3,252,011 | 4,403,288 |
| Ending Retained Earnings | 0 | 610,102 | 2,311,826 | 5,563,838 | 9,967,125 |
| **Total Stockholders Equity** | 0 | 12,110,102 | 13,811,826 | 17,063,838 | 21,467,125 |
| **Total Liabilities and Stockholders Equity** | 0 | 12,354,063 | 11,660,907 | 14,072,750 | 19,874,668 |

Newco Retail
Projected Statement of Cash Flow

Confidential
INTERNAL USE ONLY

| | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|
| Beg. Cash and Reserve for Future Development | | 0 | 2,986,492 | 617,895 | 1,494,230 |
| Net income (loss) | | 610,102 | 1,701,725 | 3,252,011 | 4,403,288 |
| Change in working capital (less cash): | | | | | |
| Current assets | 0 | (487,571) | (915,441) | (800,509) | (2,767,813) |
| Current liabilities | 0 | 243,961 | 305,119 | 209,832 | 198,631 |
| Depreciation/Amortization | 0 | 220,000 | 265,000 | 315,000 | 370,000 |
| Net PPE decrease (increase) including capitalized R & D | 0 | (5,100,000) | (1,025,000) | (1,050,000) | (1,075,000) |
| Goodwill purchase | | (4,000,000) | | | |
| Issue of Note Payable for License | | 2,500,000 | | | 2,000,000 |
| Repayment of Note Payable | | (2,500,000) | (2,700,000) | (1,050,000) | (800,000) |
| Increase other long term liability | | | | | |
| Issuance of common stock, net of fees | 0 | 11,500,000 | 0 | 0 | 0 |
| Ending Cash and Reserve for Future Development | - | 2,986,492 | 617,895 | 1,494,230 | 3,823,336 |

Projected Long Term Asset/Liability Work Schedule
INTERNAL USE ONLY   Confidential

| | | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|---|
| Fixed Assets | Beginning Balance | 0 | 0 | 80,000 | 80,000 | 95,000 |
| | Depreciation/Amort. | | (20,000) | (25,000) | (35,000) | (50,000) |
| | Purchases/Cap R&D | | 100,000 | 25,000 | 50,000 | 75,000 |
| | Ending Balance | 0 | 80,000 | 80,000 | 95,000 | 120,000 |
| License | Beg. Balance | 0 | 0 | 4,800,000 | 5,560,000 | 6,280,000 |
| Amort years  25 | Amortization | | (200,000) | (240,000) | (280,000) | (320,000) |
| | New licenses | | 5,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| | Ending Balance | 0 | 4,800,000 | 5,560,000 | 6,280,000 | 6,960,000 |

Projected Capitalization Table
INTERNAL USE ONLY
Confidential

| | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|
| Beginning Shares Issued/Outstanding | 0 | 0 | 12,166,666 | 12,166,666 | 12,166,666 |
| Shares Issued During Period - # | | 12,166,666 | | | |
| Ending Share Count | 0 | 12,166,666 | 12,166,666 | 12,166,666 | 12,166,666 |
| Beginning $ Value at Issued Price | | 0 | 12,000,000 | 12,000,000 | 12,000,000 |
| Shares Issued During Period - $ | | | | | |
| 2,500,000 @ $ 1.00 | | 2,500,000 | | | |
| 5,000,000 @ $ 1.00 | | 5,000,000 | | | |
| 1,500,000 @ $ - | INTERNAL USE ONLY | - | | | |
| 500,000 @ $ 1.00 | 500,000 | | | | |
| 2,666,666 @ $ 1.50 | 4,000,000 | | | | |
| Ending $ Value at Issued Price | 0 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 |

