## Todd Kremin

| | |
|---|---|
| **From:** | Matt Samuel [mcs@barronpartners.com] |
| **Sent:** | Thursday, July 06, 2006 5:25 PM |
| **To:** | Robert Trumpy |
| **Cc:** | Henry Warner |
| **Subject:** | RE: Lab 123 status |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | LAB123 Preferred Registration Rights 7.6.06.DOC; LAB123 SPA 7.6.06.DOC; LAB123 Warrant A 7.6.06.DOC; LAB123 Warrant B 7.6.06.DOC |

Robert and Hank,
I have attached the basic drafts of our deal documents for the funding of Lab123. Please review these docuements, and get back to me with any questions. Please keep in mind that these are drafts and we still need to complete in several sections. Thank you for your time, and I look forward to hearing from you.
Regards,
Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

---

**From:** Robert Trumpy [mailto:rtrumpy@ebiosafe.com]
**Sent:** Thursday, July 06, 2006 10:58 AM
**To:** Matt Samuel
**Cc:** Henry Warner
**Subject:** Lab 123 status

Just checking on status of documents and the due diligence. Because of some vacations, any drafts you could send today would be appreciated. Thanks, Matt.

Rob Trumpy, CPA
SVP and CFO
BioSafe Medical Technologies, Inc.
100 Field Drive, Suite 240
Lake Forest, IL 60045
Work:847-234-8111
Fax:847-234-8222
rtrumpy@ebiosafe.com

-----------CONFIDENTIALITY NOTICE-----------
This e-mail message may contain confidential and privileged information. If you have received this message by mistake, please notify us immediately by replying to this message or telephoning us at (847) 234-8111.

**Exhibit 24**

4/28/2008