## Todd Kremin

| | |
|---|---|
| **From:** | Matt Samuel [mcs@barronpartners.com] |
| **Sent:** | Thursday, July 27, 2006 10:08 AM |
| **To:** | Robert Trumpy; Henry Warner |
| **Cc:** | 'Jay Weil'; 'Andrew Worden' |
| **Subject:** | Lab123 info |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Rob and Hank,

In order to close on the Lab123 deal, we are going to need more proof of revenue. We have your schedule of customers, but since the numbers are unaudited, we have no way to verify that these are accurate. If you could please supply me with invoices and proof of payments for your customers, it would go a long way toward getting this deal sealed up. Thank you for your help.

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.