# Todd Kremin

| | |
|---|---|
| **From:** | Matt Samuel [mcs@barronpartners.com] |
| **Sent:** | Thursday, September 21, 2006 2:17 PM |
| **To:** | 'Jay Weil'; escrow@tristatetitle.net |
| **Cc:** | Henry Warner; 'msosnowi'; Robert Trumpy |
| **Subject:** | Escrow Agreement Signed |
| **Attachments:** | Signed Escrow Closing.pdf |

Lab123 Team and Tristate Title,

I have attached the signed escrow instructions from both Mike Sosnowick (Lab123) and Andrew Worden (Barron Partners). We are ready to break escrow and fund the company. Please contact me with any questions via telephone as our email service is acting up. Congratulations and we look forward to a profitable future together.

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

Exhibit 34

4/28/2008