## Todd Kremin

**From:** Matt Samuel [mcs@barronpartners.com]
**Sent:** Thursday, October 12, 2006 6:16 PM
**To:** 'Jay Weil'
**Cc:** Henry Warner; msosnowi@optonline.net
**Subject:** RE: Lab123

Thanks Jay.

How is the board being compensated? I trust it is an amount typical for a company of this size and maturity.

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

---

**From:** Jay Weil [mailto:jweil@golawintl.com]
**Sent:** Wednesday, October 11, 2006 9:01 AM
**To:** mcs@barronpartners.com
**Cc:** hwarner@ebiosafe.com; msosnowi@optonline.net
**Subject:** Lab123

Attached is a signed copy of minutes of the September 29, 2006 Board meeting of Lab123, Inc. at which, among other things, three independent directors were elected and also appointed to newly established Audit and Compensation Committees in accordance with the Preferred Stock Purchase Agreement.

I heard from the examiner at the SEC who will be reviewing the SB-2. He said to expect comments by October 22, 2006. I'll keep you posted.

Very truly yours,

Jay Weil, Esq.
GUZOV OFSINK, LLC
600 Madison Avenue, 14th Floor
New York, New York 10022
Telephone 212-371-8008, ext. 104
Facsimile 212-688-7273
jweil@golawintl.com
www.golawintl.com

In accordance with Internal Revenue Service Circular 230, we advise you that unless otherwise expressly stated, any discussion of a federal tax issue in this communication or in any attachment is not intended to be used, and it cannot be used, for the purpose of avoiding federal tax penalties.

**Attention:** This e-mail is from a law firm, Guzov Ofsink, LLC (GO). The information contained in this e-mail message is confidential and intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are not an existing client of GO, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to GO in reply that you expect to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of GO, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality. Thank you.

4/28/2008