UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BARRON PARTNERS, LP,

                     Plaintiff,

        -against-

LAB123, INC., HENRY A. WARNER, FRED
FITZSIMMONS, KENT B. CONNALLY, KURT
KATZ, ROBERT TRUMPY, JEREMY J. WARNER,
DAVID FLEISNER, BIOSAFE LABORATORIES,
INC. and BIOSAFE MEDICAL TECHNOLOGIES,
INC.,

                    Defendants.
-----------------------------------------------------------------X

Docket No.: 07-CV-11135 (JSR)

TO:  Barry R. Lax, Esq.            Arthur W. Aufmann, Esq.
     Lax & Neville, LLP           Edward T. Joyce & Associates, P.C.
     1412 Broadway                11 South LaSalle Street
     Suite 1407                   Suite 1600
     New York, NY 10018           Chicago, Illinois 60603
     (212) 696-1999               (312) 641-2600

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon Defendants Lab 123, Henry A. Warner, Kent B. Connally, Robert Trumpy, Jeremy J. Warner, Biosafe Laboratories, Inc. and Biosafe Medical Technologies, Inc. have filed a Motion to Dismiss the Complaint against defendants Kent B. Connally and Jeremy J. Warner for lack of personal jurisdiction and a Motion to Dismiss the Complaint against all the above-named defendants, for failure to state a claim upon which relief can be granted.

In accordance with the Court's directions, plaintiff, Barron Partners, LP must file its opposition on or before May 14, 2008, and defendants must file their reply on or before May 21, 2008. The Court will hold oral argument on June 3, 2008 at 12:00 p.m.

Dated: April 30, 2008

                                              Respectfully submitted,

                                              */s/ Janene Marasciullo*

                                              Janene Marasciullo (*pro hac vice*)
                                              Todd Kremins
                                              Kaufman Dolowich & Voluck LLP
                                              135 Crossways Park Drive, Suite 201
                                              Woodbury, New York 11797
                                              E-mail – jmarasciullo@kdvlaw.com
                                              (516) 681-1100

## CERTIFICATE OF SERVICE

I, **TODD D. KREMEN, ESQUIRE**, attorney for Defendants, LAB123, INC., BIOSAFE LABORATORIES, INC., BIOSAFE MEDICAL TECHNOLOGIES, INC., HENRY A. WARNER, KENT B. CONNALLY, ROBERT TRUMPY and JEREMY J. WARNER, do hereby certify that a true and correct copy of the foregoing NOTICE OF MOTION was filed electronically with the Court using the CM/ECF system, which sent notification to the following parties:

>Barry R. Lax, Esq.
>Lax & Neville, LLP
>1412 Broadway
>Suite 1407
>New York, NY 10018
>(212) 696-1999

First Class Mail Only

>Arthur W. Aufmann, Esq.
>Edward T. Joyce & Associates, P.C.
>11 South LaSalle St., Suite 1600
>Chicago, Illinois 60603
>(312) 641-2600

Dated: April 30, 2008

TODD D. KREMIN, ESQ. (TK-0102)

ND: 4828-8435-5842, v. 1