## Todd Kremin

**From:** Andrew Worden [abw@barronpartners.com]
**Sent:** Thursday, May 11, 2006 3:24 PM
**To:** Henry Warner
**Cc:** leonardo@zangani.com
**Attachments:** Barron Partners Performance - 52 months through 04.30.06.pdf

Hank,

It was nice talking today.

Your company is well referred and exciting to us.

Some local references to call:

One of our top 3 investors:

Bob Steel

Bob Steel
KA Steel Chemical
630-257-3900 x 2294

Our top lawyer:

John H. Heuberger
DLA Piper Rudnick
  Gray Cary US LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
E-mail:     john.heuberger@dlapiper.com
Telephone: 312-368-4014
Direct Fax: 312-630-5322
Cell No.:    847-309-2341


Please review our web site at: www.barronpartners.com . Please read the testimonials if you have a chance.

We look forward to a continued dialog.

Best,

Andrew Barron Worden
Managing Partner
Barron Partners LP
730 Fifth Avenue, 9th Floor
New York NY 10019
tel 212-659-7790
Fax 646-607-2223
cell 917-854-0036
abw@barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

**BARRON PARTNERS LP**

## 2002-2006 STATEMENTS OF PERFORMANCE

| | Return | | | | Cumulative Return | | | |
|---|---|---|---|---|---|---|---|---|
| | BARRON | BARRON after perf. fee* | Russell Microcap | S&P 500 | BARRON | BARRON after perf. fee* | Russell Microcap | S&P 500 |
| Twelve Months ended Dec 31, 2002 | 76.9% | 56.1% | -16.1% | -23.4% | 76.9% | 56.1% | -16.1% | -23.4% |
| Twelve Months ended Dec 31, 2003 | 253.9% | 185.3% | 66.4% | 26.4% | 526.0% | 345.5% | 39.6% | -3.2% |
| Twelve Months ended Dec 31, 2004 | 93.3% | 68.1% | 14.1% | 9.0% | 1110.0% | 648.9% | 59.3% | 5.6% |
| Twelve Months ended Dec 31, 2005 | 57.8% | 42.2% | 2.6% | 3.1% | 1809.2% | 964.8% | 63.4% | 8.8% |
| Four Months ended Apr 30, 2006 | 10.0% | 7.3% | 13.5% | 5.0% | 2000.1% | 1042.5% | 85.4% | 14.3% |



**CUMULATIVE RETURN**



**NET ASSETS AT PERIOD END***
(in millions)

*Nine Months ended 9/30/02 numbers include individual accounts managed by Barron Capital Holdings Inc., have been reviewed by auditors Anchin, Block & Anchin, and are produced on the time weighted total return basis. Three Month Period ended 12/31/02 is produced on the time weighted total return basis, has been compiled by Barron Capital Advisors LLC and includes Barron Partners LP numbers as well as individual accounts managed by Barron Capital Holdings, Inc. Forty Months ended 04/30/06 numbers assume constant amount of capital invested from beginning of the year and only reflect Barron Partners LP numbers, no individual accounts included. Twenty four months ended 12/31/04 have been reviewed by auditors Anchin, Block & Anchin. Sixteen months ended 04/30/06 have been compiled by Barron Capital Advisors LLC as well, and are unaudited.

Barron returns are shown net of management fees and all partnership expenses, but excluding management fees on the general partner, affiliate or employee accounts. Barron returns after performance fee are shown net of management fees and all partnership expenses, as well as net of any perfomance fees. Barron Partners LP pays a 25% performance fee at the year end to the General Partner and up to 2% bonus performance fee to the key employees.

*Past performance is not indicative of future performance, and cannot guarantee future results.*