## Todd Kremin

| | |
|---|---|
| **From:** | Matt Samuel [mcs@barronpartners.com] |
| **Sent:** | Tuesday, June 13, 2006 5:08 PM |
| **To:** | Robert Trumpy |
| **Cc:** | Henry Warner |
| **Subject:** | Barron Due Diligence |

**Attachments:** Form DOB v3.doc; Form MDR.xls; Form MDR - Part I.doc; Form MDR - Part II.doc

Rob,

Thanks for sending over the letter of intent. I have attached our standard due diligence package, including our directors background forms. Please take a look at this package, and begin streaming over the information as soon as possible. Please send all information to the email addresses in the package. Could you also please send me any financial information you have on the products that will be spun into Newco? Thanks again for your help, we are really excited about this opportunity.

Regards,
Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

Exhibit 18

## Form MDR – Part I

**Instructions:** For both the Company and each Acquisition target, please provide the following materials in electronic format. Please provide all worksheets and financials in Excel format. Items should be submitted by email to MDR@BARRONPARTNERS.COM. To accelerate the process, we strongly recommended you send items immediately as they become available.

### Section A – Description of Offering and Use of Proceeds.

1. Briefly describe your Company, its management and business plan.
2. Explain the attractiveness of your company to investors.
3. How have your historical results compared to expectations and past guidance?
4. Describe your company's current and future capital requirements including anticipated amounts and funding timeline covering the next 24 months.
5. How long has your company been seeking the current round of financing?
6. For the current round, provide a schedule detailing the use of proceeds of this financing, being certain to include commission payable to brokers, finders fees, and legal expenses.

### Section B – Financials.

1. Monthly GAAP income statements for the Company and Acquisition Target(s) for the past six months. The format should give the greatest detail possible, but at a minimum must break out revenue and cost of sales by major products/divisions, SG&A, depreciation and amortization, interest expense and taxes accrued.
2. Quarterly and Annual GAAP financial statements for the Company and Acquisition Target(s) for the past two years in the same format as above. Audited financial statements (when available) must also be submitted but are not a substitute for the detailed statements.
3. The most recent GAAP balance sheet available.
4. Detailed Schedule of Current Assets with Aged Accounts Receivable summary.
5. Detailed Schedule of Current Liabilities with Aged Accounts Payable summary and summaries of accrued expenses and accrued compensation.
6. Detailed Schedule of Long Term Liabilities outlining basic terms of each outstanding debt or preferred stock series.
7. Pro Forma historical and projected financials for the Company and each Acquisition Target (breaking each division out separately).
8. Pro Forma projected working capital and monthly cash flow projections for six months.
9. Pro Forma projected capital expenditures for 12 months.
10. Pro Forma schedule of largest customers as a percentage of total revenue.

### Section C – Past Financings and Legal.

1. Detail all past financings being careful to disclose the split-adjusted price and quantity of shares/securities issued and any special rights: piggyback, ratchet/reset/toxic, conversion, warrant shares, options, MFN, first refusal, etc.
2. Detail all past, present, pending or threatened litigation or investigations at all levels, related to or involving the company, its officers or directors.
3. Provide copies of all business broker or finder's agreements executed within the past three years. Where only verbal agreements exist please provide a summary of the basic terms.
4. Provide a list of the company and acquisition target(s) officers and directors (full names) including addresses and contact info.
5. Provide a list of the company and acquisition target(s) legal business names, state of incorporation, DBAs, and physical and legal addresses of the various offices or states in which the companies do business.
6. Provide details of ownership structure, capital structure, including major shareholders, debtholders, and each class of stock outstanding.

# Form MDR – Part II

**Instructions:** For both the Company and each Acquisition target, please provide the following materials in electronic format. Please provide all worksheets and financials in Excel format. Items should be submitted by email to MDR@BARRONPARTNERS.COM. To accelerate the process, we strongly recommended you send items immediately as they become available.

## Section D – Contact Info.

1. Please provide complete contact info for all key executives, officers and directors, auditors and accountants, bankers (all areas), and lawyers.

## Section E – Business Opportunity

1. Provide copies of any business plans, strategic plans, business valuations, investor presentations and one page summaries made within the past two years.
2. Provide copies of press clippings, articles (including 3rd party articles), and conference call transcripts originating within the past 3 years.

