

RETURN TO CHECKLIST (CLICK HERE)

**INTERNAL USE ONLY:**

Company Info drop down list:
Subsidiary
Acquisition

Instructions Checklist:
Incomplete
Complete
Not Applicable
Not Available

# Due Diligence Checklist and Timeline:

**Instructions:** Please complete and submit items in the order requested below, noting the Date Delivered and whether the item is Complete, Not Applicable or Not Available.

| Item No. | Item Description: | Please Select: | Date Delivered: |
|---|---|---|---|
| 1 | Company Info Worksheet [CLICK HERE] | Incomplete | |
| 2 | Contact Info Worksheet [CLICK HERE] | Incomplete | |
| 3 | Business Opportunity Worksheet [CLICK HERE] | Incomplete | |
| 4 | Combined Historical and Pro Forma Financials [CLICK HERE] | Incomplete | |
| 5 | Capital Structure Worksheet [CLICK HERE] | Incomplete | |
| 6 | Customer References Worksheet [CLICK HERE] | Incomplete | |
| 7 | Officer/Director/Employee Background Check Forms (DOB and/or EB) | Incomplete | |
| - | Email Items 1 - 7 to JCARNES@CONSULTEOS.COM and MCJ@BARRONPARTNERS.COM | Incomplete | |
| 8 | Schedule Conference Call with Barron to review items 1 - 7. | Incomplete | |
| 9 | Backlog and Pipeline Analysis Worksheet [CLICK HERE] | Incomplete | |
| 10 | Capex Worksheet [CLICK HERE] | Incomplete | |
| 11 | Receivables Worksheet [CLICK HERE] | Incomplete | |
| 12 | Personnel & Compensation Worksheet [CLICK HERE] | Incomplete | |
| 13 | Properties Worksheet [CLICK HERE] | Incomplete | |
| 14 | Miscellaneous Worksheet [CLICK HERE] | Incomplete | |
| - | Email Items 9 - 14 to JCARNES@CONSULTEOS.COM and MCJ@BARRONPARTNERS.COM | Incomplete | |
| 15 | Schedule Conference Call with Barron to review items 9 - 14 | Incomplete | |
| 16 | Schedule on-site Organizational Assessment (must be complete 3 days prior to funding) | Incomplete | |

RETURN TO CHECKLIST [CLICK HERE]

# Company Info:

PARENT COMPANY

| | | | |
|---|---|---|---|
| **Legal corporate entity name:** | NA | | |
| **State of Incorporation:** | | **Years in Business:** | |
| **Headquarters Address:** | | | |
| **Size (Sq. Ft.):** | | **Monthly Lease $:** | |
| **#Employees this Location:** | | **Facility % of Capacity:** | |
| **Describe Equipment Onsite:** | | | |
| **Equipment % of Capacity:** | | **# of Shifts:** | |
| **Telephone:** | | **Website:** | |
| **State(s) of Operation:** | | | |
| **Brief Business Description:** | | | |

## SUBSIDIARIES/ACQUISITIONS



Subsidiary or Acquisition:

Acquisition LOI Expires: (mm/dd/yy)

Legal corporate entity name:

State of Incorporation:

Years in business:

Facilities Address:

Size (Sq. Ft.):

Monthly Lease $:

#Employees this Location:

Facility % of Capacity:

Describe Equipment Onsite:

Equipment % of Capacity:

# of Shifts:

Telephone:

Website:

State(s) of Operation:

Brief Business Description:

**Subsidiary or Acquisition:** ______ **Acquisition LOI Expires:** ______ **(mm/dd/yy)**

**Legal corporate entity name:** ______

**State of Incorporation:** ______ **Years in business:** ______

**Facilities Address:** ______

**Size (Sq. Ft.):** ______ **Monthly Lease $:** ______

**#Employees this Location:** ______ **Facility % of Capacity:** ______

**Describe Equipment Onsite:** ______

**Equipment % of Capacity:** ______ **# of Shifts:** ______

**Telephone:** ______ **Website:** ______

**State(s) of Operation:** ______

**Brief Business Description:** ______



Subsidiary or Acquisition: Acquisition LOI Expires: (mm/dd/yy)
Legal corporate entity name:
State of Incorporation: Years in business:
Facilities Address:
Size (Sq. Ft.): Monthly Lease $:
#Employees this Location: Facility % of Capacity:
Describe Equipment Onsite:
Equipment % of Capacity: # of Shifts:
Telephone: Website:
State(s) of Operation:
Brief Business Description:

