## Todd Kremin

**From:** Matt Samuel [mcs@barronpartners.com]
**Sent:** Tuesday, August 22, 2006 2:50 PM
**To:** Henry Warner
**Subject:** RE: Lab123 CEO resume

Hank,

Just met with Mike, Andrew and I really like him, fantastic choice. When he is comfortable with the budget and projections you have supplied, we will be ready to close.

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

---

**From:** Henry Warner [mailto:hwarner@ebiosafe.com]
**Sent:** Thursday, August 17, 2006 3:59 PM
**To:** mcs@barronpartners.com
**Cc:** Robert Trumpy
**Subject:** Lab123 CEO resume

Matt:

Thanks for the visit. Attached is Mike's resume for your review.

Talk to you tomorrow.

*Hank*

Henry A. Warner
Chief Executive Officer
BIOSAFE Medical Technologies, inc.
847-234-8111

-----------CONFIDENTIALITY NOTICE-----------
This e-mail message may contain confidential and privileged information. If you have received this message by mistake, please notify us immediately by replying to this message or telephoning us at (847) 234-8111.

**Exhibit 32**