## Todd Kremin

**From:** Andrew B. Worden [abw@barronpartners.com]
**Sent:** Friday, January 26, 2007 5:09 PM
**To:** Henry Warner
**Cc:** 'Matt Samuel'

Hank,

I think the solution is:

Merge Biosafe into Lab 123
Convert $10mm debt into stock

Then Biosafe will be public, consolidated with Lab123, and have no debt.

We can just come to fair number of shares to be issued to Biosafe shareholders and debt holders, and we are off to the races!

What do you think?

Best,

Andrew Barron Worden
Managing Partner
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York NY 10019
tel 212-359-0201
Fax 212-359-0222
cell 917-854-0036
abw@barronpartners.com

Please review our web site at: www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

**Exhibit 42**