UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BARRON PARTNERS, LP,

                Plaintiff,

-against-

LAB123, INC., HENRY A. WARNER, FRED FITZSIMMONS, KENT B. CONNALLY, KURT KATZ, ROBERT TRUMPY, JEREMY J. WARNER, DAVID FLEISNER, BIOSAFE LABORATORIES, INC. and BIOSAFE MEDICAL TECHNOLOGIES, INC.,

                Defendants.
------------------------------------------------------------------X

Docket No.: 07-CV-11135 (JSR)

**NOTICE OF MOTION TO FILE CORRECTED MEMORANDUM OF LAW**

TO:  Barry R. Lax, Esq.       Arthur W. Aufmann, Esq.
       Lax & Neville, LLP       Edward T. Joyce & Associates, P.C.
       1412 Broadway           11 South LaSalle Street
       Suite 1407                Suite 1600
       New York, NY 10018    Chicago, Illinois 60603
       (212) 696-1999           (312) 641-2600

**PLEASE TAKE NOTICE** that defendants Lab 123, Henry A. Warner, Kent B. Connally, Robert Trumpy, Jeremy J. Warner, Biosafe Laboratories, Inc. and Biosafe Medical Technologies, Inc. have filed a Motion to File a Corrected Memorandum of Law.

Dated: May 2, 2008

                                             Respectfully submitted,

                                             /s/ Janene Marasciullo
                                             Janene Marasciullo (*pro hac vice*)
                                             Todd Kremin (TK-0102)
                                             Kaufman Dolowich & Voluck LLP
                                             135 Crossways Park Drive, Suite 201
                                             Woodbury, New York 11797
                                             E-mail – jmarasciullo@kdvlaw.com
                                             (516) 681-1100