UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BARRON PARTNERS, LP,

                                  Plaintiff,            Docket No.: 07-CV-11135 (JSR)

                              -against-              **ECF CASE**

LAB123, INC., HENRY A. WARNER, FRED
FITZSIMMONS, KENT B. CONNALLY, KURT
KATZ, ROBERT TRUMPY, JEREMY J. WARNER,
DAVID FLEISNER, BIOSAFE LABORATORIES,
INC. and BIOSAFE MEDICAL TECHNOLOGIES,
INC.,

                              Defendants.

-------------------------------------------------------------X

## MOTION TO FILE A CORRECTED MEMORANDUM OF LAW

      Defendants Lab123, Inc. ("Lab123"), Biosafe Laboratories, Inc. ("Biosafe Labs"), Biosafe Medical Technologies, Inc. ("BMT"), Henry A. Warner, Kent B. Connally, Robert Trumpy, and Jeremy J. Warner (collectively "Defendants") move to file a corrected Memorandum of Law in support of their Motion to Dismiss to correct a typographical error. Defendants inadvertently omitted Exhibit 45, the fully executed License Agreement between Biosafe Labs and Lab123, from the Memorandum of Law that was filed with this Court on April 30, 2008. The only corrections to the Memorandum of Law are the attachment of Exhibit 45, and citation to Exhibit 45 within the Memorandum of Law.

Therefore, Defendants respectfully request leave to file a corrected Memorandum of Law in support of their Motion to Dismiss.

Respectfully submitted,

 /s/ Janene Marasciullo
Janene Marasciullo (*pro hac vice*)
Todd Kremin
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

ND: 4824-1282-4578, v. 1

## CERTIFICATE OF SERVICE

I, **TODD D. KREMIN, ESQUIRE**, attorney for Defendants, LAB123, INC., BIOSAFE LABORATORIES, INC., BIOSAFE MEDICAL TECHNOLOGIES, INC., HENRY A. WARNER, KENT B. CONNALLY, ROBERT TRUMPY and JEREMY J. WARNER, do hereby certify that a true and correct copy of the DEFENDANTS' NOTICE OF MOTION and MOTION TO FILE A CORRECTED MEMORANDUM OF LAW was filed electronically with the Court using the CM/ECF system, which sent notification to the following parties:

>Barry R. Lax, Esq.
>Lax & Neville, LLP
>Attorneys for Plaintiff
>1412 Broadway
>Suite 1407
>New York, NY 10018
>(212) 696-1999

<u>First Class Mail Only</u>

>Arthur W. Aufmann, Esq.
>Edward T. Joyce & Associates, P.C.
>Attorneys for Settling Defendants
>11 South LaSalle St., Suite 1600
>Chicago, Illinois 60603
>(312) 641-2600

Dated: May 2, 2008

_____
TODD D. KREMIN, ESQ. (TK-0102)

ND: 4816-4290-7650, v. 1