## Todd Kremin

| | |
|---|---|
| **From:** | Mark Jensen [mcj@barronpartners.com] |
| **Sent:** | Thursday, September 07, 2006 2:22 PM |
| **To:** | Mark Jensen |
| **Cc:** | Andrew B. Worden |
| **Subject:** | Barron Partners Closes Most Recent Investments: Tricell, Inc. (TCLL.OB) - Wireless Age Communications, Inc. (TK: WLSA.OB) - Looking for New Opportunities |
| **Attachments:** | Tricell.pdf; Wireless Age.pdf |

**Tricell, Inc. (TK: TCLL.OB)**

We are pleased to announce our most recent investment in Tricell, Inc. (TCLL.OB). Tricell, Inc. is a provider of distribution services in the wireless device marketplace focusing on every aspect of the global commodity supply chain, from product acquisition through delivery. The Company handles and distributes various wireless and handheld products focused almost exclusively in the high-end, high-priced marketplace. The Company primarily operates in the wholesale markets in the UK, Europe, Middle East, South America and Asia and is rapidly expanding into new markets and opportunities while gaining market share in its current territories. Tricell UK was established in 1999 and went public under the Tricell, Inc. name in 2003. The company is headquartered in Stoke-on-Trent, United Kingdom. http://finance.yahoo.com/q?s=TCLL.OB

With our financing the Company consummated the acquisition of N2J Limited. Per the press release N2J generated approximately $13.6 million in operating income for the first six months of 2006. The transaction was consummated by payment of $1.4 million in cash and the issuance of 210 million shares of Tricell's common stock. From our analysis of the public filings the proforma Combined entity for the first six months has generated approximately $19.4 million in operating income. (per the press release and the Tricell standalone quarterly statements).


**Wireless Age Communications, Inc. (TK: WLSA.OB)**

We are also pleased to announce an investment in Wireless Age Communications, Inc. (WLSA.OB). Wireless Age Communications, Inc. through its subsidiary MMWave Technologies, engineers, develops, integrates and services wireless networks for their clients across a variety of protocols including WiMAX, Wi-Fi and PCS/Cellular. MMWave offers several levels of service, ranging from wholesale wireless equipment supply to complete turn-key network design and construction. Wireless Age also owns and operates a chain of retail cellular stores in the Canadian provinces of Saskatchewan and Manitoba. http://finance.yahoo.com/q?s=WLSA.OB


**Barron Partners LP Overview:**

Barron Partners is an investment firm focusing on the micro-cap / small cap industry with assets over $200,000,000 including a substantial cash position. We are actively looking for opportunities to invest in both public and private companies (willing to go public) with over $1.5 in run-rate EBITDA or Pretax Profit or over $1.5 in run-rate EBITDA or Pretax Profit with acquisitions. If you know of any public firms looking to raise capital or any private firms looking to go public through the reverse merger process and raise capital simultaneously feel free to contact me directly. Work number (212) 359-0203 or Mobile (917) 685-2547. We can let you know very quickly if this is an opportunity for us. I have attached a prime example of a company that Barron has invested in and can also send over additional examples and references per your request.

4/28/2008

**Exhibit 3**

- We are a risk adverse investor and utilize a bottoms-up fundamental research approach.
- Our focus is on profitable companies or companies that are you looking to make an acquisition to bring them to profitability.
- Do not utilize any short selling or hedging strategies with regards to any of our investment positions.
- Are long-term focused investor and never focus on any technical trading strategies in order to earn a return.
- Industry Focus: All industries except oil and gas, gambling, alcohol, or tobacco related companies.
- We invest in public and private companies (when investing in private companies we will acquire them through an existing public entity shell).
- We implement an intensive due diligence process before making any investment. We pride ourselves on our efficient and thorough due diligence process, which allows us to close transactions in weeks, versus months for other private equity funds.

Please contact me with any questions or comments about Barron Partners or with any investment opportunities that you believe would be suitable for us as an investor.

Cheers,

Mark C Jensen
Principal
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York NY 10019
tel: 212-359-0203
fax: 347-624-6938
cell: 917-685-2547
IM: mcej1979 (aol, msn, yahoo)
mcj@barronpartners.com
www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

4/28/2008