**Todd Kremin**

**From:** Matt Samuel [mcs@barronpartners.com]
**Sent:** Tuesday, August 29, 2006 4:48 PM
**To:** Henry Warner; 'Jay Weil'
**Subject:** Changes
**Attachments:** LAB123 Preferred Cert of Desig.DOC; LAB123 Preferred Registration Rights.doc; LAB123 SPA .DOC; LAB123 Warrant A.DOC; LAB123 Warrant B.DOC

Changes look fine to me. I am trying to get these to Andrew, but being in Norway, its very difficult. As soon as he looks these over, we can fund escrow. I apologize for any delays due to his travel.

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

Exhibit 8

4/28/2008