Case 1:07-cv-11135-JSR    Document 19-24    Filed 05/02/2008    Page 1 of 2

## Todd Kremin

| | |
|---|---|
| **From:** | Robert Trumpy |
| **Sent:** | Tuesday, June 20, 2006 11:50 AM |
| **To:** | 'mcs@barronpartners.com' |
| **Cc:** | Henry Warner |
| **Subject:** | Biosafe Due Diligence |
| **Attachments:** | Retail rev thru 6-07-06 barron.xls; Certification.doc; Form MDR - Part I (2).doc; Form MDR - Part II (2).doc; Form MDR (2).xls; HANK WARNER.doc; mARY rEDINO.doc |

Matt, here is our cut at the responses. Obviously, 95% of this is NA. The first file is probably the most relevant. It's the ytd review by customer that would meet the definition in the license agreement as belonging to Newco. Call me with any questions.

Rob Trumpy, CPA
SVP and CFO
BioSafe Medical Technologies, Inc.
100 Field Drive, Suite 240
Lake Forest, IL 60045
Work:847-234-8111
Fax:847-234-8222
rtrumpy@ebiosafe.com

**Exhibit 20**

4/28/2008