# Biosafe Medical Technologies
## Sales by Customer Summary
### January 1 through June 7, 2006
#### Biosafe/Newco Sales

**Exhibit 21**

| Company | Terms | Jan 1 - Jun 7, 06 | Retail | Distributors | Internet | Retail Internet | Screener | Disease Mangt | Total |
|---|---|---|---|---|---|---|---|---|---|
| AbDiagnostics | net30 | 1,002.73 | | | | 1,002.73 | | | 1,002.73 |
| AbDiagnostics, Inc. | net30 | 4,909.24 | | | | 4,909.24 | | | 4,909.24 |
| Activator Methods | net30 | 122.80 | | | | 122.80 | | | 122.80 |
| Advocate LifeCare | net30 | 1,788.96 | | | | 1,788.96 | | | 1,788.96 |
| Albertson's | net45 | 66,107.22 | 66,107.22 | | | | | | 66,107.22 |
| Amazon.com | net60 | 1,906.43 | | | | 1,906.43 | | | 1,906.43 |
| Amazon.Com-kydc, Inc. | net60 | 6,134.46 | 6,134.46 | | | 6,134.46 | | | 6,134.46 |
| American Express | creditcard | 297.40 | | | | 297.40 | | | 297.40 |
| Appomatox Drug Store | creditcard | 494.38 | 494.38 | | | | | | 494.38 |
| BackUpMD aka Women's Diagnostic | creditcard | 254.77 | | | | | 254.77 | | 254.77 |
| B-Scientific | creditcard | 182.83 | | | | | 182.83 | | 182.83 |
| B-Scientific /HHT | net30 | 1,458.29 | | | | 1,458.29 | | | 1,458.29 |
| Cardio Quick Health Resources | creditcard | 2,789.64 | | | | | 2,789.64 | | 2,789.64 |
| Charge-It-System | creditcard | 4,586.50 | | | 4,586.50 | | | | 4,586.50 |
| CLIA Waived, Inc. | creditcard | 1,109.11 | | | | 1,109.11 | | | 1,109.11 |
| CliaWaived.Com | creditcard | 371.55 | | | | 371.55 | | | 371.55 |
| Comprehensive Life Coaching | net30 | 1,359.53 | | | | | 1,359.53 | | 1,359.53 |
| Craig Medical | net30 | 3,146.61 | | 3,146.61 | | | | | 3,146.61 |
| CVS pharmacy (1) | net30 | 311,333.70 | 311,333.70 | | | | | | 311,333.70 |
| CVS pharmacy | net30 | 273,072.00 | 273,072.00 | | | | | | 273,072.00 |
| Dana Gorell | net30 | 690.19 | | | | | | 690.19 | 690.19 |
| Discover | creditcard | 347.85 | | | 347.85 | | | | 347.85 |
| drugstore.com | net30 | 7,812.91 | | | | 7,812.91 | | | 7,812.91 |
| Drugstore.com | net30 | 2,927.61 | | | | 2,927.61 | | | 2,927.61 |
| Edwards Medical Supply, Inc. | net30 | 394.68 | | 394.68 | | | | | 394.68 |
| eGeneral Medical, Inc | net30 | 804.87 | | | | 804.87 | | | 804.87 |
| eStore Enterprises | net30 | 1,503.90 | | | | 1,503.90 | | | 1,503.90 |
| eStore Enterprises, Inc. | net30 | 5,172.90 | | | | 5,172.90 | | | 5,172.90 |
| Focus | net30 | 15,345.26 | | | | | | 15,345.26 | 15,345.26 |
| Fitbit Health, Inc. | net30 | 1,186.26 | | | | | 1,186.26 | | 1,186.26 |
| Gomstead Seminar, Inc. | net30 | 344.21 | | | | | 344.21 | | 344.21 |
| Happy Health Trends | creditcard | 9,967.03 | | | | | 9,967.03 | | 9,967.03 |
| Health and Wellness Professionals | net30 | 9,184.98 | | | | | 9,184.98 | | 9,184.98 |
| HMSC | creditcard | 38,954.26 | | 38,954.26 | | | | | 38,954.26 |
| Hock's Pharmacy | net30 | 1,126.36 | 1,126.36 | | | | | | 1,126.36 |
| Home Wellness Tests | creditcard | 1,120.00 | | | | 1,120.00 | | | 1,120.00 |
| Hurley Drug | net30 | 131.27 | 131.27 | | | | | | 131.27 |
| Hy-Vee Pharmacy | creditcard | 190.19 | 190.19 | | | | | | 190.19 |

