## Todd Kremin

**From:** Andrew B. Worden [abw@barronpartners.com]
**Sent:** Monday, June 26, 2006 3:52 PM
**To:** Robert Trumpy
**Cc:** dofsink@golawintl.com

Darren L. Ofsink

Guzov Ofsink, LLC

600 Madison Avenue, 14th Floor

New York, New York 10022

Telephone - (212) 371-8008, Extension 102

Facsimile - (212) 688-7273

Direct Facsimile - (419) 715-0076

dofsink@golawintl.com

www.golawintl.com


Andrew Barron Worden
Managing Partner
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York NY 10019
tel 212-359-0201
Fax 646-607-2223
cell 917-854-0036
abw@barronpartners.com

Please review our web site at: www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

**Exhibit 23**