| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 02/07/2006 | 1629 | Shipping | Physician Sales & Service | 1.00 | | 4.66 |
| Invoice | 02/07/2006 | 1629 | Product Handling Charge | Physician Sales & Service | 1.00 | | 10.00 |
| Invoice | 02/09/2006 | 1651 | PSA Professional | Physician Sales & Service | 7.00 | 17.88 | 125.16 |
| Invoice | 02/09/2006 | 1651 | Shipping | Physician Sales & Service | 1.00 | 4.66 | 4.66 |
| Invoice | 02/09/2006 | 1651 | Product Handling Charge | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 02/20/2006 | 1676 | TSH Professional | Physician Sales & Service | 5.00 | 18.05 | 90.25 |
| Invoice | 02/20/2006 | 1676 | PSA Professional | Physician Sales & Service | 3.00 | 17.88 | 53.64 |
| Invoice | 02/20/2006 | 1676 | Shipping | Physician Sales & Service | 1.00 | 4.66 | 4.66 |
| Invoice | 02/20/2006 | 1676 | Product Handling Charge | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 02/27/2006 | 1687 | TSH Professional | Physician Sales & Service | 4.00 | 18.05 | 72.20 |
| Invoice | 02/27/2006 | 1687 | Shipping | Physician Sales & Service | 1.00 | 4.66 | 4.66 |
| Invoice | 02/27/2006 | 1687 | Product Handling Charge | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 03/02/2006 | 1699 | TSH Professional | Physician Sales & Service | 5.00 | 18.05 | 90.25 |
| Invoice | 03/02/2006 | 1699 | PSA Professional | Physician Sales & Service | 4.00 | 17.88 | 71.52 |
| Invoice | 03/02/2006 | 1699 | Product Handling Charge | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 03/02/2006 | 1699 | Shipping | Physician Sales & Service | 1.00 | 4.66 | 4.66 |
| Invoice | 03/16/2006 | 1721 | TSH Professional | Physician Sales & Service | 6.00 | 18.05 | 108.30 |
| Invoice | 03/16/2006 | 1721 | PSA Professional | Physician Sales & Service | 4.00 | 17.88 | 71.52 |
| Invoice | 03/16/2006 | 1721 | Product Handling Charge | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 03/16/2006 | 1721 | Shipping | Physician Sales & Service | 1.00 | 7.04 | 7.04 |
| Invoice | 03/13/2006 | 1726 | TSH Professional | Physician Sales & Service | 6.00 | 18.05 | 108.30 |
| Invoice | 03/13/2006 | 1726 | PSA Professional | Physician Sales & Service | 6.00 | 17.88 | 107.28 |
| Invoice | 03/13/2006 | 1726 | Product Handling Charge | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 03/13/2006 | 1726 | Shipping | Physician Sales & Service | 1.00 | 7.04 | 7.04 |
| Invoice | 04/03/2006 | 1777 | TSH Professional | Physician Sales & Service | 4.00 | 18.05 | 72.20 |
| Invoice | 04/03/2006 | 1777 | Shipping | Physician Sales & Service | 1.00 | 4.66 | 4.66 |
| Invoice | 04/03/2006 | 1777 | Product Handling Charge | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 04/05/2006 | 1783 | TSH Professional | Physician Sales & Service | 5.00 | 18.05 | 90.25 |
| Invoice | 04/05/2006 | 1783 | PSA Professional | Physician Sales & Service | 1.00 | 17.88 | 17.88 |
| Invoice | 04/05/2006 | 1783 | Product Handling Charge | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 04/05/2006 | 1783 | Shipping | Physician Sales & Service | 1.00 | 4.66 | 4.66 |
| Invoice | 04/07/2006 | 1786 | TSH Professional | Physician Sales & Service | 1.00 | 18.05 | 18.05 |
