## Todd Kremin

**From:** Henry Warner
**Sent:** Thursday, August 17, 2006 3:59 PM
**To:** 'mcs@barronpartners.com'
**Cc:** Robert Trumpy
**Subject:** Lab123 CEO resume
**Attachments:** michael sosnowik resume.doc

Matt:

Thanks for the visit. Attached is Mike's resume for your review.

Talk to you tomorrow.

*Hank*

Henry A. Warner
Chief Executive Officer
BIOSAFE Medical Technologies, inc.
847-234-8111

4/28/2008

**Exhibit 31**

Michael Sosnowik
233 Narragansett Ave. Lawrence, N.Y. 11559
516-837-9876
msosnowi@optonline.net

| | |
|---|---|
| Summary | Entrepreneurial mananger with 20 years business experience including the last 9 at a CEO level. Created a new definition and standard within the pharmaceutical distribution business. Created new products. Built major businesses. Strong strategic thinker and team builder. |
| Areas of Expertise | • High volume product distribution<br>• Innovative systems development<br>• Sales Management<br>• Human resource management<br>• New product development<br>• Market Analysis |

Experience

Quality King Distributors-Q.K. Healthcare inc.  1995-2004
**President**
*Created a multi-year business plan to build the smallest division of a 500mil product distribution company into a stand alone multi billion dollar specialty product distributor.*
Responsibilities include verseeing operations gourp, internal and external sales groups and financial department including full P& L responsibility.
- Customized product offerings to meet customer demand.
- Innovative order processing, fulfillment and shipping procedures
- Emphasis on product procurement as a profit center
- Strong negotiating skills

Choice Drug Systems  1992-1995
**Executive Vice President**
*Responsible for operations of the southern region on the company, with full P & L responsibility. Direct report to CEO.*
Responsible for management of pharmacy settings including: two long term care, three managed care, five staff model HMO, and three outpatient hospitals.
- Successfully negotiated first capitated pharmacy contracts in a correctional setting.
- Member Pharmacy and Therapeutics committees throughout the country.
- Built adjunct medical supply company
- Expanded formulary use in institutional settings.

Rombro Health Services  1989-1992
**Executive Vice President-Principal**
*Instrumental in building a local pharmacy into a 20mil national pharmacy provider.*
Negotiated the sale of the company on behalf of three principals to Choice Drug Systems a public, NASDAQ listed company.