Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BARRON PARTNERS, LP,

        Plaintiff,

-against-                          Docket No.: 07-CV-11135 (JSR)

LAB123, INC., HENRY A. WARNER, FRED
FITZSIMMONS, KENT B. CONNALLY, KURT    **STIPULATED ORDER**
KATZ, ROBERT TRUMPY, JEREMY J. WARNER,  **OF PARTIAL DISMISSAL**
DAVID FLEISNER, BIOSAFE LABORATORIES,
INC. and BIOSAFE MEDICAL TECHNOLOGIES,
INC.,

        Defendants.

-----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-captioned action is hereby dismissed as to Defendant, KURT KATZ, without prejudice and without costs and/or fees.

    IT IS FURTHER STIPULATED, that this Stipulated Order of Partial Dismissal may be filed without further notice, in counterparts and a photocopy shall have the same force and effect as the original.

Dated: May __1__, 2008                  Dated: May __1__, 2008
       New York, NY                               Woodbury, NY

LAX & NEVILLE, LLP                  KAUFMAN DOLOWICH & VOLUCK LLP
Attorneys for Plaintiff                     Attorneys for Defendants
BARRON PARTNERS LP              LAB123, INC., HENRY A. WARNER,
                                                KENT B. CONNALLY, KURT KATZ,
                                                ROBERT TRUMPY, JEREMY J. WARNER,
                                                BIOSAFE LABORATORIES, INC. and
                                                BIOSAFE MEDICAL TECHNOLOGIES, INC.

_____      _____
BARRY LAX, ESQ. (BL-1302)                TODD D. KREMIN (TK-0102)
1412 Broadway, Suite 1407                 135 Crossways Park Drive, Suite 201
New York, NY 10018                         Woodbury, NY 11797
(212) 696-1999                                 (516) 681-1100

SO ORDERED AND DATED __5/7/__ 2008

_____
JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08
```