**Todd Kremin**

---

**From:** Henry Warner
**Sent:** Tuesday, May 23, 2006 3:46 PM
**To:** 'Andrew Worden'
**Cc:** 'mcs@barronpartners.com'
**Subject:** BIOSAFE
**Attachments:** Retail proforma 5-23-06 1.2.xls; Catalog 1.8.pdf

Andrew and Matt:

Thank you for the opportunity to talk to some of your references. All reports were absolutely excellent.

BIOSAFE had planned to spin out its retail drug division by the end of June and has been working with others to this end. If you are interested, we would like to discuss working with your group instead.

Please review the attached financials. We are now in 14,000 stores having just added 5,000 Walgreens stores this month.

Our typical method of transfer is to license the products and existing contracts which should simplify the transaction.

We look forward to your thoughts and comments.

***Hank***

Henry A. Warner
Chief Executive Officer
BIOSAFE Medical Technologies, inc.
847-234-8111

Exhibit 7

**Retail Newco**
**Projected Income Statement**
*INTERNAL USE ONLY - Confidential*

| | | 2005 (as if) | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| **Product Revenue:** | | | | | | |
| **Cholestestol Panel** | | $ 277,200 | $ 450,450 | $ 1,145,375 | $ 1,617,000 | $ 1,886,500 |
| **TSH** | | $ 255,906 | $ 471,192 | $ 1,218,600 | $ 1,706,040 | $ 1,827,900 |
| **PSA** | | $ 357,000 | $ 541,875 | $ 1,083,750 | $ 1,785,000 | $ 1,912,500 |
| **Hemoglobin A1c** | | $ 10,360 | $ 77,700 | $ 691,530 | $ 699,300 | $ 932,400 |
| **Disease Management-Pharmacy** | | $ 552,300 | $ 437,238 | $ 1,288,700 | $ 1,656,900 | $ 2,761,500 |
| **Anemia Meter** | | 4,185 | 209,250 | 781,200 | 837,000 | 627,750 |
| **Rapid Allergy** | | - | - | 1,276,800 | 2,394,000 | 2,992,500 |
| **New Development** | | - | - | - | 1,871,250 | 3,742,500 |
| **Internet** | | 125,887 | 455,289 | 865,123 | 1,038,148 | 1,245,777 |
| **Revenue via Acquisition** | | | 4,000,000 | 5,600,000 | 7,840,000 | 10,976,000 |
| **Total Revenue** | | **1,582,838** | **6,642,994** | **13,951,078** | **21,444,638** | **28,905,327** |
| **COGS-Biosafe Products** | | **$ 674,552** | **$ 957,206** | **$ 3,123,325** | **$ 4,825,089** | **$ 6,386,897** |
| **COGS via Acquisition** | | | **$ 2,400,000** | **$ 3,360,000** | **$ 4,704,000** | **$ 6,585,600** |
| **Royalty to Biosafe** | 8% | $ 126,627 | $ 531,439 | $ 1,116,086 | $ 1,715,571 | $ 2,312,426 |
| **Total Gross Margin** | | **781,659** | **2,754,348** | **6,351,667** | **10,199,978** | **13,620,404** |
| **% of Net Revenue** | | **49%** | **41%** | **46%** | **48%** | **47%** |
| **Selling, General and Administrative** | | | | | | |
| Sales and Commissions | 6% | 89,935 | 140,368 | 466,460 | 774,752 | 1,025,929 |
| Other Salaries | | - | 190,000 | 570,000 | 650,000 | 730,000 |
| Rent/Utilities | | | 60,000 | 120,000 | 120,000 | 180,000 |
| Payroll Tax & Benefits | | 15,739 | 57,814 | 181,380 | 249,332 | 307,287 |
| Professional | | | 50,000 | 75,000 | 81,000 | 87,480 |
| General Insurance | | | 50,000 | 60,000 | 80,000 | 80,000 |
| Bad Debt @ 2% | | 31,657 | 132,860 | 279,022 | 428,893 | 578,107 |
| Other Expenses | | | 47,860 | 156,166 | 241,254 | 319,345 |
| Travel & Entertainment | | | 50,000 | 75,000 | 100,000 | 100,000 |
| **Total S,G & A** | | **137,330** | **778,903** | **1,983,028** | **2,725,231** | **3,408,147** |
| **EBITDA** | | **644,329** | **1,975,445** | **4,368,639** | **7,474,747** | **10,212,257** |
| **% of Revenue** | | **41%** | **30%** | **31%** | **35%** | **35%** |
| Depreciation and Amortization | | - | 220,000 | 265,000 | 315,000 | 370,000 |
| **EBIT** | | **644,329** | **1,755,445** | **4,103,639** | **7,159,747** | **9,842,257** |
| **% of Revenue** | | **41%** | **26%** | **29%** | **33%** | **34%** |
| Interest Income | | 12,000 | - | 58,510 | 24,091 | 59,891 |
| Interest | | | | | | |
| **Pre Tax Profit (Loss)** | | **656,329** | **1,755,445** | **4,162,149** | **7,183,837** | **9,902,148** |
| Income Taxes | | 246,123 | 658,292 | 1,560,806 | 2,693,939 | 3,713,305 |
| **Net Income** | | **410,206** | **1,097,153** | **2,601,343** | **4,489,898** | **6,188,842** |
| **% of Revenue** | | **26%** | **17%** | **19%** | **21%** | **21%** |