# Newco Retail

## Volume, Pricing and COGS

| | | Send-in | | | | Rapid tests | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| Year | | Cholesterol Panel | TSH | PSA | Hemoglobin A1c | Disease Mangt Kits | Anemia Meter | Rapid Allergy | New Development | |
| **2005** | Stores | 2,400 | 4,200 | 4,200 | 200 | 750 | 100 | | | |
| | Kits per Store/year | 6 | 3 | 4 | 4 | 80 | 3 | | | |
| | | 14,400 | 12,600 | 16,800 | 800 | 60,000 | 300 | | | |
| | Unit Price | $ 19.25 | $ 20.31 | $ 21.25 | $ 12.95 | $ 9.21 | $ 13.95 | | | |
| | Revenue | $ 277,200 | $ 255,906 | $ 357,000 | $ 10,360 | $ 552,300 | $ 4,185 | $ - | $ - | $ 1,456,951 |
| | COGS | $ 98,525 | $ 101,836 | $ 126,865 | $ 4,523 | $ 316,800 | $ 825 | $ - | $ - | $ 649,375 |
| **2006** | Stores | 3,900 | 5,800 | 5,100 | 1,200 | 1,900 | 2,500 | | | |
| | Kits per Store/year | 6 | 4 | 5 | 5 | 25 | 6 | | | |
| | | 23,400 | 23,200 | 25,500 | 6,000 | 47,500 | 15,000 | | | |
| | Unit Price | $ 19.25 | $ 20.31 | $ 21.25 | $ 12.95 | $ 9.21 | $ 13.95 | | | |
| | Revenue | $ 450,450 | $ 471,192 | $ 541,875 | $ 77,700 | $ 437,238 | $ 209,250 | $ - | $ - | $ 2,187,705 |
| | COGS | $ 160,103 | $ 187,508 | $ 192,563 | $ 33,924 | $ 250,800 | $ 41,250 | $ - | $ - | $ 866,148 |
| **2007** | Stores | 8,500 | 10,000 | 8,500 | 8,900 | 3,500 | 14,000 | 8,000 | | |
| | Kits per Store/year | 7 | 6 | 6 | 6 | 40 | 4 | 8 | | |
| | | 59,500 | 60,000 | 51,000 | 53,400 | 140,000 | 56,000 | 64,000 | | |
| | Unit Price | $ 19.25 | $ 20.31 | $ 21.25 | $ 12.95 | $ 9.21 | $ 13.95 | $ 19.95 | $ 24.95 | |
| | Revenue | $ 1,145,375 | $ 1,218,600 | $ 1,083,750 | $ 691,530 | $ 1,288,700 | $ 781,200 | $ 1,276,800 | $ - | $ 7,485,955 |
| | COGS | $ 407,099 | $ 484,935 | $ 385,127 | $ 301,924 | $ 739,200 | $ 154,000 | $ 478,016 | $ - | $ 2,950,300 |
| **2008** | Stores | 12,000 | 14,000 | 14,000 | 9,000 | 4,500 | 15,000 | 15,000 | 7,500 | |
| | Kits per Store/year | 7 | 6 | 6 | 6 | 40 | 4 | 8 | 10 | |
| | | 84,000 | 84,000 | 84,000 | 54,000 | 180,000 | 60,000 | 120,000 | 75,000 | |
| | Unit Price | $ 19.25 | $ 20.31 | $ 21.25 | $ 12.95 | $ 9.21 | $ 13.95 | $ 19.95 | $ 24.95 | |
| | Revenue | $ 1,617,000 | $ 1,706,040 | $ 1,785,000 | $ 699,300 | $ 1,656,900 | $ 837,000 | $ 2,394,000 | $ 1,871,250 | $ 12,566,490 |
| | COGS | $ 574,728 | $ 678,909 | $ 634,326 | $ 305,316 | $ 950,400 | $ 165,000 | $ 896,280 | $ 412,500 | $ 4,617,459 |
| **2009** | Stores | 14,000 | 15,000 | 15,000 | 12,000 | 10,000 | 15,000 | 15,000 | 15,000 | |
| | Kits per Store/year | 7 | 6 | 6 | 6 | 30 | 3 | 10 | 10 | |
| | | 98,000 | 90,000 | 90,000 | 72,000 | 300,000 | 45,000 | 150,000 | 150,000 | |
| | Unit Price | $ 19.25 | $ 20.31 | $ 21.25 | $ 12.95 | $ 9.21 | $ 13.95 | $ 19.95 | $ 24.95 | |
| | Revenue | $ 1,886,500 | $ 1,827,900 | $ 1,912,500 | $ 932,400 | $ 2,761,500 | $ 627,750 | $ 2,992,500 | $ 3,742,500 | $ 16,683,550 |
| | COGS | $ 670,516 | $ 727,403 | $ 679,635 | $ 407,088 | $ 1,584,000 | $ 123,750 | $ 1,120,350 | $ 825,000 | $ 6,137,742 |

## Cost of Goods Sold:

Unit COGS:

| | Cholesterol Panel | TSH | PSA | Hemoglobin A1c | Disease Management | Anemia | Rapid Allergy | New Development |
|---|---|---|---|---|---|---|---|---|
| Kits (& outbound shipping) | 2.00 | 3.95 | 1.20 | 1.49 | 1.95 | 2.50 | 6.79 | 5.00 |
| Lab Processing (if any & net of non-compliance) | 4.22 | 3.40 | 5.67 | 3.65 | 2.85 | 0.25 | 0.68 | 0.50 |
| Outsource Vendor Markup 10% | 0.62 | 0.73 | 0.69 | 0.51 | 0.48 | | | |
| Total Unit Cost | 6.84 | 8.08 | 7.55 | 5.65 | 5.28 | 2.75 | 7.47 | 5.50 |
| Wholesale price | 19.25 | 20.31 | 21.25 | 12.95 | 9.21 | 13.95 | 19.95 | 16.85 |
| Gross Margin % | 64% | 60% | 64% | 56% | 43% | 80% | 63% | 67% |

Newco Retail
Employee Listing

| Position | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| President | | 200,000 | 200,000 | 200,000 |
| Chief Accountant | | 75,000 | 75,000 | 75,000 |
| VP Sales | | 135,000 | 135,000 | 135,000 |
| Brand Manager(s) | | 80,000 | 80,000 | 160,000 |
| Sales Assistant | | 45,000 | 45,000 | 45,000 |
| Admin | | 35,000 | 35,000 | 35,000 |
| Total | - | 570,000 | 570,000 | 650,000 |

| 2009 |
|---:|
| 200,000 |
| 75,000 |
| 135,000 |
| 240,000 |
| 45,000 |
| 35,000 |
| **730,000** |