## Section F – Backlog and Pipeline

1. Provide a summary and breakdown of the current backlog by product or service line of unfilled orders.
2. Is this backlog normal, high, low, increasing or declining?
3. What was the backlog one year ago?
4. Over what period of time will the backlog be fulfilled?
5. What are the policies governing when an order is considered firm and can be recorded into the backlog?
6. Provide evidence (contracts or PO's) supporting the backlog.
7. Provide a summary of potential pipeline sales that in addition to those provided in the backlog.

## Section G - Customer Concentration, Risk and Sales Outlook

1. Provide a worksheet showing sales by customer for the last twelve months covering at least 80% of total revenues.
2. Projected sales by customer (including new customers) for the next 12 months covering at least 80% of total projected revenues. Indicate the percentage likelihood of achieving the projected sales level for each customer.
3. For both worksheets, please indicate for each customer the percentage of total revenues.
4. For each customer, indicate whether it is dependent on maintaining the relationship with any other customer.
5. For each customer, indicate whether there is or has been any real or perceived conflicts of interest or related party transactions.
6. Provide explanation of any significantly increased sales projection.
7. Provide copies of any significant agreements, e.g. royalty or license agreements, long term sales contracts or distribution agreements.

## Section H - Customer References

**Instructions:** In order for us to verify current and projected sales volumes and to gauge customer satisfaction, we need to conduct a brief customer survey. Our questions will be provided for your review and approval prior to conducting the survey. In the meantime, please prepare and submit a schedule of contacts for all customers provided in **Section G** above. Just prior to our survey, please notify the contacts that a representative of our firm will be calling and inform the contact of the nature of our call.

## Section I - Customer Support

1. Detail and provide representative copies of all agreements with customers to provide any service, support, warranty or maintenance.

    2. Estimate the cost to the Company of providing such services.
    3. When are these costs collected from the customers?

**Section J - Collections**

    1. Provide quarterly DSO figures for the past two years.
    2. What is the company's charge-off policy?
    3. How are collections handled?
    4. Explain any negative trends.

**Section K - Suppliers and Outsourcing Agreements**

    1. List and provide copies of all significant agreements with vendors, manufacturers, retailers, brokers and suppliers.
    2. Provide contact information for the five largest suppliers as well as any key component or service suppliers.
    3. Indicated whether or not there are plans for back-up suppliers and identify the critical supply risks the company faces.
    4. What is the timing and cost of replacing critical suppliers?
    5. List and provide copies of all agreements pursuant to which products or services are or will be manufactured or provided by third parties.

**Section L – Past Financings and Appraisals**

    1. Provide copies of all term sheets, PPM's and closing documents for all previous financings.
    2. Provide copies of all agreements to pay finders fees or brokers fees for all previous financings as well as the proposed financing(s).
    3. Break down the use of proceeds from any previous rounds of financing within the past two years.
    4. Provide copies of any appraisals within the last 5 years as to the value of the Company.

**Section M – Partnerships and Earn-outs**

    1. Explain and provide copies of any partnership agreements, joint ventures, or co-marketing agreements currently being contemplated or in effect at any point during the past five years.
    2. Explain and provide copies of any revenue sharing, earnings sharing or earn-out agreements currently being contemplated or in effect at any point during the past five years.

**Section N - Properties**

    1. List and describe any real estate presently or formerly owned, leased, subleased or used, detailing size, use, cost basis, market value, lease payments and lessor's contact information.
    2. Provide copies of all lease agreements, loans and subleases related to all properties.
    3. Describe significant equipment, machinery, or computers including a schedule of acquisition dates, costs, useful life, depreciation and present book value.
    4. Provide copies of any audits conducted on or relating to equipment or systems material to the business.

**Section O - Capital Expenditures and R&D**

    1. Provide a breakdown of all capital equipment purchases in the past five years and as projected for the next five years including price paid, current market value, replacement cost, useful life, disposition plans, and ongoing service and maintenance costs.
    2. Please provide a list of Research and Development costs for the past five years and as projected for the next five years.
    3. Please provide copies of any contracts or commitments relating to Capital Equipment Lease or Purchase or R&D expense contracts.