Subsidiary or Acquisition: Acquisition LOI Expires: (mm/dd/yy)
Legal corporate entity name:
State of Incorporation: Years in business:
Facilities Address:
Size (Sq. Ft.): Monthly Lease $:
#Employees this Location: Facility % of Capacity:
Describe Equipment Onsite:
Equipment % of Capacity: # of Shifts:
Telephone: Website:
State(s) of Operation:
Brief Business Description:

RETURN TO CHECKLIST [CLICK HERE]

# Contact Info:

**Instructions:** For the Parent company and each division/acquisition, please provide contact info for all key executives, officers and directors, auditors and accountants, bankers (all areas), lawyers (all areas), insurance agents (all types), and 10% or greater shareholders, including name, company name, title, daytime phone, cell phone, e-mail address and physical address.

| Name | Company Division or Acquisition | Title or Position | Phone | Cell Phone | E-mail Address | Physical address |
|---|---|---|---|---|---|---|
| ROB TRUMPY | BIOSAFE | CFO | 847-234-8111 | | rtrumpy@ebiosfe.com | 100 field drive LAKE FOREST, IL 60045 |
| HANK WARNER | BIOSAFE | CEO | 847-234-8112 | | HWARNER.EBIOSAFE.COM | 101 field drive LAKE FOREST, IL 60045 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RETURN TO CHECKLIST [CLICK HERE]

# Business Opportunity:

**Instructions:** Provide copies of any business plans, strategic plans, business valuations, investor presentations and one page summaries made within the past two years. Also provide copies of all sales and marketing materials and a short description of each product or service offered. Complete the following table.

| | |
|---|---|
| **Mission/Vision Statement:** | SEE LICENSE AGREEMENT AND FINANCIAL PROJECTIONS |
| **Industry Positioning:** | (describe industry, growth rate, market potential, number and size of competitors, identify major competitors and indicate if publicly traded) |
| **Competitive Advantages:** | Specific Strengths. |
| **Barriers to Entry:** | |

| | |
|---|---|
| **Capital Expenditures:** | |
| **Acquistion or Growth Strategy:** | |
| **Risks and Weaknesses:** | |
| **Other Factors:** | |

RETURN TO CHECKLIST [CLICK HERE]

# Combined Historical and Proforma Financials:

**Instructions:** **Provide the following information and complete the table below.**

**Please provide the following:**

**1. Copies of (i) the audited (unaudited, if there is no audit) balance sheet, statement of income and, cash flow statement; and (ii) the internally generated financial statements of the Company for each of the months ended after the last fiscal year.**

**2. Copies of all management letters from the Company's accountants for each of the last three fiscal years.**

**Please complete the following table:** SEE FINANCIAL PROJENTIONS

| | ACTUAL | | | | | | | | PROJECTED | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 04 | Q2 04 | Q3 04 | Q4 04 | TOTAL 2004 | Q1 05 | Q2 05 | Q3 05 | Q4 05 | TOTAL 2005 | Q1 06 | Q2 06 | Q3 06 | Q4 06 | TOTAL 2006 | TOTAL 2007 |
| **Revenues** | | | | | | | | | | | | | | | | |
| Core Business | | | | | | | | | | | | | | | | |
| Division | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Division | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Division | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total COI | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Acquisitioi | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Acquisitioi | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Acquisitioi | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Revenue** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cost of Goods Sold | | | | | | | | | | | | | | | | |
| Core Busii | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Acquisitioi | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Acquisitioi | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Acquisitioi | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gross Profit** | | | | | | | | | | | | | | | | |
| Core Busir | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Acquisitioi | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Acquisitioi | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Acquisitioi | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| Research & | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Marketing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| General & | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Op | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest In | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest (E | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Exp | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Otl | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Income Be | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Provision | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| NET INt | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **EBIDTA** | | | | | | | | | | | | | | | | |
| Accumulated (loss)/gain | | | | | | | | | | | | | | | | |
| Net Profit | | | | | | | | | | | | | | | | |
| Accumulated loss plus Income bef/taxes | | | | | | | | | | | | | | | | |
| EBITDA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| EBITDA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| EBITDA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| EBITDA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| EBITDA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total EBIDTA** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| | |
|---|---|
| EBITDA | $ - |
| Seasonal A | $ - |
| Run Rate ( | $ - |
| **CapX** | |
| Core Busi | $ - |
| Acquisitio | $ - |
| Acquisitio | $ - |
| Acquisitio | $ - |
| **Total CapX** | $ - |
| Debt prior to Closing | |
| Core Busi | $ - |
| Acquisitio | $ - |
| Acquisitio | $ - |
| Acquisitio | $ - |
| Acquisitio | $ - |
| Total DEBT | $ - |
| Cash prior to closing | |
| Core Busi | $ - |
| Acquisitio | $ - |
| Acquisitio | $ - |
| Acquisitio | $ - |
| TOTAL CASH | $ - |