8:17 AM
06/07/06
Accrual Basis

# Biosafe Medical Technologies
## Sales by Customer Summary
### January 1 through June 7, 2006

| Company | Terms | Jan 1 - Jun 7, 06 | Retail | Distributors | Internet | Internet | Screener | Mangt | Total |
|---|---|---|---|---|---|---|---|---|---|
| Interim Healthcare, Inc. | net30 | 7,083.82 | | | | | 7,083.82 | | 7,083.82 |
| Internet Sales | net30 | 209.66 | | | 209.66 | | | | 209.66 |
| Kincry, Inc. | net30 | 1,641.23 | 1,641.23 | | | | | | 1,641.23 |
| L&L Health and Fitness | net30 | 1,914.79 | 1,914.79 | | | | | | 1,914.79 |
| Lanacorp | net30 | 26,931.20 | | | | | | 26,931.20 | 26,931.20 |
| Mash Healthcare | net30 | 6,040.38 | | | | | 6,040.38 | | 6,040.38 |
| McKesson Drug | net60 | 2,401.82 | | 2,401.82 | | | | | 2,401.82 |
| Morton Pharmacy | net30 | 545.97 | 545.97 | | | | | | 545.97 |
| NeoBLine Medical | net30 | 25,958.18 | | | | | 25,958.18 | | 25,958.18 |
| Northwest Wellness | creditcard | 5,114.78 | | | | | 5,114.78 | | 5,114.78 |
| Nu175-Nano Tech | creditcard | 1,894.34 | | | | 1,894.34 | | | 1,894.34 |
| Physician Sales & Service | net30 | 3,045.45 | | 3,045.45 | | | | | 3,045.45 |
| Prep Pharmacy | creditcard | 509.55 | 509.55 | | | | | | 509.55 |
| Proactive Health Resources | net30 | 491.92 | | | | | 491.92 | | 491.92 |
| Qualty Assured Services, Inc. | net30 | 1,814.20 | | | | | 1,814.20 | | 1,814.20 |
| Retail Sales | net30 | 502.19 | 502.19 | | | | | | 502.19 |
| Safe Home Products | net30 | 1,769.52 | | | | 1,769.52 | | | 1,769.52 |
| Safeway Pharmacy | net60 | 77,824.15 | 77,824.15 | | | | | | 77,824.15 |
| Scientific Healthcare | net30 | 277.04 | | | | 277.04 | | | 277.04 |
| Stat Technologies | net30 | 7,670.24 | | | | | 7,670.24 | | 7,670.24 |
| Sterling Distributors | net30 | 326.84 | | 326.84 | | | | | 326.84 |
| Test-Country.Com | net30 | 625.58 | | | | 625.58 | | | 625.58 |
| TestMedical Symptoms @ Home | net30 | 3,298.80 | | | | 3,298.80 | | | 3,298.80 |
| TestMedical Symptoms @ Home, Inc. | net30 | 3,877.25 | | | | 3,877.25 | | | 3,877.25 |
| TestCountry | net30 | 224.96 | | | | 224.96 | | | 224.96 |
| Tnk Health Food Store | net30 | 489.14 | 489.14 | | | | | | 489.14 |
| Walgreens | pay-on-scan | 79,939.80 | 79,939.80 | | | | | | 79,939.80 |
| Wellness by Choice | creditcard | 2,002.20 | | | | | 2,002.20 | | 2,002.20 |
| Wilorn Medical USA | net30 | 211.77 | | | | | 211.77 | | 211.77 |
| Young Again Nutrients | net30 | 578.92 | | | | 578.92 | | | 578.92 |
| Actal Revenue thru 6/7/06 | | 1,044,848.57 | 815,821.94 | 48,269.66 | 5,144.01 | 50,989.57 | 81,656.74 | 42,966.65 | 1,044,848.57 |
| Annalized Retail Sales | | | 1,957,972.66 | 115,847.18 | 12,345.62 | 122,374.97 | 195,976.18 | 103,119.96 | 2,507,636.57 |

## CERTIFICATION, APPROVALS, PATENTS, PUBLICATIONS

BioSafe's marketplace is highly regulated and complex.  Substantial in house expertise in a number of areas is critical to ensure that all processes and products, from R&D to product development to laboratory analysis to reporting of test results, meet all necessary industry requirements.  The key area of focus is the laboratory, where R&D, some product assembly, and sample processing and analysis take place. Jack Maggiore, PhD, MT (ASCP) is BioSafe's Chief Scientific Officer and in charge of the laboratory and its activities (see Section 11 for his biography).