| Invoice | 04/07/2006 | 1786 | Product Handling Charge | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 04/07/2006 | 1786 | Shipping | Physician Sales & Service | 1.00 | 4.66 | 4.66 |
| Invoice | 04/07/2006 | 1800 | TSH Professional | Physician Sales & Service | 2.00 | 18.05 | 36.10 |
| Invoice | 04/07/2006 | 1800 | Product Handling Charge | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 04/07/2006 | 1800 | Shipping | Physician Sales & Service | 1.00 | 5.18 | 5.18 |

| Type | Date | Num | Item | Description | Source | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| Invoice | 04/17/2006 | 1807 | | Total Professional Kit | Physician Sales & Service | 2.00 | 18.05 | 36.10 |
| Invoice | 04/17/2006 | 1807 | | Product Handling Char | Physician Sales & Service | 1.00 | 10.00 | 10.00 |
| Invoice | 04/17/2006 | 1807 | | Shipping | Physician Sales & Service | 1.00 | 4.66 | 4.66 |
| Invoice | 04/27/2006 | 1819 | | PSA Professional | Physician Sales & Service | 5.00 | 17.98 | 89.90 |
| Invoice | 04/27/2006 | 1819 | | TSH Professional | Physician Sales & Service | 6.00 | 18.05 | 108.30 |
| Invoice | 04/27/2006 | 1819 | | Shipping | Physician Sales & Service | 1.00 | 5.08 | 5.08 |
| Invoice | 01/31/2006 | 1607 | | TSH Professional | Prana Pharmacy | 1.00 | 19.98 | 19.98 |
| Invoice | 01/31/2006 | 1607 | | PSA Professional | Prana Pharmacy | 1.00 | 18.98 | 18.98 |
| Invoice | 01/31/2006 | 1607 | | A1c Professional | Prana Pharmacy | 1.00 | 11.93 | 11.93 |
| Invoice | 01/31/2006 | 1607 | | Professional - Cholest | Prana Pharmacy | 1.00 | 17.98 | 17.98 |
| Invoice | 01/31/2006 | 1607 | | Shipping | Prana Pharmacy | 1.00 | 4.26 | 4.26 |
| Invoice | 01/31/2006 | 1607 | | Product Handling Char | Prana Pharmacy | 1.00 | 10.00 | 10.00 |
| Invoice | 02/03/2006 | 1625 | | TSH Professional | Prana Pharmacy | 3.00 | 19.98 | 59.94 |
| Invoice | 02/03/2006 | 1625 | | PSA Professional | Prana Pharmacy | 3.00 | 18.98 | 56.94 |
| Invoice | 02/03/2006 | 1625 | | A1c Professional | Prana Pharmacy | 3.00 | 11.93 | 35.79 |
| Invoice | 02/03/2006 | 1625 | | Professional - Cholest | Prana Pharmacy | 7.00 | 17.98 | 125.86 |
| Invoice | 02/03/2006 | 1625 | | Shipping | Prana Pharmacy | 1.00 | 4.33 | 4.33 |
| Invoice | 02/03/2006 | 1625 | | Product Handling Char | Prana Pharmacy | 1.00 | 10.00 | 10.00 |
| Invoice | 03/21/2006 | 1748 | | A1c Professional | Prana Pharmacy | 10.00 | 11.93 | 119.30 |
| Invoice | 03/21/2006 | 1748 | | Product Handling Char | Prana Pharmacy | 1.00 | 10.00 | 10.00 |
| Invoice | 03/21/2006 | 1748 | | Shipping | Prana Pharmacy | 1.00 | 4.26 | 4.26 |
| Invoice | 04/27/2006 | 1820 | | PSA Consumer Test | Pro Active Health Resources | 10.00 | 22.98 | 229.80 |
| Invoice | 04/27/2006 | 1820 | | TSH Consumer Test | Pro Active Health Resources | 10.00 | 23.98 | 239.80 |
| Invoice | 04/27/2006 | 1820 | | Product Handling Char | Pro Active Health Resources | 1.00 | 10.00 | 10.00 |
| Invoice | 04/27/2006 | 1820 | | Shipping | Pro Active Health Resources | 1.00 | 12.32 | 12.32 |
| Invoice | 01/19/2006 | 1567 | | PSA Consumer Test | Quality Assured Services, Inc. | 30.00 | 20.03 | 600.90 |
| Invoice | 01/19/2006 | 1567 | | Shipping | Quality Assured Services, Inc. | 1.00 | 6.46 | 6.46 |
| Invoice | 01/19/2006 | 1567 | | Product Handling Char | Quality Assured Services, Inc. | 1.00 | 10.00 | 10.00 |