**Newco Retail** Confidential
**Projected Balance Sheet** INTERNAL USE ONLY

| | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash | | **2,925,481** | **1,204,528** | **2,994,561** | **6,657,224** |
| Accounts Receivable (net of allowance) | | 948,999 | 1,993,011 | 3,063,520 | 4,129,332 |
| Inventories | | 100,000 | 200,000 | 250,000 | 2,400,000 |
| Prepaid Expenses | | 10,000 | 10,000 | 10,000 | 10,000 |
| Refundable Deposits | | | | | |
| Total Current Assets | **0** | **3,984,481** | **3,407,539** | **6,318,081** | **13,196,556** |
| Property, Equip & Cap Devl Costs, net | 0 | 80,000 | 80,000 | 95,000 | 120,000 |
| Goodwill | | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 |
| Product Licenses | 0 | 4,800,000 | 5,560,000 | 6,280,000 | 6,960,000 |
| **Total Assets** | **0** | **12,864,481** | **13,047,539** | **16,693,081** | **24,276,556** |
| **Liabilities** | | | | | |
| A/P Trade | | 137,327 | 349,043 | 514,686 | 669,319 |
| Payroll and Payroll Taxes | | 100,000 | 140,000 | 150,000 | 160,000 |
| Compliance Accrual | | 30,000 | 60,000 | 90,000 | 120,000 |
| Notes Payable - Current | | | | | |
| Total Current Liabilities | **0** | **267,327** | **549,043** | **754,686** | **949,319** |
| Other Long Term Liabilities | | | | | |
| Notes Payable - Long Term | | 0 | (2,700,000) | (3,750,000) | (2,550,000) |
| **Total Liabilities** | **0** | **267,327** | **(2,150,957)** | **(2,995,314)** | **(1,600,681)** |
| **Shareholders Equity** | | | | | |
| Common Stock | 0 | 11,500,000 | 11,500,000 | 11,500,000 | 11,500,000 |
| Beg Retained Earnings | 0 | 0 | 1,097,153 | 3,698,496 | 8,188,395 |
| Current Period Income(Loss) | | **1,097,153** | **2,601,343** | **4,489,898** | **6,188,842** |
| Ending Retained Earnings | **0** | **1,097,153** | **3,698,496** | **8,188,395** | **14,377,237** |
| **Total Stockholders Equity** | **0** | **12,597,153** | **15,198,496** | **19,688,395** | **25,877,237** |
| **Total Liabilities and Stockholders Equity** | **0** | **12,864,481** | **13,047,539** | **16,693,081** | **24,276,556** |
| | - | - | - | - | - |