**Section P – Legal and Accounting**

1. Provide copies of all legal action, administrative proceedings, or investigations involving the Company, its acquisition targets, divisions, property, assets, directors, officers, employees or agents.
2. Provide a listing and copies of all liens and collateral agreements against equipment, inventories or other property.
3. Provide copies of all management letters from the Company's accountants for each of the last three fiscal years.

## Section Q – Regulatory

1. Explain the applicable regulatory requirements for the industry including, where applicable, compliance with environmental laws.
2. List and provide copies of all franchises, permits, governmental certifications, concessions or similar authorizations necessary to the conduct of business.
3. Provide copies of all material regulatory filings with federal, state and local agencies.

## Section R – Risk and Insurance

1. Provide a list of all current insurance coverage including risk covered, aggregate and per event limits, annual premium, carrier and expiration date.
2. List any termination by an insurance carrier in the last 2 years.
3. List any significant claims in the past 5 years.
4. Provide a list of former divisions that were sold, abandoned or otherwise disposed of since the formation of the company.

## Section S – Other Liabilities

1. Provide copies and descriptions of all guarantees of obligations of third parties and any similar agreements.
2. Provide a description of any contingent liabilities.

## Section T – Personnel and Management

1. Provide an organizational chart detailing structure, positions, titles and names.
2. Provide CV's for all senior management.
3. Detail the number of employees, FT vs. PT, and employees to manager ratio.
4. Are any of the operations subject to unions/unionization?
5. Provide employment agreements for all key executives and any and all compensation of any kind to management.
6. List non-cash compensation and perks of management (automobile expenses, etc.)
7. Describe the bonus/incentive plans for management and all employees. Are they tied to performance or are they subjective? How are amounts determined? Are there written policies covering the process? If so, please furnish copies.
8. Provide copies of senior management performance reviews (most recent years).
9. Provide complete documentation relating to the employment of foreign nationals by the Company.

## Section U - Conflicts of Interest

1. Describe any and all real or potential conflicts of interest between key executives, management and directors.
2. Describe any and all real or potential conflicts of interest between the Company and its acquisition targets.
3. Provide copies of any inter-related party leaseholds, transactions, loans or arrangements.
4. Provide a summary of business and personal relationships and affiliations among directors, officers, shareholders, creditors, customers, suppliers and other business affiliates.
5. How are Directors nominated? How are Directors compensated?
6. Explain the company's plans to achieve an independent Board of Directors.

## Section V - Sales and Marketing

1. How is the sales force compensated (both the in-house sales force or reps and distributors)?
2. How much can a sales person earn?
3. What are average earnings, and how does that compare to the industry norms?
4. What has been the turnover rate in sales personnel for the last two years?
5. How are sales personnel evaluated?
6. Provide copies of all sales and marketing materials and a short description of each product or service offered.
7. Provide copies of all marketing studies and customer surveys conducted.
8. Provide copies of all competitive analyses conducted.

## Section W – Technology, Intellectual and Intangible Property

1. Provide copies of all agreements relating to technology or intellectual property that are material to the business, including agreements, understandings and proposed transactions with employees (past and present), consultants, stockholders and other third parties regarding ownership and/or use of intellectual property, and confidentiality, nondisclosure or assignment of inventions or intellectual property rights.
2. Provide a list of all patents owned or applied for, with descriptive titles, numbers, jurisdiction and copies of all correspondence to or from examining authorities or other parties regarding such patents and patent applications.
3. Provide a list of copyrights claimed and copies of filings and documentation with descriptive titles, numbers and jurisdiction.
4. Provide a list of all trademarks owned or used in the business, whether registered or unregistered, and copies of federal or state registrations.
5. Provide a list of all trademarks, trade names, patents, copyrights, trade secrets and other proprietary rights licensed to or from third parties.
6. Provide copies of license and sublicense agreements and any other agreements pursuant to which any technology or intellectual property rights have been assigned to or from third parties.
7. Provide a list of any other intangible holdings, including but not limited to, trade secrets, inventions and technical information.