RETURN TO CHECKLIST [CLICK HERE]

# Capital Structure and Past Financings:

**Provide details of ownership structure, capital structure, including major shareholders, debtholders, and each class of stock outstanding. Attach additional sheets as needed.** DETAIL IN FINANCIAL PROJECTION AND LOI

**List of all past financings, loans and credit lines (including amount, date of transaction, and name and address of source of funds). Attach copies of term sheets, PPM's and closing documents for each financing detailing registration and piggyback rights, covenants, adjustments, default provisions, and any other material terms.**
NA

**Explain and attach any copies of any agreements to pay finders fees or brokers fees in relation to the proposed financing, as well as for past financings above.**

NA

**Break down and explain the use of proceeds from this investment and any previous rounds of financing within the past two years. Attach additional sheets as needed.**
LOI

**Provide copies of any appraisals, independent or otherwise, made within the last 5 years as to the value of the Company or any of its subsidiaries or any property thereof.**
NA

**Explain and provide copies of any revenue sharing, earnings sharing or earn-out agreements in existence or planned as a result of this transaction or proposed acquisitions.**
NA

RETURN TO CHECKLIST (CLICK HERE)

## Customer References:

**Instructions: For each Division/Acquisition, please provide references totaling at least 80% of last complete fiscal year's revenues.**

**Note to Company: Please advise as many of the parties below as possible that Eos Funds Research may be contacting them on behalf of Barron Partners LP. Please have your head of sales coordinate with Eos regarding customer reference calls.**

Division/Acquisition Name:

| Rank # | Customer | Contact | Title | Telephone | Cell/Alt Tel | Address, City, State ZIP | Customer Since What Year? | Y0a Last FY Actual Revenue | Y1a YTD Actual Revenue | Y1p Current Full FY Projected Revenue | G1p Growth % from Y0 to Y1 | Y2p Next FY Projected Revenue | G2p Growth % from Y1 to Y2 | Typical Gross Margins | Product / Service Purchased (brief description) Comments and Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SEE INFO SET UNDER SEPARATE COVER | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 2 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 3 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 4 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 5 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 6 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 7 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 8 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 9 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 10 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 11 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 12 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 13 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 14 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 15 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |

Cut and paste more rows if necessary.

**TOTAL REVENUE OF LISTED CUSTOMERS (Y0a)** $ -
**TOTAL REVENUE FOR THE LAST FISCAL YEAR** $ -
Percentage of Total Revenue #DIV/0!



Case 1:07-cv-11135-JSR Document 16-26 Filed 05/01/2008 Page 14 of 20

Division/Acquisition Name:

| Rank # | Customer | Contact | Title | Telephone | Cell/Alt Tel | Address, City, State ZIP | Customer Since What Year? | Y0a Last FY Actual Revenue | Y1a YTD Actual Revenue | Y1p Current Full FY Projected Revenue | G1p Growth % from Y0 to Y1 | Y2p Next FY Projected Revenue | G2p Growth % from Y1 to Y2 | Typical Gross Margins | Product / Service Purchased (brief description) Comments and Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 2 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 3 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 4 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 5 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 6 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 7 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 8 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 9 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 10 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 11 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 12 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 13 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 14 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 15 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |

Cut and paste more rows if necessary.

| | |
|---|---|
| **TOTAL REVENUE OF LISTED CUSTOMERS (Y0a)** | $ - |
| **TOTAL REVENUE FOR THE LAST FISCAL YEAR** | $ - |
| **Percentage of Total Revenue** | #DIV/0! |