### BioSafe Laboratory

The BioSafe laboratory facility is located in 14,600 square feet of leased top-of the line lab space in Chicago IL, minutes from O'Hare Airport.   It is CLIA (Clinical Laboratory Improvement Amendment) certified as a High Complexity Clinical Laboratory and has the highest level of accreditation from the College of American Pathologists (CAP) – Accreditation with Distinction. A listing of the Laboratories certifications follows:

- CLIA Accreditation – High Complexity Clinical Laboratory
- CAP Accreditation with Distinction
- State of New York Clinical Laboratory Permit
- State of Florida Clinical Laboratory License
- State of California Clinical Laboratory License
- Cholesterol Reference Method Laboratory Network Certificate of Traceability
- National Glycohemoglobin Standardization Program Certificate of Traceability

This combination places BioSafe in a select group of about 1500 labs nationwide out of a total of 30,000 CLIA certified facilities.  In addition, BioSafe holds a number of state certifications other than Illinois – a requirement since patients from all over the country (as well as from overseas) mail in samples for processing.  States that require their own certifications include New York, Florida, and California; New York State sends its own lab inspectors on site to do its inspections and proficiency testing.

The certifications held by BioSafe offer a significant competitive advantage in the product development arena.  As a CLIA certified lab BioSafe can run pretrial double blind studies using paired collections from blood donor centers to verify the accuracy and parity of its collection and analysis technologies against the gold standard of traditional lab tests using venous blood draws. The advantage here is that by the time the product goes to actual clinical trials any issues have been identified and resolved, virtually assuring a shorter and smoother path through the trial process.

To get a test to market the technologies need to be proven to match the accepted standard provided in the traditional lab environment.  Approval for at-home use or OTC distribution is more complicated in that BioSafe must show that the collection process, performed by a nonprofessional, is simple enough that mistakes are very rare.  In addition, the Company needs to show that there is a very low possibility of an adverse result or action taken by a patient based on the result.

### Research and Development Relationships

BioSafe's strong scientific reputation and demonstrated success in developing unique solutions has been aided by, and led to, relationships with several prestigious R&D organizations.  These include:

- Stanford University: coordinated study involving HbA1c testing and cholesterol screening for hard to reach populations, currently applying for NIH level funding for wider rollout.
- Collaboration with the Nichols Institute, developer of the standard TSH assay (NID Third Generation Chemiluminescence Assay) to develop a modification for use with smaller whole blood samples instead of serum samples. BioSafe has the only whole blood sample process for TSH assay.
- The Centers for Disease Control (CDC) and World Health Organization (WHO) are interested in using BioSafe's collection and transport systems (BTS) for work in third world countries, where sample instability and consistent results across a wide variety of labs can be very problematic.

## Equipment and Processes at the Lab

The BioSafe laboratory has variety of equipment used for analyzing samples and for research and development purposes. Key pieces of equipment include:

- Roche Modular Analyzer, with a capacity of 1800 tests per hour. Uses an open platform, so that reagents from multiple manufacturers will work. Used for Cholesterol Panels and A1c tests
- Nichols Institute Diagnostics Chemiluminescence System. Used for thyroid tests
- Beckman Coulter Access Immunoassay Analyzer. Employs Hybritech method for PSA tests.

The lab has the capacity to process about 1.8 million tests a year. Licensing agreements (see Section 7) are in place to handle overflow as needed. The lab is currently staffed by 5-6 technologists, a team of three R&D scientists, and a fluctuating group of kit assembly and warehousing staff (5 – 15, depending on work flow).

## Patents, FDA Clearances and Scientific Publications

As was mentioned earlier, BioSafe has maintained ALL ownership of all intellectual property associated with its products and services. The Company is therefore positioned today to capitalize on the technology platforms described in Section 4, marketing the products that are ready for distribution and continuing to develop new products leveraging the existing platforms and the Company's in-house expertise.

*Patents Issued:*
- **Method for Correcting for Blood Volume in a Serum Analyte Determination (#6,040,135;6,187,531)**
  This patented process is the mathematical conversion from blood to serum based upon the red cell mass. It is the means by which the results of the test can be interpreted.
- **Biological Sample Storage Package and Method for Making Same (#6,176,371)**
  This is a desiccated foil bag that maintains the quality and stability of the blood sample during delivery to the laboratory and also extends the shelf life of the product when it is maintained in inventory.
- **Whole Blood Collection Device and Method (#6,406,919; 6,673,627)**
  A blood transport system and coating solution which keeps blood from clotting during the collection and delivery processes.
- **A Method for Stabilizing Amino Transferase Activity in a Biological Fluid (#6,465,202)**
  This is a test that measures liver enzymes to test liver function and detect early complications of liver damage due to adverse effects of therapeutic drugs.