| Invoice | 02/09/2006 | 1648 | | Hemoglobin A1c Cons | Quality Assured Services, Inc. | 10.00 | 12.98 | 129.80 |
| Invoice | 02/09/2006 | 1648 | | Cholesterol Panel Con | Quality Assured Services, Inc. | 10.00 | 18.93 | 189.30 |
| Invoice | 02/09/2006 | 1648 | | Shipping | Quality Assured Services, Inc. | 1.00 | 6.06 | 6.06 |
| Invoice | 02/09/2006 | 1648 | | Product Handling Char | Quality Assured Services, Inc. | 1.00 | 10.00 | 10.00 |
| Invoice | 04/12/2006 | 1791 | | PSA Consumer Test | Quality Assured Services, Inc. | 10.00 | 20.03 | 200.30 |
| Invoice | 04/12/2006 | 1791 | | TSH Consumer Test | Quality Assured Services, Inc. | 30.00 | 21.48 | 644.40 |
| Invoice | 04/12/2006 | 1791 | | Shipping | Quality Assured Services, Inc. | 1.00 | 10.00 | 10.00 |
| Invoice | 04/12/2006 | 1791 | | Product Handling Char | Quality Assured Services, Inc. | 1.00 | 6.98 | 6.98 |
| Invoice | 01/03/2006 | 1528 | | TSH Consumer Test | Retail Sales | 3.00 | 39.95 | 119.85 |

| Type | Date | Num | Memo | Name | Qty | Sales Price | Amount |
|---|---|---|---|---|---:|---:|---:|
| Invoice | 01/03/2006 | 1528 | Shipping | Retail Sales | 1.00 | 12.49 | 12.49 |
| Invoice | 01/03/2006 | 1529 | PSA Consumer Test | Retail Sales | 5.00 | 39.95 | 199.75 |
| Invoice | 01/03/2006 | 1529 | Shipping | Retail Sales | 1.00 | 8.95 | 8.95 |
| Invoice | 02/07/2006 | 1626 | Hemoglobin A1c Cons | Retail Sales | 1.00 | 24.95 | 24.95 |
| Invoice | 02/07/2006 | 1626 | Shipping | Retail Sales | 1.00 | 4.95 | 4.95 |
| Invoice | 02/09/2006 | 1643 | PSA Consumer Test | Retail Sales | 2.00 | 39.95 | 79.90 |
| Invoice | 02/09/2006 | 1643 | Shipping | Retail Sales | 1.00 | 6.45 | 6.45 |
| Invoice | 02/16/2006 | 1658 | TSH Consumer Test | Retail Sales | 1.00 | 39.95 | 39.95 |
| Invoice | 02/16/2006 | 1658 | Shipping | Retail Sales | 1.00 | 4.95 | 4.95 |
| Invoice | 02/09/2006 | 1650 | PSA Consumer Test | Safe Home Products | 20.00 | 20.03 | 400.60 |
| Invoice | 02/09/2006 | 1650 | Hemoglobin A1c Cons | Safe Home Products | 20.00 | 12.98 | 259.60 |
| Invoice | 02/09/2006 | 1650 | TSH Consumer Test | Safe Home Products | 20.00 | 21.48 | 429.60 |
| Invoice | 02/09/2006 | 1650 | Cholesterol Panel Con | Safe Home Products | 20.00 | 18.93 | 378.60 |
| Invoice | 02/09/2006 | 1650 | Anemia Meter | Safe Home Products | 20.00 | 13.95 | 279.00 |
| Invoice | 02/09/2006 | 1650 | Product Handling Chai | Safe Home Products | 1.00 | 10.00 | 10.00 |
| Invoice | 02/09/2006 | 1650 | Shipping | Safe Home Products | 1.00 | 12.12 | 12.12 |
| Invoice | 05/18/2006 | 1863 | PSA Professional | Safeway Pharmacy | 4,000.00 | 15.00 | 60,000.00 |
| Invoice | 05/18/2006 | 1863 | Shipping (next day air) | Safeway Pharmacy | 1.00 | 1,197.87 | 1,197.87 |
| Invoice | 05/04/2006 | 1876 | PSA Professional | Safeway Pharmacy | 100.00 | 15.00 | 1,500.00 |
| Invoice | 05/04/2006 | 1876 | Shipping | Safeway Pharmacy | 1.00 | 37.07 | 37.07 |
| Invoice | 06/05/2006 | 1891 | PSA Professional | Safeway Pharmacy | 1,000.00 | 15.00 | 15,000.00 |
| Invoice | 06/05/2006 | 1891 | Product Handling Chai | Safeway Pharmacy | 1.00 | 10.00 | 10.00 |
| Invoice | 06/05/2006 | 1891 | Shipping | Safeway Pharmacy | 1.00 | 79.21 | 79.21 |
| Invoice | 01/19/2006 | 1568 | Hemoglobin A1c Cons | Scientific Healthcare | 20.00 | 12.98 | 259.60 |