**Newco Retail**
**Projected Statement of Cash Flow** Confidential INTERNAL USE ONLY

| | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|
| **Beg. Cash and Reserve for Future Development** | | **0** | **2,925,481** | **1,204,528** | **2,994,561** |
| **Net income (loss)** | | 1,097,153 | 2,601,343 | 4,489,898 | 6,188,842 |
| Change in working capital (less cash): | | | | | |
| Current assets | 0 | (1,058,999) | (1,144,012) | (1,120,509) | (3,215,813) |
| Current liabilities | 0 | 267,327 | 281,716 | 205,644 | 194,633 |
| Depreciation/Amortization | 0 | 220,000 | 265,000 | 315,000 | 370,000 |
| Net PPE decrease (increase) including capitalized R & D | 0 | (5,100,000) | (1,025,000) | (1,050,000) | (1,075,000) |
| Goodwill purchase | | (4,000,000) | | | |
| Issue of Note Payable for License | | 2,500,000 | | | 2,000,000 |
| Repayment of Note Payable | | (2,500,000) | (2,700,000) | (1,050,000) | (800,000) |
| Increase other long term liability | | | | | |
| Issuance of common stock, net of fees | 0 | 11,500,000 | 0 | 0 | 0 |
| **Ending Cash and Reserve for Future Development** | - | **2,925,481** | **1,204,528** | **2,994,561** | **6,657,224** |
| | **0** | **0** | **0** | **0** | **0** |

**Projected Long Term Asset/Liability Work Schedule**
INTERNAL USE ONLY Confidential

| | | | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|---|---|
| Fixed Assets | | Beginning Balance | 0 | 0 | 80,000 | 80,000 | 95,000 |
| | | Depreciation/Amort. | | (20,000) | (25,000) | (35,000) | (50,000) |
| | | Purchases/Cap R&D | | 100,000 | 25,000 | 50,000 | 75,000 |
| | | **Ending Balance** | **0** | **80,000** | 80,000 | 95,000 | 120,000 |
| License | | Beg. Balance | 0 | 0 | 4,800,000 | 5,560,000 | 6,280,000 |
| Amort years | 25 | Amortization | 0 | (200,000) | (240,000) | (280,000) | (320,000) |
| | | New licenses | | 5,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| | | **Ending Balance** | **0** | **4,800,000** | 5,560,000 | 6,280,000 | 6,960,000 |

**Projected Capitalization Table** INTERNAL USE ONLY Confidential

| | | | | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|---|---|---|
| Beginning Shares Issued/Outstanding | | | | | 0 | 12,166,666 | 12,166,666 | 12,166,666 |
| Shares Issued During Period - # | | | | | 12,166,666 | | | |
| **Ending Share Count** | | | | **0** | **12,166,666** | **12,166,666** | **12,166,666** | **12,166,666** |
| Beginning $ Value at Issued Price | | | | | 0 | 12,000,000 | 12,000,000 | 12,000,000 |
| Shares Issued During Period - $ | | | | | | | | |
| 2,500,000 | @ | $ | 1.00 | | 2,500,000 | | | |
| 5,000,000 | @ | $ | 1.00 | | 5,000,000 | | | |
| 1,500,000 | @ | $ | - | | - | | | |
| 500,000 | @ | $ | 1.00 | | 500,000 | | | |
| 2,666,666 | | $ | 1.50 | | 4,000,000 | | | |
| **Ending $ Value at Issued Price** | | | | **0** | **12,000,000** | **12,000,000** | **12,000,000** | **12,000,000** |

**Newco Retail**

**Volume, Pricing and COGS**

| | Year | Send-in | | | | | Rapid tests | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Cholestestol Panel | TSH | PSA | Hemoglobin A1c | Disease Mangt Kits | Anemia Meter | Rapid Allergy | New Development | |
| | **2005** | | | | | | | | | |
| Stores | | 2,400 | 4,200 | 4,200 | 200 | 750 | 100 | | | |
| Kits per Store/year | | 6 | 3 | 4 | 4 | 80 | 3 | | | |
| | | 14,400 | 12,600 | 16,800 | 800 | 60,000 | 300 | - | - | |
| **Unit Price** | | $ 19.25 | $ 20.31 | $ 21.25 | $ 12.95 | $ 9.21 | $ 13.95 | | | |
| **Revenue** | **2005** | **$ 277,200** | **$ 255,906** | **$ 357,000** | **$ 10,360** | **$ 552,300** | **$ 4,185** | **$ -** | **$ -** | $ 1,456,951 |
| **COGS** | **2005** | **$ 98,525** | **$ 101,836** | **$ 126,865** | **$ 4,523** | **$ 316,800** | **$ 825** | **$ -** | **$ -** | $ 649,375 |
| | **2006** | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stores | | 3,900 | 5,800 | 5,100 | 1,200 | 1,900 | 2,500 | | | |
| Kits per Store/year | | 6 | 4 | 5 | 5 | 25 | 6 | | | |
| | | 23,400 | 23,200 | 25,500 | 6,000 | 47,500 | 15,000 | - | - | |
| **Unit Price** | | $ 19.25 | $ 20.31 | $ 21.25 | $ 12.95 | $ 9.21 | $ 13.95 | | | |
| **Revenue** | 2006 | **$ 450,450** | **$ 471,192** | **$ 541,875** | **$ 77,700** | **$ 437,238** | **$ 209,250** | **$ -** | **$ -** | $ 2,187,705 |
| **COGS** | 2006 | **$ 160,103** | **$ 187,508** | **$ 192,563** | **$ 33,924** | **$ 250,800** | **$ 41,250** | **$ -** | **$ -** | $ 866,148 |