CONFIDENTIAL

## Form DOB: Director/Officer Background

**INTRODUCTION:** Barron Partners conducts background and reference checks on all key officers and directors of its investment candidates. All information you submit is contained behind secured networks and is only accessible by a limited number of employees who have specific access rights to such systems. The computer that stores these records is kept on site in a secure environment, behind locked doors. In the even that Barron terminates the transaction being contemplated, your file is destroyed. None of your personal information is shared with any third parties.

**INSTRUCTIONS:** This form should be opened and completed in MS-Word. Upon completion please email the file to SECURE@BARRONPARTNERS.COM. If you choose to password protect the file please fax the password to (917) 591-7787. You must fax the signature page to (917) 591-7787. We can not conduct the background or reference checks until we receive the signature page.

HANDWRITTEN, FAXED OR SCANNED COPIES WILL NOT BE ACCEPTED.

LEAVE NO ITEMS BLANK. ALL INFORMATION IS REQUIRED. YOU MUST ANSWER "YES" or "NO" or indicate "NONE" wherever required.

**NOTICE:** FAILURE TO PROVIDE MATERIAL BACKGROUND INFORMATION AS REQUIRED BY THIS FORM OR THE WILLFUL OR FRAUDULENT SUBMITTAL OF A FALSE STATEMENT IN RESPONSE TO ANY SECTION MAY RESULT IN THE TERMINATION OF ANY TRANSACTIONS BEING CONTEMPLATED IN ASSOCIATION WITH THE DUE DILIGENCE EFFORTS BEING CONDUCTED HEREIN.

### SECTION 1 - Identification Information

First Name:
Middle Name (s):
Last Name:
Previous Name (Complete Name):
Primary Telephone #:
Alternate Telephone #:
Email Address:
Social Security Number:
Are you a U.S. citizen?
Visa or Work Permit Status: (Fax copy to (917) 591-7787 or scan and email to SECURE@BARRONPARTNERS.COM)
Driver's License (State Issued and Number):
Previous Driver's License (if held current license less than five years):
Date of Birth:
Place of Birth (City and State, or City and Country):
Marital Status: Single, Married, or Divorced?
Spouse's Complete Name:
Spouse's Date of Birth:
How long married?
If divorced, when?
How many children?

### SECTION 2 - Residential Addresses and Other Addresses

Beginning with your current residential address, list in reverse chronological order each residential address (U.S. and International), showing the name to who the property is title and indicating the dates you resided at each address. Leave no cells blank, if you do not remember, write "DNR". Provide as much information as possible.

| | Address (#, street, city, state, zip code): | Titled to (full name): | Fr. (MM/YY): | To (MM/YY): |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

In a separate list, show in reverse chronological order any other addresses (vacation homes, investment properties, or second or shared homes) indicating the dates you owned or had an interest in these properties. Leave no cells blank, if you do not remember, write "DNR".

| | Address (#, street, city, state, zip code): | Titled to (full name): | Fr. (MM/YY): | To (MM/YY): |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

List any other states or countries where you have resided or worked on a full-time basis for over six weeks:

| | Additional States and Countries | Duration of Stay |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

## SECTION 3 - Mailing Addresses

Beginning with your current mailing address, list in reverse chronological order each mailing address that differs from your residential address history provided in Section 2. Indicate the dates you received mail at each address. Leave no cells blank, if you do not remember, write "DNR".

| | Mailing Address (#, street (or box #), city, state, zip code): | Fr. (MM/YY): | To (MM/YY): |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## SECTION 4 - Employment, Business and Investment History with References

Beginning with your current employer, business, or investment entity, show in reverse chronological order all your past employer/entities, including all entities which you are/were a director, a primary or majority shareholder or founder of, ventures or projects which you advised, directed, or had any other non-employee relationship. **Leave no items blank.**

1. from __ (MM/YY) to __ (MM/YY)
2. Business Name:
3. Corporate Name (if different):
4. Other names under which does business:
5. State of Incorporation:
6. Is the Company still in business? If not, please explain.
7. Headquarters Address:
8. Website Address:
9. Address where you worked:
10. Main Phone:
11. Other Phone:
12. Your title and all positions held:
13. Your ownership %:
14. Your salary plus bonus:
15. Describe your responsibilities, ownership and the reason you left the firm.
16. Provide two references from this employer/entity including name, title, current position and place of employment, phone number and alternate phone number. In what capacity did these people work? What was their relation to you?