Division/Acquisition Name:

| Rank # | Customer | Contact | Title | Telephone | Cell/Alt Tel | Address, City, State ZIP | Customer Since What Year? | Y0a Last FY Actual Revenue | Y1a YTD Actual Revenue | Y1p Current Full FY Projected Revenue | G1p Growth % from Y0 to Y1 | Y2p Next FY Projected Revenue | G2p Growth % from Y1 to Y2 | Typical Gross Margins | Product / Service Purchased (brief description) Comments and Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 2 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 3 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 4 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 5 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 6 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 7 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 8 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 9 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 10 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 11 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 12 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 13 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 14 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 15 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |

Cut and paste more rows if necessary.

| | | |
|---|---|---|
| **TOTAL REVENUE OF LISTED CUSTOMERS (Y0a)** | $ | - |
| **TOTAL REVENUE FOR THE LAST FISCAL YEAR** | $ | - |
| **Percentage of Total Revenue** | | #DIV/0! |

Division/Acquisition Name:

| Rank # | Customer | Contact | Title | Telephone | Cell/Alt Tel | Address, City, State ZIP | Customer Since What Year? | Y0a Last FY Actual Revenue | Y1a YTD Actual Revenue | Y1p Current Full FY Projected Revenue | G1p Growth % from Y0 to Y1 | Y2p Next FY Projected Revenue | G2p Growth % from Y1 to Y2 | Typical Gross Margins | Product / Service Purchased (brief description) Comments and Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 2 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 3 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 4 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 5 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 6 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 7 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 8 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 9 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 10 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 11 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 12 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 13 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 14 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 15 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |

Cut and paste more rows if necessary.

**TOTAL REVENUE OF LISTED CUSTOMERS (Y0a)** $ -
**TOTAL REVENUE FOR THE LAST FISCAL YEAR** $ -
**Percentage of Total Revenue** #DIV/0!

Division/Acquisition Name:

| Rank # | Customer | Contact | Title | Telephone | Cell/Alt Tel | Address, City, State ZIP | Customer Since What Year? | Y0a Last FY Actual Revenue | Y1a YTD Actual Revenue | Y1p Current Full FY Projected Revenue | G1p Growth % from Y0 to Y1 | Y2p Next FY Projected Revenue | G2p Growth % from Y1 to Y2 | Typical Gross Margins | Product / Service Purchased (brief description) Comments and Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 2 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 3 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 4 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 5 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 6 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 7 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 8 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 9 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 10 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 11 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 12 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 13 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 14 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |
| 15 | | | | | | | | | | | #DIV/0! | | #DIV/0! | | |

Cut and paste more rows if necessary.

**TOTAL REVENUE OF LISTED CUSTOMERS (Y0a)** $ -
**TOTAL REVENUE FOR THE LAST FISCAL YEAR** $ -
**Percentage of Total Revenue** #DIV/0!

RETURN TO CHECKLIST [CLICK HERE]

## Backlog and Pipeline:

Provide a summary and breakdown of the current backlog of the Company and of any Acquisition targets.
Acquition target: ovulation scope

Provide explanations of any significantly increased sales you projected in the Customer References Worksheet.

Provide copies of any significant agreements, e.g. royalty or license agreements, long term sales contracts or distribution agreements with customers listed in the Customer References Worksheet.
NA

List and provide copies of all agreements with the Company's customers listed in the Customer References Worksheet currently in effect or under consideration, including any service, support, warranty or maintenance agreements.

PRIMARY CUSTOMER SERVICE PRIVIDED BY NEWCO. LAB CS SUPPLIED BY BIOSAFE.

List and provide copies of all significant agreements with the Company's vendors, manufacturers, retailers, brokers and suppliers, including for the supply of materials used in the business of the Company.
NA

Provide an accounts payable worksheet including contact information for the Company's five largest suppliers and a brief description of each relationship.
SEE LICENSE AGREEMENT

List and provide copies of all agreements pursuant to which the Company's products or services are or will be manufactured or provided by, or pursuant to which the Company acquires products or components for products from, third parties in connection with any business of the Company.

SEE LICENSE AGREEMENT

RETURN TO CHECKLIST [CLICK HERE]

## Capex:

**Please provide a breakdown of all capital equipment purchases in the past five years and as projected for the next five years including price paid, current market value, replacement cost, useful life, disposition plans, and ongoing service and maintenance costs.**
NA

**Please provide a list of Research and Development costs for the past five years and as projected for the next five years.**
**NA**

**Please provide working capital requirements for each of the past five years and as projected for the each of the next five years.**

NA
**Please provide copies of any contracts or commitments relating to Capital Equipment Lease or Purchase or R&D expense contracts.**
NA