- **Device for Collecting and Drying a Body Fluid (#6,524,533)**
  This device, which is used in conjunction with the liver enzyme test, collects and separates whole blood and dries the serum.

*Patents Pending:*

- **Body Fluid Collection Device (10/135,654, filed 4-30-02)**
  This is a method to enhance the filter paper onto which the blood sample is deposited. A spreading layer is placed on the filter paper which helps maintain a consistent flow of blood across surface of the filter paper. The even distribution of the blood improves the precision and accuracy of the test results and prevents rejection of the test due to poor sample quality.
- **Biological Fluid Stabilizing Composition and Method of Use Thereof (10/074,715, filed 2-13-02)**
  This is the solution contained inside the patent issued Whole Blood Collection Device cited above. It is the stabilizing solution for testing hormones, metabolites, and other trace compounds in the blood.
- **Anemia Meter (10/417,697, filed 4-17-03)**
  An immediate response device for qualitative and quantitative anemia testing.

*FDA Clearances*

The following are all the BioSafe FDA 510(k) clearance applications ever filed. As noted below, BioSafe has received FDA clearance (approval) for every filing ever submitted (www.accessdata.fda.gov):

- ANEMIAPRO SELF-SCREENER , Approved 12/15/04

- SAFE AT HOME CHOLESTEROL PROFILE BLOOD COLLECTION, Approved 4/03/02

- BIOSAFE CHOLESTEROL PROFILE BLOOD COLLECTION DEVICE, Approved 9/26/01

- SAFE AT HOME TSH (THYROID STIMULATING HORMONE), Approved 7/16/01

- BIOSAFE CAPILLARY BLOOD TRANSPORT SYSTEM FOR TEST, Approved 3/23/01

- SAFE AT-HOME TEST KIT FOR MONITORING HEMOGLOBIN A1c, Approved 11/26/99

*Scientific Publication List*

BioSafe scientists have been widely published and have presented at many international scientific meetings.   Presented below is a list of the more relevant articles written by BioSafe scientists and published in major clinical and chemistry publications.

**Scientific Publications**

- Maggiore JA. Recognizing the preanalytical sources of hyperhomocysteinemia. Tech Sample, ASCP Press. January 2001.

- Williams RH, Maggiore JA, Reynolds RD, Helgason CM.  Novel approach for the assessment of the redox status of plasma homocysteine and related thiols in patients with ischemic stroke. Clin. Chem., 2001 Jun;47(6):1031-9.

- Maggiore JA, Bui TL, Grzeda BR, Pirucki TL, Batzel DA, Tyrrell SP. Development of a whole blood collection, transport and test system for thyroid stimulating hormone. Clin. Chem. 2001;47(S):A10.

- Grzeda BR, Bui TL, Tyrrell SP, Maggiore JA.  Comparison of capillary whole blood with serum results in the Hybritech Tandem-MP PSA assay. Clin. Chem. 2001;47(S):A135.

- Bui TL, Warner CN, Ildefonso J, Pirucki TL, Dewey LM, Maggiore JA. Development of a dried blood collection, transport and testing system for HDL-Cholesterol. Clin. Chem. 2002; 48(S): A97.

- Bui TL, Warner CN, Ildefonso J, Pirucki TL, Dewey LM, Maggiore JA. Development of a dried blood collection, transport and testing system for total cholesterol. Clin. Chem. 2002; 48(S): A98.

- Grzeda BR, Bui TL, Warner CN, Pirucki TL, Dewey LM, Maggiore JA. Development of a dried blood collection, transport and testing system for triglycerides. Clin. Chem. 2002; 48(S): A106.

- Grzeda BR, Bui TL, Warner CN, Pirucki TL, Dewey LM, Babich M, Maggiore JA. Detecting and monitoring prostate cancer using a novel collection and analytical system. Clin. Chem. 2002; Aug; 48(8); 1272-8

- Maggiore JA. Unsuspected hyperthyroidism. Tech Sample, ASCP Press. March 2003.

- Dewey LM, Maggiore JA, Warner CN, Babich M. Assessment of the reference interval for thyroid stimulating hormone using the BIOSAFE TSH System. Clin Chem. 2003; 49(S); A43.

- Maggiore JA. Discordant hemoglobin $A_{1c}$ in a recent onset juvenile diabetic. Tech Sample, ASCP Press. January 2004.

- Catalona WJ, Maggiore JA. PSA, free-PSA testing is still a lifesaver.  *Clinical Laboratory Products.* 34 (2) 2005.