| Invoice | 01/19/2006 | 1568 | Shipping | Scientific Healthcare | 1.00 | 7.44 | 7.44 |
| Invoice | 01/19/2006 | 1568 | Product Handling Chai | Scientific Healthcare | 1.00 | 10.00 | 10.00 |
| Invoice | 05/31/2006 | 1909 | Hemoglobin A1c Cons | Shifflett, Carol M. | 5.00 | 15.98 | 79.90 |
| Invoice | 05/31/2006 | 1909 | Cholesterol Panel Con | Shifflett, Carol M. | 5.00 | 21.93 | 109.65 |
| Invoice | 05/31/2006 | 1909 | Product Handling Chai | Shifflett, Carol M. | 1.00 | 10.00 | 10.00 |
| Invoice | 05/31/2006 | 1909 | Shipping | Shifflett, Carol M. | 1.00 | 5.26 | 5.26 |
| Invoice | 01/31/2006 | 1608 | PSA Professional | Stat Technologies | 100.00 | 18.98 | 1,898.00 |
| Invoice | 01/31/2006 | 1608 | Shipping | Stat Technologies | 1.00 | 6.79 | 6.79 |
| Invoice | 01/31/2006 | 1608 | Product Handling Chai | Stat Technologies | 1.00 | 10.00 | 10.00 |
| Invoice | 02/02/2006 | 1616 | TSH Professional | Stat Technologies | 25.00 | 19.98 | 499.50 |
| Invoice | 02/02/2006 | 1616 | Shipping | Stat Technologies | 1.00 | 5.56 | 5.56 |
| Invoice | 02/02/2006 | 1616 | Product Handling Chai | Stat Technologies | 1.00 | 10.00 | 10.00 |
| Invoice | 03/14/2006 | 1725 | TSH Professional | Stat Technologies | 50.00 | 19.98 | 999.00 |

| Type | Date | Num | Item | Name | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Invoice | 03/14/2006 | 1725 | PSA Professional | Stat Technologies | 50.00 | 17.88 | 894.00 |
| Invoice | 03/14/2006 | 1725 | Product Handling Chai | Stat Technologies | 1.00 | 10.00 | 10.00 |
| Invoice | 03/14/2006 | 1725 | Shipping | Stat Technologies | 1.00 | 12.15 | 12.15 |
| Invoice | 04/20/2006 | 1811 | PSA Professional | Stat Technologies | 50.00 | 18.98 | 949.00 |
| Invoice | 04/20/2006 | 1811 | Product Handling Chai | Stat Technologies | 1.00 | 10.00 | 10.00 |
| Invoice | 04/20/2006 | 1811 | Shipping | Stat Technologies | 1.00 | 5.92 | 5.92 |
| Invoice | 05/04/2006 | 1829 | TSH Professional | Stat Technologies | 50.00 | 19.98 | 999.00 |
| Invoice | 05/04/2006 | 1829 | Product Handling Chai | Stat Technologies | 1.00 | 10.00 | 10.00 |
| Invoice | 05/04/2006 | 1829 | Shipping | Stat Technologies | 1.00 | 6.36 | 6.36 |
| Invoice | 05/10/2006 | 1844 | PSA Professional | Stat Technologies | 70.00 | 18.98 | 1,328.60 |
| Invoice | 05/10/2006 | 1844 | Product Handling Chai | Stat Technologies | 1.00 | 10.00 | 10.00 |
| Invoice | 05/10/2006 | 1844 | Shipping | Stat Technologies | 1.00 | 6.36 | 6.36 |
| Invoice | 06/06/2006 | 1902 | PSA Professional | Stat Technologies | 100.00 | 18.98 | 1,898.00 |
| Invoice | 06/06/2006 | 1902 | Product Handling Chai | Stat Technologies | 1.00 | 10.00 | 10.00 |
| Invoice | 06/06/2006 | 1902 | Shipping | Stat Technologies | 1.00 | 6.79 | 6.79 |
| Invoice | 05/16/2006 | 1917 | PSA Professional | Stat Technologies | 50.00 | 18.98 | 949.00 |
| Invoice | 05/16/2006 | 1917 | Product Handling Chai | Stat Technologies | 1.00 | 10.00 | 10.00 |
| Invoice | 05/16/2006 | 1917 | Shipping | Stat Technologies | 1.00 | 5.92 | 5.92 |
| Invoice | 01/12/2006 | 1555 | TSH Consumer Test | Sterling Distributors | 6.00 | 23.98 | 143.88 |
| Invoice | 01/12/2006 | 1555 | Cholesterol Panel Con | Sterling Distributors | 4.00 | 20.98 | 83.92 |
| Invoice | 01/12/2006 | 1555 | Hemoglobin A1c Cons | Sterling Distributors | 4.00 | 14.97 | 59.88 |