| 2007 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stores | | 8,500 | 10,000 | 8,500 | 8,900 | 3,500 | 14,000 | 8,000 | - | |
| Kits per Store/year | | 7 | 6 | 6 | 6 | 40 | 4 | 8 | 6 | |
| | | 59,500 | 60,000 | 51,000 | 53,400 | 140,000 | 56,000 | 64,000 | - | |
| **Unit Price** | | $ 19.25 | $ 20.31 | $ 21.25 | $ 12.95 | $ 9.21 | $ 13.95 | $ 19.95 | $ 24.95 | |
| **Revenue** | 2007 | **$ 1,145,375** | **$ 1,218,600** | **$ 1,083,750** | **$ 691,530** | **$ 1,288,700** | **$ 781,200** | **$ 1,276,800** | **$ -** | $ 7,485,955 |
| **COGS** | 2007 | **$ 407,099** | **$ 484,935** | **$ 385,127** | **$ 301,924** | **$ 739,200** | **$ 154,000** | **$ 478,016** | **$ -** | $ 2,950,300 |

| 2008 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stores | | 12,000 | 14,000 | 14,000 | 9,000 | 4,500 | 15,000 | 15,000 | 7,500 | |
| Kits per Store/year | | 7 | 6 | 6 | 6 | 40 | 4 | 8 | 10 | |
| | | 84,000 | 84,000 | 84,000 | 54,000 | 180,000 | 60,000 | 120,000 | 75,000 | |
| **Unit Price** | | $ 19.25 | $ 20.31 | $ 21.25 | $ 12.95 | $ 9.21 | $ 13.95 | $ 19.95 | $ 24.95 | |
| **Revenue** | 2008 | **$ 1,617,000** | **$ 1,706,040** | **$ 1,785,000** | **$ 699,300** | **$ 1,656,900** | **$ 837,000** | **$ 2,394,000** | **$ 1,871,250** | $ 12,566,490 |
| **COGS** | 2008 | **$ 574,728** | **$ 678,909** | **$ 634,326** | **$ 305,316** | **$ 950,400** | **$ 165,000** | **$ 896,280** | **$ 412,500** | $ 4,617,459 |

**2009**

| | | Cholesterol Panel | TSH | PSA | Hemoglobin A1c | Disease Management | Anemia | Rapid Allergy | New Development | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stores | | 14,000 | 15,000 | 15,000 | 12,000 | 10,000 | 15,000 | 15,000 | 15,000 | |
| Kits per Store/year | | 7 | 6 | 6 | 6 | 30 | 3 | 10 | 10 | |
| | | 98,000 | 90,000 | 90,000 | 72,000 | 300,000 | 45,000 | 150,000 | 150,000 | |
| **Unit Price** | | $ 19.25 | $ 20.31 | $ 21.25 | $ 12.95 | $ 9.21 | $ 13.95 | $ 19.95 | $ 24.95 | |
| **Revenue** | **2009** | **$ 1,886,500** | **$ 1,827,900** | **$ 1,912,500** | **$ 932,400** | **$ 2,761,500** | **$ 627,750** | **$ 2,992,500** | **$ 3,742,500** | $ 16,683,550 |
| **COGS** | **2009** | **$ 670,516** | **$ 727,403** | **$ 679,635** | **$ 407,088** | **$ 1,584,000** | **$ 123,750** | **$ 1,120,350** | **$ 825,000** | $ 6,137,742 |