Continued next page...

CONFIDENTIAL

1. from ___ (MM/YY) to ___ (MM/YY)
2. Business Name:
3. Corporate Name (if different):
4. Other names under which does business:
5. State of Incorporation:
6. Is the Company still in business?  If not, please explain.
7. Headquarters Address:
8. Website Address:
9. Address where you worked:
10. Main Phone:
11. Other Phone:
12. Your title and all positions held:
13. Your ownership %:
14. Your salary plus bonus:
15. Describe your responsibilities, ownership and the reason you left the firm.
16. Provide two references from this employer/entity including name, title, current position and place of employment, phone number and alternate phone number.  In what capacity did these people work?  What was their relation to you?

---

1. from ___ (MM/YY) to ___ (MM/YY)
2. Business Name:
3. Corporate Name (if different):
4. Other names under which does business:
5. State of Incorporation:
6. Is the Company still in business?  If not, please explain.
7. Headquarters Address:
8. Website Address:
9. Address where you worked:
10. Main Phone:
11. Other Phone:
12. Your title and all positions held:
13. Your ownership %:
14. Your salary plus bonus:
15. Describe your responsibilities, ownership and the reason you left the firm.
16. Provide two references from this employer/entity including name, title, current position and place of employment, phone number and alternate phone number.  In what capacity did these people work?  What was their relation to you?

---

1. from ___ (MM/YY) to ___ (MM/YY)
2. Business Name:
3. Corporate Name (if different):
4. Other names under which does business:
5. State of Incorporation:
6. Is the Company still in business?  If not, please explain.
7. Headquarters Address:
8. Website Address:
9. Address where you worked:
10. Main Phone:
11. Other Phone:
12. Your title and all positions held:
13. Your ownership %:
14. Your salary plus bonus:
15. Describe your responsibilities, ownership and the reason you left the firm.
16. Provide two references from this employer/entity including name, title, current position and place of employment, phone number and alternate phone number.  In what capacity did these people work?  What was their relation to you?

CONFIDENTIAL

1. from __ (MM/YY) to __ (MM/YY)
2. Business Name:
3. Corporate Name (if different):
4. Other names under which does business:
5. State of Incorporation:
6. Is the Company still in business?  If not, please explain.
7. Headquarters Address:
8. Website Address:
9. Address where you worked:
10. Main Phone:
11. Other Phone:
12. Your title and all positions held:
13. Your ownership %:
14. Your salary plus bonus:
15. Describe your responsibilities, ownership and the reason you left the firm.
16. Provide two references from this employer/entity including name, title, current position and place of employment, phone number and alternate phone number.  In what capacity did these people work?  What was their relation to you?

1. from __ (MM/YY) to __ (MM/YY)
2. Business Name:
3. Corporate Name (if different):
4. Other names under which does business:
5. State of Incorporation:
6. Is the Company still in business?  If not, please explain.
7. Headquarters Address:
8. Website Address:
9. Address where you worked:
10. Main Phone:
11. Other Phone:
12. Your title and all positions held:
13. Your ownership %:
14. Your salary plus bonus:
15. Describe your responsibilities, ownership and the reason you left the firm.
16. Provide two references from this employer/entity including name, title, current position and place of employment, phone number and alternate phone number.  In what capacity did these people work?  What was their relation to you?

1. from __ (MM/YY) to __ (MM/YY)
2. Business Name:
3. Corporate Name (if different):
4. Other names under which does business:
5. State of Incorporation:
6. Is the Company still in business?  If not, please explain.
7. Headquarters Address:
8. Website Address:
9. Address where you worked:
10. Main Phone:
11. Other Phone:
12. Your title and all positions held:
13. Your ownership %:
14. Your salary plus bonus:
15. Describe your responsibilities, ownership and the reason you left the firm.
16. Provide two references from this employer/entity including name, title, current position and place of employment, phone number and alternate phone number.  In what capacity did these people work?  What was their relation to you?