- Maggiore JA. The clinical utility of total, free and complexed prostate-specific antigen in advanced metastatic prostate cancer.  Tech Sample, ASCP Press. March 2005.

# Form MDR – Part I

**Instructions:** For both the Company and each Acquisition target, please provide the following materials in electronic format. Please provide all worksheets and financials in Excel format. Items should be submitted by email to MDR@BARRONPARTNERS.COM. To accelerate the process, we strongly recommended you send items immediately as they become available.

## Section A – Description of Offering and Use of Proceeds. SEE LOI

1. Briefly describe your Company, its management and business plan.
2. Explain the attractiveness of your company to investors.
3. How have your historical results compared to expectations and past guidance?
4. Describe your company's current and future capital requirements including anticipated amounts and funding timeline covering the next 24 months.
5. How long has your company been seeking the current round of financing?
6. For the current round, provide a schedule detailing the use of proceeds of this financing, being certain to include commission payable to brokers, finders fees, and legal expenses.

## Section B – Financials. SEE FINANCIAL PROJECTIONS

1. Monthly GAAP income statements for the Company and Acquisition Target(s) for the past six months. The format should give the greatest detail possible, but at a minimum must break out revenue and cost of sales by major products/divisions, SG&A, depreciation and amortization, interest expense and taxes accrued.
2. Quarterly and Annual GAAP financial statements for the Company and Acquisition Target(s) for the past two years in the same format as above. Audited financial statements (when available) must also be submitted but are not a substitute for the detailed statements.
3. The most recent GAAP balance sheet available.
4. Detailed Schedule of Current Assets with Aged Accounts Receivable summary.
5. Detailed Schedule of Current Liabilities with Aged Accounts Payable summary and summaries of accrued expenses and accrued compensation.
6. Detailed Schedule of Long Term Liabilities outlining basic terms of each outstanding debt or preferred stock series.
7. Pro Forma historical and projected financials for the Company and each Acquisition Target (breaking each division out separately).
8. Pro Forma projected working capital and monthly cash flow projections for six months.
9. Pro Forma projected capital expenditures for 12 months.
10. Pro Forma schedule of largest customers as a percentage of total revenue.

## Section C – Past Financings and Legal. NA

1. Detail all past financings being careful to disclose the split-adjusted price and quantity of shares/securities issued and any special rights: piggyback, ratchet/reset/toxic, conversion, warrant shares, options, MFN, first refusal, etc.
2. Detail all past, present, pending or threatened litigation or investigations at all levels, related to or involving the company, its officers or directors.
3. Provide copies of all business broker or finder's agreements executed within the past three years. Where only verbal agreements exist please provide a summary of the basic terms.
4. Provide a list of the company and acquisition target(s) officers and directors (full names) including addresses and contact info.
5. Provide a list of the company and acquisition target(s) legal business names, state of incorporation, DBAs, and physical and legal addresses of the various offices or states in which the companies do business.
6. Provide details of ownership structure, capital structure, including major shareholders, debtholders, and each class of stock outstanding.

# Form MDR – Part II

**Instructions:** For both the Company and each Acquisition target, please provide the following materials in electronic format. Please provide all worksheets and financials in Excel format. Items should be submitted by email to MDR@BARRONPARTNERS.COM. To accelerate the process, we strongly recommended you send items immediately as they become available.

### Section D – Contact Info.

1. Please provide complete contact info for all key executives, officers and directors, auditors and accountants, bankers (all areas), and lawyers. See other employee info. Outside services are via Barron relationships.

### Section E – Business Opportunity  see LOI and financial projections

1. Provide copies of any business plans, strategic plans, business valuations, investor presentations and one page summaries made within the past two years.
2. Provide copies of press clippings, articles (including 3rd party articles), and conference call transcripts originating within the past 3 years.

### Section F – Backlog and Pipeline  none

1. Provide a summary and breakdown of the current backlog by product or service line of unfilled orders.
2. Is this backlog normal, high, low, increasing or declining?
3. What was the backlog one year ago?
4. Over what period of time will the backlog be fulfilled?
5. What are the policies governing when an order is considered firm and can be recorded into the backlog?
6. Provide evidence (contracts or PO's) supporting the backlog.
7. Provide a summary of potential pipeline sales that in addition to those provided in the backlog.