| Invoice | 01/12/2006 | 1555 | Anemia Meter | Sterling Distributors | 1.00 | 22.98 | 22.98 |
| Invoice | 01/12/2006 | 1555 | PSA Consumer Test | Sterling Distributors | 1.00 | 10.00 | 10.00 |
| Invoice | 01/12/2006 | 1555 | Shipping | Sterling Distributors | 1.00 | 6.18 | 6.18 |
| Invoice | 01/10/2006 | 2206 | PSA Consumer Kit | Test Country.Com | 3 | 20.03 | 60.09 |
| Invoice | 01/10/2006 | 2206 | Lipid Panel Consumer | Test Country.Com | 8 | 18.93 | 151.44 |
| Invoice | 01/10/2006 | 2206 | Hemoglobin A1c Cons | Test Country.Com | 3 | 12.98 | 38.94 |
| Invoice | 01/10/2006 | 2206 | TSH Consumer Test | Test Country.Com | 3 | 21.48 | 64.44 |
| Invoice | 01/10/2006 | 2206 | Shipping | Test Country.Com | 1 | 10.00 | 10.00 |
| Invoice | 01/10/2006 | 2206 | Product Handling Chai | Test Country.Com | 1 | 19.15 | 19.15 |
| Invoice | 02/10/2006 | 2227 | PSA Consumer Kit | Test Country.Com | 4 | 20.03 | 80.12 |
| Invoice | 02/10/2006 | 2227 | Lipid Panel Consumer | Test Country.Com | 8 | 18.93 | 151.44 |
| Invoice | 02/10/2006 | 2227 | Hemoglobin A1c Cons | Test Country.Com | 2 | 12.98 | 25.96 |
| Invoice | 02/10/2006 | 2227 | Shipping | Test Country.Com | 1 | 14.00 | 14.00 |
| Invoice | 02/10/2006 | 2227 | Product Handling Chai | Test Country.Com | 1 | 10.00 | 10.00 |
| Invoice | 01/11/2006 | 2216 | Carpal Care | Test Medical Symptoms @ Hon | 6 | 9.66 | 57.96 |
| Invoice | 01/11/2006 | 2216 | Lipid Panel Consumer | Test Medical Symptoms @ Hon | 10 | 18.93 | 189.30 |

| Type | Date | Num | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| Invoice | 01/11/2006 | 2216 | TSH Consumer Test  Test Medical Symptoms @ Hon | 4 | 21.48 | 85.92 |
| Invoice | 01/11/2006 | 2216 | Shipping     Test Medical Symptoms @ Hon | 1 | 6.48 | 6.48 |
| Invoice | 01/11/2006 | 2216 | Product Handling Chai Test Medical Symptoms @ Hon | 1 | 10.00 | 10.00 |
| Invoice | 01/20/2006 | 2217 | Hemoglobin A1c Cons Test Medical Symptoms @ Hon | 6 | 12.98 | 77.88 |
| Invoice | 01/20/2006 | 2217 | Lipid Panel Consumer Test Medical Symptoms @ Hon | 34 | 18.93 | 643.62 |
| Invoice | 01/20/2006 | 2217 | TSH Consumer Test   Test Medical Symptoms @ Hon | 11 | 21.48 | 236.28 |
| Invoice | 01/20/2006 | 2217 |     Test Medical Symptoms @ Hon | 3 | 13.95 | 41.85 |
| Invoice | 01/20/2006 | 2217 | Shipping     Test Medical Symptoms @ Hon | 1 | 13.52 | 13.52 |
| Invoice | 01/20/2006 | 2217 | Product Handling Chai Test Medical Symptoms @ Hon | 1 | 10.00 | 10.00 |
| Invoice | 01/25/2006 | 2220 | PSA Consumer Kit    Test Medical Symptoms @ Hon | 30 | 20.03 | 600.90 |
| Invoice | 01/25/2006 | 2220 | Shipping     Test Medical Symptoms @ Hon | 1 | 6.36 | 6.36 |
| Invoice | 01/25/2006 | 2220 | Product Handling Chai Test Medical Symptoms @ Hon | 1 | 10.00 | 10.00 |
| Invoice | 02/10/2006 | 2228 | Hemoglobin A1c Cons Test Medical Symptoms @ Hon | 8 | 12.98 | 103.84 |
| Invoice | 02/10/2006 | 2228 | PSA Consumer Kit    Test Medical Symptoms @ Hon | 15 | 20.03 | 300.45 |
| Invoice | 02/10/2006 | 2228 | Lipid Panel Consumer Test Medical Symptoms @ Hon | 30 | 18.93 | 567.90 |
| Invoice | 02/10/2006 | 2228 | TSH Consumer Test   Test Medical Symptoms @ Hon | 10 | 21.48 | 214.80 |
| Invoice | 02/10/2006 | 2228 | Anemia Meter    Test Medical Symptoms @ Hon | 7 | 13.95 | 97.65 |