Case 1:07-cv-11135-JSR    Document 24-8    Filed 05/08/2008    Page 8 of 20

**Newco Retail**
**Employee Listing**

| Position | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| President | | 200,000 | 200,000 | 200,000 |
| Chief Accountant | | 75,000 | 75,000 | 75,000 |
| VP Sales | | 135,000 | 135,000 | 135,000 |
| Brand Manager(2) | | 80,000 | 80,000 | 160,000 |
| Sales Assistant | | 45,000 | 45,000 | 45,000 |
| Admin | | 35,000 | 35,000 | 35,000 |
| **Total** | - | **570,000** | **570,000** | **650,000** |

| 2009 |
| ---: |
| 200,000 |
| 75,000 |
| 135,000 |
| 240,000 |
| 45,000 |
| 35,000 |
| **730,000** |



BIOSAFE
The World's Window To Health

# CATALOG

# OF

# DIAGNOSTIC PRODUCTS

2006
APRIL

BIOSAFE Medical Technologies, Inc
100 Field Drive, Suite 240
Lake Forest, Illinois 60045
847-234-8111

# BIOSAFE Medical Technologies
## Table of Contents


| | Page |
|---|---|
| **1) Pharma** | |
| a) Cholesterol Panel – Traditional* | 1 |
| b) Thyroid (TSH) – Traditional* | 2 |
| c) Prostate (PSA) – Traditional* | 3 |
| d) Allergy Screen – Traditional* | 4 |
| e) Anemia Meter | 5 |
| f) Anemia Pro | 6 |
| g) Anemia Sure | 7 |
| h) Anemia Hemo-Quant | 8 |
| i) IgE-Mediated Allergic Asthma Panel – Traditional* | 16 |
| **2) Disease Management** | |
| a) Cholesterol Panel – Traditional* | 1 |
| b) Thyroid (TSH) – Traditional* | 2 |
| c) Prostate (PSA) – Traditional* | 3 |
| d) Diabetes (A1c) – Traditional* | 9 |
| e) Liver Panel (GGT, AST & ALT) – Traditional* | 17 |
| **3) BIOSAFE Labs - Research & Development** | |
| a) Anemia Hemo-Quant (Professional; Retail) | 8 |
| b) Rapid Liver ALT | 10 |
| c) Rapid PSA (Professional) | 11 |
| d) Rapid Allergy Screen (IgE) | 12 |
| i) Rapid Allergy Panel (Test by Category - Trees, Grasses, etc.) | 13 |
| (1) Rapid Allergy Reflex Panel - (Specific Tests by Allergen) | 14 |
| e) C-Reactive Protein – Traditional* | 15 |
| **4) Retail** | |
| a) Cholesterol Panel – Traditional* | 1 |
| b) Diabetes (A1c) – Traditional* | 9 |
| c) Thyroid (TSH) – Traditional* | 2 |
| d) Anemia Meter | 5 |
| e) Prostate (PSA) – Traditional* | 3 |
| f) Allergy Screen (IgE) – Traditional* | 4 |
| g) Rapid Liver (ALT) | 10 |
| **5) Professional Healthcare** | |
| a) Developed | |
| i) Anemia Hemo-Quant | 8 |
| ii) Allergy Screen (IgE) – Traditional* | 4 |
| iii) IgE-Mediated Allergic Asthma Panel – Traditional* | 17 |
| iv) Prostate (PSA) – Traditional* | 3 |
| v) Thyroid (TSH) – Traditional* | 2 |
| vi) Liver Panel (GGT, AST, ALT) – Traditional* | 17 |
| b) In Development | |
| i) Rapid Allergy Array | 12, 13, 14 |
| ii) Rapid PSA | 11 |
| iii) Rapid Liver Function (ALT) | 10 |