## Section 5 - Additional Reference History

Please provide additional references so that you have a total of at least ten (10) references including those given in Section 4. Please verify all contact numbers.

| #: | Additional Reference: | Relation/Capacity: | Current Phone: | Other Phone: |
|----|----------------------|--------------------|----------------|--------------|
| 1  |                      |                    |                |              |
| 2  |                      |                    |                |              |
| 3  |                      |                    |                |              |
| 4  |                      |                    |                |              |
| 5  |                      |                    |                |              |
| 6  |                      |                    |                |              |

## Section 6 - Licenses, Affiliations and Certifications

In reverse chronological order, list any and all licenses (including securities licenses), affiliations, or professional certifications as well as any trade, civic and nonprofit organizations with which you have had any association, past or present. Indicate the period of your activity and your title, role, or service capacity. Also list any special certifications you have received. Please provide a phone number if at all possible. Also provide a copy of the affiliation or certification if possible by fax to (917) 591-7787.

| License/Cert./Title | Name of Org./Board/Exchange | Complete Address: | Phone: | Dates: |
|---------------------|-----------------------------|-------------------|--------|--------|
|                     |                             |                   |        |        |
|                     |                             |                   |        |        |
|                     |                             |                   |        |        |
|                     |                             |                   |        |        |

## Section 7 - Education

List the complete name of each institution and school you attended from doctorate and graduate level, to undergraduate and other college level institutions. Indicate the period you attended and the degree awarded if any. In addition, provide the address of each institution and, if possible, a telephone number. If your degree was earned outside of the U.S. please provide a copy of the diploma or transcript to document your degree by fax to (917) 591-7787. **If a degree was not awarded, indicate "Not Awarded".**

| Degree Awarded | Name of School | Address: | Phone: | Student ID # | Dates: |
|----------------|----------------|----------|--------|--------------|--------|
|                |                |          |        |              |        |
|                |                |          |        |              |        |
|                |                |          |        |              |        |
|                |                |          |        |              |        |

## Section 8 - Litigation, Censure, Sanctions

Provide complete detail of any litigation, civil or criminal; past, present, or pending; settled or unsettled; resolved or unresolved in any jurisdiction indicating the status of such cases, any censure or sanctions you have received or license revocation from any professional group or licensing authority. Indicate all relevant details including names of all parties, attorneys for both sides, time of action, court, case number, jurisdiction, and reason for such action. Please make sure to include any personal or business legal proceedings or bankruptcy proceedings in which you have been or may have been named. IF NONE, YOU MUST WRITE "NONE".

## Section 9 - Employment, Business, and Investment Criminal History

To your knowledge has any business organization, its officers, directors or general partners of which you are/were an officer, director or general partner or in which you have or had a controlling interest (for these purposes, defined as owning a larger percentage than any other shareholder) been the subject of a criminal investigation or prosecution in any jurisdiction (whether or not convicted of a crime) during the period of and five years following your employment, investment or affiliation? If so, indicate all relevant details including whether you were personally convicted, names of all legal representatives, time of action, court, case number, jurisdiction, and reason for such action. IF NONE, YOU MUST WRITE "NONE".

## Section 10 - Personal Criminal History

Have you ever been charged or convicted of any crime in any jurisdiction other than in response to Section 9? If so, indicate all relevant details including names of all legal representatives, time of action, court, case number, jurisdiction, and reason for such action. IF NONE, YOU MUST WRITE "NONE".

### Section 11 – Indictments and Outstanding Warrants

To your knowledge are you or any other executive, director or general partner of your current employer/entity the subject of any indictment, warrant, arrest, questioning, hearing or judgment including civil arrest warrants in any jurisdiction? If so, indicate all relevant details including court, judge, attorney, agency, offense, jurisdiction, time of action, reason for such action and any other relevant details. IF NONE, YOU MUST WRITE "NONE".

### Section 12 – Employment, Business, and Investment Bankruptcy Record

To your knowledge has any business organization of which you are/were an officer, director or general partner or in which you have or had a controlling interest (for these purposes, defined as owning a larger percentage than any other shareholder) filed a petition of bankruptcy or been adjudged a bankrupt or made an assignment for the benefit of creditors in any jurisdiction during the period of and five years following your employment, investment or affiliation? If so, please explain and provide all relevant details including names of all legal representatives, time of action, court, case number, jurisdiction, and reason for such action. IF NONE, YOU MUST WRITE "NONE".