### Section G - Customer Concentration, Risk and Sales Outlook  see projections

1. Provide a worksheet showing sales by customer for the last twelve months covering at least 80% of total revenues.
2. Projected sales by customer (including new customers) for the next 12 months covering at least 80% of total projected revenues. Indicate the percentage likelihood of achieving the projected sales level for each customer.
3. For both worksheets, please indicate for each customer the percentage of total revenues.
4. For each customer, indicate whether it is dependent on maintaining the relationship with any other customer.
5. For each customer, indicate whether there is or has been any real or perceived conflicts of interest or related party transactions.
6. Provide explanation of any significantly increased sales projection.
7. Provide copies of any significant agreements, e.g. royalty or license agreements, long term sales contracts or distribution agreements.

### Section H - Customer References  na

**Instructions:** In order for us to verify current and projected sales volumes and to gauge customer satisfaction, we need to conduct a brief customer survey. Our questions will be provided for your review and approval prior to conducting the survey. In the meantime, please prepare and submit a schedule of contacts for all customers provided in **Section G** above. Just prior to our survey, please notify the contacts that a representative of our firm will be calling and inform the contact of the nature of our call.

### Section I - Customer Support  most customer support provided by Biosafe. Nominal costs.

1. Detail and provide representative copies of all agreements with customers to provide any service, support, warranty or maintenance.

2. Estimate the cost to the Company of providing such services.
3. When are these costs collected from the customers?

## Section J – Collections na

1. Provide quarterly DSO figures for the past two years.
2. What is the company's charge-off policy?
3. How are collections handled?
4. Explain any negative trends.

## Section K - Suppliers and Outsourcing Agreements see license agreement

1. List and provide copies of all significant agreements with vendors, manufacturers, retailers, brokers and suppliers.
2. Provide contact information for the five largest suppliers as well as any key component or service suppliers.
3. Indicated whether or not there are plans for back-up suppliers and identify the critical supply risks the company faces.
4. What is the timing and cost of replacing critical suppliers?
5. List and provide copies of all agreements pursuant to which products or services are or will be manufactured or provided by third parties.

## Section L – Past Financings and Appraisals na

1. Provide copies of all term sheets, PPM's and closing documents for all previous financings.
2. Provide copies of all agreements to pay finders fees or brokers fees for all previous financings as well as the proposed financing(s).
3. Break down the use of proceeds from any previous rounds of financing within the past two years.
4. Provide copies of any appraisals within the last 5 years as to the value of the Company.

## Section M – Partnerships and Earn-outs na

1. Explain and provide copies of any partnership agreements, joint ventures, or co-marketing agreements currently being contemplated or in effect at any point during the past five years.
2. Explain and provide copies of any revenue sharing, earnings sharing or earn-out agreements currently being contemplated or in effect at any point during the past five years.

## Section N – Properties  na

1. List and describe any real estate presently or formerly owned, leased, subleased or used, detailing size, use, cost basis, market value, lease payments and lessor's contact information.
2. Provide copies of all lease agreements, loans and subleases related to all properties.
3. Describe significant equipment, machinery, or computers including a schedule of acquisition dates, costs, useful life, depreciation and present book value.
4. Provide copies of any audits conducted on or relating to equipment or systems material to the business.

## Section O - Capital Expenditures and R&D see projections

1. Provide a breakdown of all capital equipment purchases in the past five years and as projected for the next five years including price paid, current market value, replacement cost, useful life, disposition plans, and ongoing service and maintenance costs.
2. Please provide a list of Research and Development costs for the past five years and as projected for the next five years.
3. Please provide copies of any contracts or commitments relating to Capital Equipment Lease or Purchase or R&D expense contracts.

## Section P – Legal and Accounting NA

1. Provide copies of all legal action, administrative proceedings, or investigations involving the Company, its acquisition targets, divisions, property, assets, directors, officers, employees or agents.
2. Provide a listing and copies of all liens and collateral agreements against equipment, inventories or other property.
3. Provide copies of all management letters from the Company's accountants for each of the last three fiscal years.

## Section Q – Regulatory NA

1. Explain the applicable regulatory requirements for the industry including, where applicable, compliance with environmental laws.
2. List and provide copies of all franchises, permits, governmental certifications, concessions or similar authorizations necessary to the conduct of business.
3. Provide copies of all material regulatory filings with federal, state and local agencies.

## Section R – Risk and Insurance  NA

1. Provide a list of all current insurance coverage including risk covered, aggregate and per event limits, annual premium, carrier and expiration date.
2. List any termination by an insurance carrier in the last 2 years.
3. List any significant claims in the past 5 years.
4. Provide a list of former divisions that were sold, abandoned or otherwise disposed of since the formation of the company.

## Section S – Other Liabilities  NA

1. Provide copies and descriptions of all guarantees of obligations of third parties and any similar agreements.
2. Provide a description of any contingent liabilities.