| Invoice | 02/10/2006 | 2228 | Shipping     Test Medical Symptoms @ Hon | 1 | 14.09 | 14.09 |
| Invoice | 02/10/2006 | 2228 | Product Handling Chai Test Medical Symptoms @ Hon | 1 | 10.00 | 10.00 |
| Invoice | 03/13/2006 | 1728 | Carpal Care    Test Medical Symptoms @ Hon | 2.00 | 9.66 | 19.32 |
| Invoice | 03/13/2006 | 1728 | Hemoglobin A1c Cons Test Medical Symptoms @ Hon | 7.00 | 12.98 | 90.86 |
| Invoice | 03/13/2006 | 1728 | Cholesterol Panel Con Test Medical Symptoms @ Hon | 22.00 | 18.93 | 416.46 |
| Invoice | 03/13/2006 | 1728 | TSH Consumer Test   Test Medical Symptoms @ Hon | 20.00 | 21.48 | 429.60 |
| Invoice | 03/13/2006 | 1728 | Anemia Meter    Test Medical Symptoms @ Hon | 12.00 | 13.95 | 167.40 |
| Invoice | 03/13/2006 | 1728 | Product Handling Chai Test Medical Symptoms @ Hon | 1.00 | 10.00 | 10.00 |
| Invoice | 03/13/2006 | 1728 | Shipping     Test Medical Symptoms @ Hon | 1.00 | 19.43 | 19.43 |
| Invoice | 04/11/2006 | 1790 | Hemoglobin A1c Cons Test Medical Symptoms @ Hon | 4.00 | 12.98 | 51.92 |
| Invoice | 04/11/2006 | 1790 | PSA Consumer Test   Test Medical Symptoms @ Hon | 24.00 | 20.03 | 480.72 |
| Invoice | 04/11/2006 | 1790 | Cholesterol Panel Con Test Medical Symptoms @ Hon | 24.00 | 18.93 | 454.32 |
| Invoice | 04/11/2006 | 1790 | TSH Consumer Test   Test Medical Symptoms @ Hon | 24.00 | 21.48 | 515.52 |
| Invoice | 04/11/2006 | 1790 | Anemia Meter    Test Medical Symptoms @ Hon | 10.00 | 13.95 | 139.50 |
| Invoice | 04/11/2006 | 1790 | Product Handling Chai Test Medical Symptoms @ Hon | 1.00 | 10.00 | 10.00 |
| Invoice | 04/11/2006 | 1790 | Shipping     Test Medical Symptoms @ Hon | 1.00 | 14.72 | 14.72 |
| Invoice | 05/05/2006 | 1823 | Hemoglobin A1c Cons Test Medical Symptoms @ Hon | 10.00 | 12.89 | 128.90 |
| Invoice | 05/05/2006 | 1823 | Cholesterol Panel Con Test Medical Symptoms @ Hon | 31.00 | 18.93 | 586.83 |
| Invoice | 05/05/2006 | 1823 | Product Handling Chai Test Medical Symptoms @ Hon | 1.00 | 10.00 | 10.00 |
| Invoice | 05/05/2006 | 1823 | Shipping     Test Medical Symptoms @ Hon | 1.00 | 7.20 | 7.20 |

| Type | Date | Num | Description | | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Invoice | 05/23/2006 | 1867 | Carpal Care | Test Medical Symptoms @ Hon | 1.00 | 9.66 | 9.66 |
| Invoice | 05/23/2006 | 1867 | Hemoglobin A1c Cons | Test Medical Symptoms @ Hon | 7.00 | 12.98 | 90.86 |
| Invoice | 05/23/2006 | 1867 | PSA Consumer Test | Test Medical Symptoms @ Hon | 5.00 | 20.03 | 100.15 |
| Invoice | 05/23/2006 | 1867 | TSH Consumer Test | Test Medical Symptoms @ Hon | 5.00 | 21.48 | 107.40 |
| Invoice | 05/23/2006 | 1867 | Product Handling Char | Test Medical Symptoms @ Hon | 1.00 | 10.00 | 10.00 |
| Invoice | 05/23/2006 | 1867 | Shipping | Test Medical Symptoms @ Hon | 1.00 | 6.48 | 6.48 |
| Invoice | 05/30/2006 | 1872 | PSA Consumer Test | TestCountry | 2.00 | 20.03 | 40.06 |
| Invoice | 05/30/2006 | 1872 | Cholesterol Panel Con | TestCountry | 6.00 | 18.93 | 113.58 |
| Invoice | 05/30/2006 | 1872 | Carpal Care | TestCountry | 3.00 | 9.66 | 28.98 |
| Invoice | 05/30/2006 | 1872 | Hemoglobin A1c Cons | TestCountry | 2.00 | 12.98 | 25.96 |
| Invoice | 05/30/2006 | 1872 | Product Handling Char | TestCountry | 1.00 | 10.00 | 10.00 |