| | Page |
|---|---|
| 6) **Ultimate Health Club – Internet & Nutraceuticals** | |
| a) Cholesterol Panel – Traditional* | 1 |
| b) Diabetes (A1c) – Traditional* | 9 |
| c) Thyroid (TSH) – Traditional | 2 |
| d) Anemia Meter | 5 |
| e) Prostate (PSA) – Traditional* | 3 |
| f) Allergy Screen – Traditional* | 4 |
| g) Rapid Liver (ALT) | 10 |
| 7) **Products by Disease State** | |
| **a) Anemia** | |
| i) Anemia Meter | 5 |
| ii) Anemia Pro | 6 |
| iii) Anemia Sure | 7 |
| iv) Anemia Hemo-Quant | 8 |
| **b) Coronary Heart Disease** | |
| i) Cholesterol Panel – Traditional* | 1 |
| ii) C-Reactive Protein – Traditional* | 15 |
| iii) Anemia Meter | 5 |
| iv) Anemia Pro | 6 |
| v) Anemia Sure | 7 |
| vi) Anemia Hemo-Quant | 8 |
| **c) Diabetes** | |
| i) Diabetes (A1c) – Traditional* | 9 |
| ii) Thyroid (TSH) – Traditional* | 2 |
| iii) Cholesterol Panel – Traditional* | 1 |
| **d) Oncology** | |
| i) Prostate (PSA) – Traditional* | 3 |
| ii) Thyroid (TSH) – Traditional* | 2 |
| iii) Anemia Meter | 5 |
| iv) Anemia Pro | 6 |
| v) Anemia Sure | 7 |
| vi) Hemo-Quant | 8 |
| vii) Rapid Liver Function (ALT) | 10 |
| **e) Men's Health** | |
| i) Prostate Disease (PSA) – Traditional* | 3 |
| **f) Women's Health** | |
| i) Thyroid (TSH) – Traditional* | 2 |
| ii) Anemia Meter | 5 |
| 8) **Technical Bulletins** | |
| 9) **New Products for or in Development** | |
| 1) Liver Enzymes (GGT, AST & ALT) | |
| 2) C-Reactive Protein (CRP) | |
| 3) Rapid Allergy Screen (IgE) | |
| 4) Rapid Allergy Panel | |
| 5) Rapid Allergy Reflex Panel (Specifics) | |
| 6) Rapid Prostate Disease (PSA) | |
| 7) Serum Rx Drug Tests (Digoxin, Phenytoin & Theophylline) | |
| 8) Electrolytes (Na, K, Ca, Mg, Cl, HPO4, HCO3) | |

9) Serum Iron
10) Rapid Allergy Tests – Acute Care
    a) Heparin
    b) Wheat
    c) Peanut
    d) Latex
11) CBC (5 part differential)
12) CBC plus SMAC
13) Rheumatoid Arthritis (Rheumatoid Factor - RF)
14) Estrogen Receptors for Breast Cancer (BRCA)
15) Cardiac Markers (Troponins, BNP, Ischemia-Modified Albumin, CK-MB, Myoglobin)
16) Hepatitis C: Antibody Test
17) Hepatitis C: Viral Load and Genotyping
18) Hepatitis B Testing: See Hepatitis C
19) Neutralizing Antibodies (Interferon)
20) Neutralizing Antibodies (Remicade)
21) Hemophilia
22) Rapid Neutropenia (Quantitative)

# BIOSAFE CHOLESTEROL PANEL

Disease Category: Coronary Heart Disease
Disease State: Cholesterol Management
Product: BIOSAFE Cholesterol Panel
Including Total Cholesterol, HDL, LDL and Triglycerides
a.k.a. BIOSAFE Lipid Panel

**Product Description:**
The micro sample blood test is a self-contained collection kit FDA approved for patient self-collection or professional use. The test reports all four lipid fractions: total cholesterol, HDL cholesterol, LDL cholesterol, and triglycerides. BIOSAFE has obtained certification from the National Cholesterol Education Program (NCEP) by conducting comparisons of results obtained at BIOSAFE Laboratories with those obtained at a CDC Cholesterol Reference Method Laboratory Network (CRMLN).