### Section 13 – Employment, Business, and Investment Investigation History

Has any business organization of which you are/were an officer, director or general partner or in which you have or had a controlling interest (for these purposes, defined as owning a larger percentage than any other shareholder) been subject to any investigation by, or been a party to any litigation with, any international, federal, state or local agency in any jurisdiction during the period of and five years following your employment, investment or affiliation? If so, indicate all relevant details including names of all legal representatives, time of action, court, case number, jurisdiction, and reason for such action. IF NONE, YOU MUST WRITE "NONE".

### Section 14 – Employer and Business Unsatisfied Judgments and Liens including Tax Liens

Is any business organization of which you are/were an officer, director or general partner or in which you have or had a controlling interest (for these purposes, defined as owning a larger percentage than any other shareholder) now in default on any obligation to, or subject to any unsatisfied judgment or lien obtained by any party, public or private, federal, state or local taxing authority in any jurisdiction during the period of and five years following your employment, investment or affiliation? If so, explain, listing all unsatisfied judgments or liens. IF NONE, YOU MUST WRITE "NONE".

### Section 15 – Personal Unsatisfied Judgments and Liens including Tax Liens

Are you, your personal property, personal corporation, trust or foundation now in default on any obligation to, or subject to any unsatisfied judgment or lien obtained by any party, public or private, federal, state or local taxing authority in any jurisdiction? If so, explain, listing all unsatisfied judgments or liens. IF NONE, YOU MUST WRITE "NONE".


**PLEASE TAKE TIME TO REVIEW YOUR ANSWERS MAKING SURE YOU COMPLETED EACH SECTION AND CHECKING TO MAKE SURE YOUR REFERENCE CONTACT INFORMATION IS STILL VALID.**

**PLEASE EMAIL THIS COMPLETED FORM TO SECURE@BARRONPARTNERS.COM**

**Continued next page...**

CONFIDENTIAL

**Section 16 - Certification and Authorization to Conduct Background Check**

I, _____, state that I have read and understand all the items contained in the foregoing pages of this questionnaire; that I supplied full and complete answers to each item therein to the best of my knowledge, information and belief; that I will notify Barron Partners LP in writing of any change in circumstances occurring after the submission of this questionnaire and before the execution of any contract with Barron Partners LP; and that all information supplied by me is true to the best of my knowledge, information and belief. I understand that Barron Partners LP will rely on the information supplied in this questionnaire as additional inducement when considering entering into a contract with the submitting individual or business entity.  Furthermore, I understand and authorize Barron Partners LP and Eos Funds Limited to conduct a background investigation including but not limited to a criminal background check in any jurisdiction, civil case history, residence, employment and degree verification, as well as to seek and contact any references, including but not limited to references provided therein.

_____
Name of submitting business

by

_____
Print Name, Title

_____
Signature

_____
Date

# PLEASE COMPLETE AND FAX A SIGNED COPY OF THIS PAGE TO

# (917) 591-7787

CONFIDENTIAL

FORM D-50



Thank you for considering an equity investment by Barron Partners LP. Barron's due diligence process is very thorough and will take a considerable effort to complete. While there should be no surprises in the depth and breadth of information required, companies that have not previously been through a serious due diligence investigation should be prepared to commit significant resources to stay on schedule.

**Please take care to complete each worksheet to the best of your ability. Barron is able to fund deals in a timely manner only when information is readily available to our team of analysts and consultants.**

Use the "Checklist" worksheet to keep track of the items you have submitted and to know where you stand on the timeline to funding. In most cases, the number of days remaining to funding are very accurate. However, the ideal fifteen business day timeline will end up considerably longer if you fail to deliver items on the strict schedule set forth.

CLICK HERE TO BEGIN CHECKLIST

# Due Diligence Checklist and Timeline:

**Instructions:** Please complete and submit items in the order requested below, noting the Date Delivered and whether the item is Complete, Not Applicable or Not Available.