## Section T – Personnel and Management  NA

1. Provide an organizational chart detailing structure, positions, titles and names.
2. Provide CV's for all senior management.
3. Detail the number of employees, FT vs. PT, and employees to manager ratio.
4. Are any of the operations subject to unions/unionization?
5. Provide employment agreements for all key executives and any and all compensation of any kind to management.
6. List non-cash compensation and perks of management (automobile expenses, etc.)
7. Describe the bonus/incentive plans for management and all employees. Are they tied to performance or are they subjective? How are amounts determined? Are there written policies covering the process? If so, please furnish copies.
8. Provide copies of senior management performance reviews (most recent years).
9. Provide complete documentation relating to the employment of foreign nationals by the Company.

## Section U - Conflicts of Interest  NA

1. Describe any and all real or potential conflicts of interest between key executives, management and directors.
2. Describe any and all real or potential conflicts of interest between the Company and its acquisition targets.
3. Provide copies of any inter-related party leaseholds, transactions, loans or arrangements.
4. Provide a summary of business and personal relationships and affiliations among directors, officers, shareholders, creditors, customers, suppliers and other business affiliates.
5. How are Directors nominated? How are Directors compensated?
6. Explain the company's plans to achieve an independent Board of Directors.

## Section V - Sales and Marketing  SEE OTHER INFO PROVIDED

1. How is the sales force compensated (both the in-house sales force or reps and distributors)?
2. How much can a sales person earn?
3. What are average earnings, and how does that compare to the industry norms?
4. What has been the turnover rate in sales personnel for the last two years?
5. How are sales personnel evaluated?
6. Provide copies of all sales and marketing materials and a short description of each product or service offered.
7. Provide copies of all marketing studies and customer surveys conducted.
8. Provide copies of all competitive analyses conducted.

## Section W – Technology, Intellectual and Intangible Property  SEE COPIES PROVIDED.

1. Provide copies of all agreements relating to technology or intellectual property that are material to the business, including agreements, understandings and proposed transactions with employees (past and present), consultants, stockholders and other third parties regarding ownership and/or use of intellectual property, and confidentiality, nondisclosure or assignment of inventions or intellectual property rights.
2. Provide a list of all patents owned or applied for, with descriptive titles, numbers, jurisdiction and copies of all correspondence to or from examining authorities or other parties regarding such patents and patent applications.
3. Provide a list of copyrights claimed and copies of filings and documentation with descriptive titles, numbers and jurisdiction.
4. Provide a list of all trademarks owned or used in the business, whether registered or unregistered, and copies of federal or state registrations.
5. Provide a list of all trademarks, trade names, patents, copyrights, trade secrets and other proprietary rights licensed to or from third parties.
6. Provide copies of license and sublicense agreements and any other agreements pursuant to which any technology or intellectual property rights have been assigned to or from third parties.
7. Provide a list of any other intangible holdings, including but not limited to, trade secrets, inventions and technical information.

RETURN TO CHECKLIST [CLICK HERE]

## Capex:

**Please provide a breakdown of all capital equipment purchases in the past five years and as projected for the next five years including price paid, current market value, replacement cost, useful life, disposition plans, and ongoing service and maintenance costs.**
NA

**Please provide a list of Research and Development costs for the past five years and as projected for the next five years.**
NA

**Please provide working capital requirements for each of the past five years and as projected for the each of the next five years.**
NA

NA
**Please provide copies of any contracts or commitments relating to Capital Equipment Lease or Purchase or R&D expense contracts.**
NA

Page 1

Capex

RETURN TO CHECKLIST [CLICK HERE]

## Receivables:

**Please provide a copy of your most recent accounts receivable aging report as well as quarterly DSO's for the past two years.**
NA

**What is the company's charge-off (bad debt) policy?**
NA

**How are collections handled?**
NA

**Please explain any negative trends.**
NA

RETURN TO CHECKLIST [CLICK HERE]

# Personnel & Compensation:

**Organizational chart showing complete organization and job descriptions for executives and senior management.**
**Also provide CV's for all senior management**
SEE EMPLYEE LISTING IN PROJECTIONS

**Number of employees, FT vs. PT. Employees to Manager ratio.  Are any of the operations subject to unions/unionization?**
SEE EMPLYEE LISTING IN PROJECTIONS

**Provide employment agreements for all key executives and any and all compensation of any kind to management.**
**MARY REDINO'S IS UNDER CONSTRUCTION**

**List non-cash compensation and perks of management (automobile expenses, etc.)**
NA

**Describe the bonus/incentive plans for management and all employees.  Are they tied to performance or are they subjective?  How are amounts determined?  Are there written policies covering the process?  If so, please furnish copies.**