| Invoice | 05/30/2006 | 1872 | Shipping | TestCountry | 1.00 | 6.38 | 6.38 |
| Invoice | 01/19/2006 | 1561 | TSH Consumer Test | TnK Health Food Store | 10.00 | 24.48 | 244.80 |
| Invoice | 01/19/2006 | 1561 | Shipping | TnK Health Food Store | 1.00 | 4.77 | 4.77 |
| Invoice | 01/19/2006 | 1561 | Product Handling Char | TnK Health Food Store | 1.00 | 10.00 | 10.00 |
| Invoice | 05/01/2006 | 1835 | TSH Consumer Test | TnK Health Food Store | 10.00 | 21.48 | 214.80 |
| Invoice | 05/01/2006 | 1835 | Product Handling Char | TnK Health Food Store | 1.00 | 10.00 | 10.00 |
| Invoice | 05/01/2006 | 1835 | Shipping | TnK Health Food Store | 1.00 | 4.77 | 4.77 |
| Invoice | 04/21/2006 | 1814 | A1c Professional | University of Colorado Health S | 10.00 | 11.93 | 119.30 |
| Invoice | 04/21/2006 | 1814 | Product Handling Char | University of Colorado Health S | 1.00 | 10.00 | 10.00 |
| Invoice | 04/21/2006 | 1814 | Shipping | University of Colorado Health S | 1.00 | 5.08 | 5.08 |
| Invoice | 01/26/2006 | 1589 | Lipid Panel/A1c Comb | University of Michigan | 0.00 | 22.80 | 0.00 |
| Invoice | 01/26/2006 | 1589 | CRP Blood Collection | University of Michigan | 0.00 | 2.96 | 0.00 |
| Invoice | 01/26/2006 | 1589 | Training Materials | University of Michigan | 0.00 | 0.95 | 0.00 |
| Invoice | 01/26/2006 | 1589 | Shipping | University of Michigan | 0.00 | 523.00 | 0.00 |
| Invoice | 01/26/2006 | 1589 | Product Handling Char | University of Michigan | 0.00 | 10.00 | 0.00 |
| Invoice | 02/22/2006 | 1589 | Lipid Panel/ Alc Comb | University of Michigan | 6,000.00 | 22.80 | 136,800.00 |
| Invoice | 02/22/2006 | 1589 | CRP Blood Collection | University of Michigan | 6,000.00 | 2.96 | 17,760.00 |
| Invoice | 02/22/2006 | 1589 | Training Materials | University of Michigan | 500.00 | 0.95 | 475.00 |
| Invoice | 02/22/2006 | 1589 | Shipping | University of Michigan | 1.00 | 523.00 | 523.00 |
| Invoice | 02/22/2006 | 1589 | Product Handling Char | University of Michigan | 1.00 | 10.00 | 10.00 |
| Invoice | 05/26/2006 | 1856 | Lipid & A1c Combo | University of Michigan | 2,500.00 | 22.80 | 57,000.00 |
| Invoice | 05/26/2006 | 1856 | CRP collection Cards | University of Michigan | 2,500.00 | 2.96 | 7,400.00 |
| Invoice | 05/26/2006 | 1856 | Product Handling Char | University of Michigan | 1.00 | 10.00 | 10.00 |
| Invoice | 05/26/2006 | 1856 | Shipping | University of Michigan | 1.00 | 66.99 | 66.99 |
| Invoice | 03/15/2006 | 1714 | PSA testing on study s | Urological Research Foundation | 277.00 | 4.00 | 1,108.00 |
| Invoice | 05/31/2006 | 1924 | PSA Professional | US Wellness | 300.00 | 23.00 | 6,900.00 |

| Type | Date | Num | Memo | Name | Qty | Sales Price | Amount |
|---|---|---|---|---|---:|---:|---:|
| Invoice | 05/31/2006 | 1924 | Product Handling Char | US Wellness | 1.00 | 10.00 | 10.00 |
| Invoice | 05/31/2006 | 1924 | Shipping | US Wellness | 1.00 | 15.50 | 15.50 |
| Invoice | 05/03/2006 | 1929 | Anemia Meter Test Kit | Walgreen Company | 70.00 | 179.64 | 12,574.80 |
| Invoice | 05/03/2006 | 1930 | Anemia Meter Test Kit | Walgreen Company | 70.00 | 179.64 | 12,574.80 |
| Invoice | 05/03/2006 | 1931 | Anemia Meter Test Kit | Walgreen Company | 92.00 | 179.64 | 16,526.88 |
| Invoice | 05/03/2006 | 1932 | Anemia Meter Test Kit | Walgreen Company | 21.00 | 179.64 | 3,772.44 |