**Packaging:**
Professional Use

Retail (Consumer)

**Report Format:**

Markets:

- Large Pharma – in support of marketing and drug persistency programs
- Disease Management – in support of coronary heart disease and high cholesterol patients
- Retail Drug – Retail Product; Customer screening programs
- Clinical Trial & Research

Selected Customers by Category:

- Pharmaceutical Companies: Merck, AstraZeneca, Bristol Meyers, Bayer, Johnson & Johnson
- Disease Management & Pharmacy Benefit Managers: Caremark, Matria, CCS, Focused Healthcare Solutions, CorSolutions, Shipps
- Retail Drug: Albertsons, Safeway, Osco, Kroger (Ralph's)
- Clinical Trial & Research: University of Michigan, Research Triangle Institute, Stanford

# BIOSAFE THYROID TEST (TSH)

Disease Category: Thyroid Disease
Disease State: Hypothyroidism, Hyperthyroidism, Disease Detection and Management
Product: BIOSAFE Thyroid Disease – A measure of TSH
a.k.a. BIOSAFE TSH Test

**Product Description:**
The micro sample blood test is a self-contained collection kit FDA approved for patient self-collection or professional use. The test reports TSH levels as measured in the patient's blood. Report of results are presented in a user-friendly format easy to read and self explanatory for the consumer. Packaging is available for both the physician and the consumer. Test is used to monitor, detect, and aid in the diagnosis of Thyroid disease. Test is appropriate for both hypothyroidism and hyperthyroidism.

**Packaging:**

Retail (Consumer)

Retail (Counter Display)

**BIOSAFE Blood Transport System (BTS)**

Markets:

- Large Pharma – in support of marketing and drug persistency programs
- Disease Management – in support of thyroid disease and weight management
- Retail Drug – Retail Product; Customer screening programs
- Clinical Trial & Research

Selected Customers by Category:

- Pharmaceutical Companies: King Phymaceuticals (Maker of Levoxal®)
- Retail Drug: Albertsons, Safeway, Osco, Kroger (Ralph's), CVS

# BIOSAFE PROSTATE TEST
# (PSA)

Disease Category: Men's Health – Diagnosis and Disease Management
Disease State: Prostate Disease
Product: BIOSAFE Prostate Test
a.k.a. BIOSAFE PSA

**Product Description:**
The micro sample blood test is a self-contained collection kit approved for patient self-collection or professional use. The consumer or physician collects 3 drops of blood from the patient and mails the blood sample to BIOSAFE's laboratory for analysis. BIOSAFE Laboratories produces a consumer friendly report. The user receives quantitative results from the test. No longer will it be necessary to go to a doctor's office or a laboratory to draw blood and then wait a period of time for the results. From a few drops of blood obtained from a finger nick, a quantitative PSA determination, with clinical accuracy, is obtained. The BIOSAFE Prostate Test is appropriate for male consumers who suffer the symptoms of prostate disease, including difficulty in urination, frequent or urgent need to urinate and painful urination or who have a history of prostate disease. The test instructions direct the user to take the results from the test to his physician for consultation.

**Packaging:**

Professional Use

Retail (Consumer)

BIOSAFE Blood Transportation System

Markets:

- Large Pharma – in support of marketing and drug persistency programs
- Disease Management – in support of prostate disease screening programs and prostate disease management
- Retail Drug – Retail Product; Customer screening programs
- Clinical Trial & Research

Selected Customers by Category:

- Disease Management & Pharmacy Benefit Managers: Caremark, Matria, CCS, Focused Healthcare Solutions, CorSolutions, Shipps
- Retail Drug: Albertsons, Safeway, Osco, Kroger (Ralph's), CVS

# BIOSAFE ALLERGY SCREEN
## (Lab-based IgE Test)

Disease Category: General Allergies
Disease State: Indoor Allergies, Outdoor Allergies, Allergic Asthma
Product: BIOSAFE Allergy Test - a general allergy screen using a sample collection kit and lab processing and reporting a.k.a. BIOSAFE IgE Test – Lab based

**Product Description:**
The micro sample blood test is a self-contained collection kit FDA approved for patient self-collection or professional use. The test reports serum IgE levels as measured in the patient's blood. Report of results are presented in a user-friendly format easy to read and is self explanatory for the consumer. Packaging is available for both the physician and the consumer. This test is used to monitor, detect, aid in the diagnosis of allergies. Test is appropriate for indoor, outdoor, food and animal allergies.

**Packaging**

Professional Use

**Samples Collection Device**

BIOSAFE Blood Transportation System
(BIOSAFE BTS)

**Markets**
Allergy is the world's leading disease and as a result, markets for allergy testing are enormous. More people suffer from allergies than from any other single illness. World health authorities estimate that one in five persons is affected by allergies. According to recent studies, 142 million people in the US suffer from Upper Respiratory Distress and Sinusitis – that is approximately ½ of the US population. The product provides many benefits to both the physician and the patient, including, in office or home use, clinical accuracy, no unnecessary testing, convenience, and perhaps best of all, no pain and lower cost.