| Item No. | Item Description: | Please Select: | Date Delivered: |
|---|---|---|---|
| 1 | Company Info Worksheet [CLICK HERE] | Incomplete | |
| 2 | Contact Info Worksheet [CLICK HERE] | Incomplete | |
| 3 | Business Opportunity Worksheet [CLICK HERE] | Incomplete | |
| 4 | Combined Historical and Pro Forma Financials [CLICK HERE] | Incomplete | |
| 5 | Capital Structure Worksheet [CLICK HERE] | Incomplete | |
| 6 | Customer References Worksheet [CLICK HERE] | Incomplete | |
| 7 | Officer/Director/Employee Background Check Forms (DOB and/or EB) | Incomplete | |
| - | Email Items 1 - 7 to JCARNES@CONSULTEOS.COM and MCJ@BARRONPARTNERS.COM | Incomplete | |
| 8 | Schedule Conference Call with Barron to review items 1 - 7. | Incomplete | |
| 9 | Backlog and Pipeline Analysis Worksheet [CLICK HERE] | Incomplete | |
| 10 | Capex Worksheet [CLICK HERE] | Incomplete | |
| 11 | Receivables Worksheet [CLICK HERE] | Incomplete | |
| 12 | Personnel & Compensation Worksheet [CLICK HERE] | Incomplete | |
| 13 | Properties Worksheet [CLICK HERE] | Incomplete | |
| 14 | Miscellaneous Worksheet [CLICK HERE] | Incomplete | |
| - | Email Items 9 - 14 to JCARNES@CONSULTEOS.COM and MCJ@BARRONPARTNERS.COM | Incomplete | |
| 15 | Schedule Conference Call with Barron to review items 9 - 14 | Incomplete | |
| 16 | Schedule on-site Organizational Assessment (must be complete 3 days prior to funding) | Incomplete | |

# Company Info:

RETURN TO CHECKLIST [CLICK HERE]

## PARENT COMPANY

Legal corporate entity name:

State of Incorporation:

Headquarters Address:

Size (Sq. Ft.):     Years in Business:

#Employees this Location:

Describe Equipment Onsite:     Facility % of Capacity:

Equipment % of Capacity:     Monthly Lease $:

Telephone:     # of Shifts:

State(s) of Operation:     Website:

Brief Business Description:



## SUBSIDIARIES/ACQUISITIONS

| | | |
|---|---|---|
| Subsidiary or Acquisition: | Acquisition LOI Expires: | (mm/dd/yy) |
| Legal corporate entity name: | | |
| State of Incorporation: | Years in business: | |
| Facilities Address: | | |
| Size (Sq. Ft.): | Monthly Lease $: | |
| #Employees this Location: | Facility % of Capacity: | |
| Describe Equipment Onsite: | | |
| Equipment % of Capacity: | # of Shifts: | |
| Telephone: | Website: | |
| State(s) of Operation: | | |
| Brief Business Description: | | |



Subsidiary or Acquisition: _____  Acquisition LOI Expires: [_____] (mm/dd/yy)

Legal corporate entity name: _____

State of Incorporation: _____  Years in business: _____

Facilities Address: _____

Size (Sq. Ft.): _____  Monthly Lease $: _____

#Employees this Location: _____  Facility % of Capacity: _____

Describe Equipment Onsite: _____

Equipment % of Capacity: _____  # of Shifts: _____

Telephone: _____  Website: _____

State(s) of Operation: _____

Brief Business Description: _____



| | |
|---|---|
| Subsidiary or Acquisition: | Acquisition LOI Expires: _____ (mm/dd/yy) |
| Legal corporate entity name: | |
| State of Incorporation: | Years in business: |
| Facilities Address: | |
| Size (Sq. Ft.): | Facility % of Capacity: |
| #Employees this Location: | Monthly Lease $: |
| Describe Equipment Onsite: | |
| Equipment % of Capacity: | # of Shifts: |
| Telephone: | Website: |
| State(s) of Operation: | |
| Brief Business Description: | |

Company Info

RETURN TO CHECKLIST [CLICK HERE]

## Contact Info:

**Instructions:** For the Parent company and each division/acquisition, please provide contact info for all key executives, officers and directors, auditors and accountants, bankers (all areas), lawyers (all areas), insurance agents (all types), and 10% or greater shareholders, including name, company name, title, daytime phone, cell phone, e-mail address and physical address.

| Name | Company Division or Acquisition | Title or Position | Phone | Cell Phone | E-mail Address | Physical address |
|------|--------------------------------|-------------------|-------|------------|----------------|------------------|
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |
|      |                                |                   |       |            |                |                  |