TBD
**Provide copies of senior management performance reviews (most recent years).**

TBD
**How are Directors nominated?  How are Directors compensated?**
TBD

**How is the sales force compensated (both the in-house sales force or reps and distributors)?**

**SALARY + INDUSTRY APPROPRIATE COMMISSION**
**How much can a sales person earn?  What are average earnings, and how does that compare to the industry norms?**

NO CAP
**What has been the turnover rate in sales personnel for the last two years?  How are sales personnel evaluated?**

NA
**Describe any and all real or potential conflicts of interest between key executives, management, directors and the**
**Company.  Include any inter-related party leaseholds, transactions, loans or arrangements.**

NA
**Provide a summary of business and personal relationships and affiliations among directors, officers,**

shareholders, creditors, customers, suppliers and other business affiliates.

NA

Provide complete documentation relating to the employment of foreign nationals by the Company.

NA

RETURN TO CHECKLIST [CLICK HERE]

## Properties:

List of Websites. Copies of Trademarks/Patents and current status of patent applications.
LISTING OF BIOSAFE PATENTS,ETC. ATTACHED TO EMAIL.

List and describe any real estate presently or formerly owned, leased, subleased or used, detailing size, use, cost basis, market value, lease payments and lessor's contact information.

NA

Provide copies of all lease agreements, loans and subleases related to all properties listed above.
NA

Provide a listing of all liens against properties listed above.

NA

Describe significant equipment, machinery, or computers including a schedule of acquisition dates, costs, useful life, and present book value.
NA

Provide copies of any audits conducted on or relating to the equipment or systems of the Company.
NA

Provide a listing of all liens against equipment listed above.
NA

Provide a list of all trademarks, trade names and fictitious business names owned or used in the Company's business, whether registered or unregistered; and copies of federal or state registrations.

NA

Provide a list of all patents owned or applied for by the Company, with descriptive titles, numbers and jurisdiction and copies of all correspondence to or from examining authorities or other parties regarding such patents and patent applications.
LISTING OF BIOSAFE PATENTS,ETC. ATTACHED TO EMAIL

Provide a list of copyrights claimed by the Company; and copies of filings and documentation used to protect the same, with descriptive titles, numbers and jurisdiction.
NA

**Provide a list of all trademarks, trade names, patents, copyrights, trade secrets and other proprietary rights licensed from or to others; copies of license and sublicense agreements and any other agreements pursuant to which the Company has assigned any technology or intellectual property rights to, or obtained any technology or intellectual property rights from, third parties.**

NA

**Provide a list of any other intangibles, if any, held by the Company, including but not limited to, trade secrets, inventions and technical information. All other agreements pursuant to which the Company has assigned any technology or intellectual property rights to, or obtained any technology or intellectual property rights from, third parties in connection with any business of the Company.**

NA

Page 2

Properties

RETURN TO CHECKLIST [CLICK HERE]

# Miscellaneous:

Provide a detailed list of ALL pending and past legal actions, administrative proceedings, or investigations threatened or involving the Company, its acquisition targets, divisions, property, assets, directors, officers, empoyees or agents.
NA

Provide copies of press clippings, articles (including 3rd party articles), and conference call transcripts originating within the past 3 years.
NA

SUPPLIED UNDER COVER FOR BIOSAFE PRODUCTS
Provide copies of any periodic management reviews evaluating the performance of the company.
NA
List memberships in any national, state, or local trade or regulatory organizations and clubs.
NA

Explain the applicable regulatory requirements for the industry including, where applicable, compliance with environmental laws.
NA

List and provide copies of all franchises, permits, governmental certifications, concessions or similar authorizations necessary to the conduct of business.
NA

Provide copies of all material regulatory filings with federal, state and local agencies.
NA

Provide a list of all current insurance coverage including risk covered, aggregate and per event limits, annual premium, carrier and expiration date.  List any termination by an insurance carrier in the last 2 years.
List any significant claims in the past 5 years.
NA

Provide a list of former divisions that were sold, abandoned or otherwise disposed of since the formation of the company.
NA

Provide copies and descriptions of all guarantees of obligations of third parties and any similar agreements.

NA
Provide a description of any contingent liabilities.

NA
Provide copies of all agreements relating to technology or intellectual property that are material to the business of the Company, including agreements, understandings and proposed transactions with employees (past and present), consultants, stockholders and other third parties regarding ownership and/or use of intellectual property, and confidentiality, nondisclosure or assignment of inventions or intellectual property rights.
NA

Miscellaneous