| Invoice | 05/03/2006 | 1933 | Anemia Meter Test Kit | Walgreen Company | 46.00 | 179.64 | 8,263.44 |
| Invoice | 05/03/2006 | 1934 | Anemia Meter Test Kit | Walgreen Company | 29.00 | 179.64 | 5,209.56 |
| Invoice | 05/03/2006 | 1935 | Anemia Meter Test Kit | Walgreen Company | 51.00 | 179.64 | 9,161.64 |
| Invoice | 05/03/2006 | 1936 | Anemia Meter Test Kit | Walgreen Company | 66.00 | 179.64 | 11,856.24 |
| Invoice | 01/11/2006 | 1553 | Cholesterol Panel Con | Wellness by Choice | 50.00 | 18.93 | 946.50 |
| Invoice | 01/11/2006 | 1553 | Shipping | Wellness by Choice | 1.00 | 6.64 | 6.64 |
| Invoice | 03/02/2006 | 1698 | Product Handling Char | Wellness by Choice | 1.00 | 10.00 | 10.00 |
| Invoice | 03/02/2006 | 1698 | Cholesterol Panel Con | Wellness by Choice | 50.00 | 18.93 | 946.50 |
| Invoice | 03/02/2006 | 1698 | Shipping | Wellness by Choice | 1.00 | 6.79 | 6.79 |
| Invoice | 03/08/2006 | 1703 | Product Handling Char | Wellness by Choice | 1.00 | 10.00 | 10.00 |
| Invoice | 03/08/2006 | 1703 | Cholesterol Panel Con | Wellness by Choice | 1.00 | 18.93 | 18.93 |
| Invoice | 03/08/2006 | 1703 | Hemoglobin A1c Cons | Wellness by Choice | 1.00 | 12.98 | 12.98 |
| Invoice | 03/08/2006 | 1703 | Shipping | Wellness by Choice | 1.00 | 6.00 | 6.00 |
| Invoice | 03/31/2006 | 1770 | Cholesterol Panel Con | Wellness by Choice | 1.00 | 18.93 | 18.93 |
| Invoice | 03/31/2006 | 1770 | Hemoglobin A1c Cons | Wellness by Choice | 1.00 | 12.98 | 12.98 |
| Invoice | 03/31/2006 | 1770 | Shipping | Wellness by Choice | 1.00 | 5.95 | 5.95 |
| Invoice | 06/07/2006 | 1903 | Cholesterol Panel Con | Wellness by Choice | 15.00 | 18.93 | 283.95 |
| Invoice | 06/07/2006 | 1903 | Product Handling Char | Wellness by Choice | 1.00 | 10.00 | 10.00 |
| Invoice | 06/07/2006 | 1903 | Shipping | Wellness by Choice | 1.00 | 5.56 | 5.56 |
| Invoice | 06/07/2006 | 1904 | Cholesterol Panel Con | Wellness by Choice | 1.00 | 18.93 | 18.93 |
| Invoice | 06/07/2006 | 1904 | Hemoglobin A1c Cons | Wellness by Choice | 1.00 | 12.98 | 12.98 |
| Invoice | 06/07/2006 | 1904 | Product Handling Char | Wellness by Choice | 1.00 | 10.00 | 10.00 |
| Invoice | 06/07/2006 | 1904 | Shipping | Wellness by Choice | 1.00 | 4.48 | 4.48 |
| Invoice | 05/22/2006 | 1922 | Cholesterol Panel Con | Wellness by Choice | 1.00 | 18.93 | 18.93 |
| Invoice | 05/22/2006 | 1922 | Hemoglobin A1c Cons | Wellness by Choice | 1.00 | 12.98 | 12.98 |
| Invoice | 05/22/2006 | 1922 | Product Handling Char | Wellness by Choice | 1.00 | 6.95 | 6.95 |
| Invoice | 05/04/2006 | 1826 | TSH Professional | Wilburn Medical USA | 5.00 | 19.98 | 99.90 |
| Invoice | 05/04/2006 | 1826 | PSA Professional | Wilburn Medical USA | 5.00 | 18.98 | 94.90 |
| Invoice | 05/04/2006 | 1826 | Product Handling Char | Wilburn Medical USA | 1.00 | 10.00 | 10.00 |
| Invoice | 05/04/2006 | 1826 | Shipping | Wilburn Medical USA | 1.00 | 6.97 | 6.97 |
| Invoice | 05/03/2006 | 1831 | TSH Consumer Test | Young Again Nutrients | 12.00 | 25.48 | 305.76 |

| Invoice | 05/03/2006 | 1831 | Cholesterol Panel Con Young Again Nutrients | 12.00 | | 21.93 | | 263.16 |
| Invoice | 05/03/2006 | 1831 | Product Handling Chai Young Again Nutrients | 1.00 | | 10.00 | | 10.00 |
| | | | | | | | | 946,784.77 |