**Facts About Allergies and the Allergy Market:**

- 50 million people have Allergic Rhinitis [(1)]
- 50 million people have non-Allergic Rhinitis [(1)]
- 42 million people have Sinusitis[(1)], of which 33 million suffer Chronic Sinusitis [(5)]
- Chronic Allergies limit the activity of 40% of children in the US [(5)]
- Seasonal Allergies cost payors $ 4.5 billion annually in medical care [(5)]
- Allergies are the leading cause of loss of employee productivity on the job [(4)]
- Allergies are responsible for 3.5 million lost US workdays each year [(5)]
- Allergy sufferers account for more than 8.4 million physician visits per year [(5)]

References

(1) Source: Dialogues in redefining Rhinitis, Vol. No. 1 & 4, Office of Continuing Medical Education, UCLA School of Medicine
(2) Kalamazoo, Mich.; Pharmacia & Upjohn; 1999, Publication 99050.
(3) Steinbach s, et al. Diagnostic assessment and resource utilization in patients prescribed non-sedating antihistamines. March 2001, Philadelphia, Pa.
(4) Burton and Conti, Disease Management, Vol. 1, November 1998
(5) Asthma and Allergy Foundation of America

**BIOSAFE ANEMIA Meter™**
Rapid Anemia Test

Disease Category: Anemia
Disease State: Chronic Kidney Disease, HIV, Oncology, Diabetes, Anemia
Product: **BIOSAFE Anemia Meter™** Rapid Anemia Test

**Product Description:**
Low cost, single use, disposable unit is for consumer and professional use. Designed and developed by BIOSAFE's research and development team to measure hemoglobin levels, this FDA approved and CLIA waived device provides a result in 20 minutes that is both easy to understand and as accurate as a standard laboratory analysis. The consumer friendly design of this product makes it especially easy to use for the first time user.

Packaging:
Professional Use

Retail (Consumer)

Markets:
- Large Pharma – in support of marketing and drug persistency programs
- Retail Drug – Retail Product; Customer screening programs
- Web-based Retail – on-line retail drug stores
- Foreign Market – as an instant test, no local lab is required
- Clinical Trial & Research

Selected Customers:
- Retail Drug: CVS, Walgreens, Safeway, Kroger (Ralph's)
- Web-based Retail: Amazon
- Medical Supply & Wholesale Distributors: Kinray, McKesson
- Foreign Markets: Greece (VI Pharma); Italy

**Competitive Advantages:**
BIOSAFE Anemia Meter™ Rapid Anemia Test:
- FDA approved; CLIA waived
- No equipment to buy
- Results in 20 minutes
- Single-Use, Rapid Response Anemia Device
- As accurate as a laboratory test
- A quick and convenient way for physicians to test patients in the office

# BIOSAFE AnemiaPro™
Rapid Anemia Test

Disease Category: Anemia
Disease State: Chronic Kidney Disease, HIV, Oncology, Diabetes, Anemia
Product: **BIOSAFE AnemiaPro™** Rapid Anemia Test

**Product Description:**
Low cost, single use, disposable unit is for consumer and professional use. Designed and developed by BIOSAFE's research and development team to measure hemoglobin levels, this FDA approved and CLIA waived device provides a result in 20 minutes that is both easy to understand and as accurate as a standard laboratory analysis. The product is available free of charge to chronic kidney disease, HIV, oncology and diabetes patients though Johnson and Johnson's OrthoBiotech Group in support of Procrit®.

**Promotions:**

- Primary Care Physicians
- Magazines
- Television
- Website: www.anemiapro.com

**Examples of Promotions:**

Television: Spokes Person
Alonzo Mourning

Print Advertising
Family Circle Magazine

**Competitive Advantages:**
BIOSAFE AnemiaPro™ Rapid Anemia Test:

- FDA approved; CLIA waived
- No equipment to buy
- Results in 20 minutes
- Single-Use, Rapid Response Anemia Device
- As accurate as a laboratory test
- A quick and convenient way for physicians to test patients in the office