## Todd Kremin

| | |
|---|---|
| **From:** | Robert Trumpy |
| **Sent:** | Thursday, July 27, 2006 4:55 PM |
| **To:** | 'Matt Samuel' |
| **Subject:** | revised biosafe proj |

**Attachments:** Retail proforma 07-27-06.xls

I looked at the expenses critically and increased several categories with the following logic. I now included those expenses that Biosafe would have incurred in running this level of revenue with the assumption that as of 8/1/06 expenses begin to increase with the new team gradually coming on board. The benefit of those added people will marginally be felt in 2006 and reach full value (ie. revenue increase) in 2007. The larger increase in expense for salaries/expenses in 2007 tracks with the increase in volume/revenue for 2007.

Call me if there are still concerns. As a reminder, the "going public" costs are not in any year per Andrews initial instructions.

Rob Trumpy, CPA
SVP and CFO
BioSafe Medical Technologies, Inc.
100 Field Drive, Suite 240
Lake Forest, IL 60045
Work:847-234-8111
Fax:847-234-8222
rtrumpy@ebiosafe.com

Exhibit 28

**Retail Newco**
**Projected Income Statement**
*INTERNAL USE ONLY - Confidential*

| | | 2005 (as if) | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| **Product Revenue:** | | | | | | |
| Cholestestol Panel | | $ 277,200 | $ 450,450 | 1,145,375 | 1,617,000 | 1,886,500 |
| TSH | | $ 255,906 | $ 471,192 | 1,218,600 | 1,706,040 | 1,827,900 |
| PSA | | $ 357,000 | $ 541,875 | 1,083,750 | 1,785,000 | 1,912,500 |
| Hemoglobin A1c | | $ 10,360 | $ 77,700 | 691,530 | 699,300 | 932,400 |
| Disease Management-Pharmacy | | $ 552,300 | $ 437,238 | 1,288,700 | 1,656,900 | 2,761,500 |
| Anemia Meter | | $ 4,185 | 209,250 | 781,200 | 837,000 | 627,750 |
| Rapid Allergy | | - | - | 1,276,800 | 2,394,000 | 2,992,500 |
| New Development | | - | - | - | 1,871,250 | 3,742,500 |
| Internet | | 125,887 | 455,289 | 865,123 | 1,038,148 | 1,245,777 |
| Revenue via Acquisition | | | | | | |
| **Total Revenue** | | 1,582,838 | 2,642,994 | 8,351,078 | 13,604,638 | 17,929,327 |
| | | | | | | |
| COGS-Biosafe Products | | $ 674,552 | $ 957,206 | $ 3,123,325 | $ 4,825,089 | $ 6,386,897 |
| COGS via Acquisition | | - | - | - | - | - |
| Royalty to Biosafe | 8% | $ 126,627 | $ 211,439 | 668,086 | 1,088,371 | 1,434,346 |
| **Total Gross Margin** | | 781,659 | 1,474,348 | 4,559,667 | 7,691,178 | 10,108,084 |
| **% of Net Revenue** | | 49% | 56% | 55% | 57% | 56% |
| | | | | | | |
| **Selling, General and Administrative (non-public assumptions)** | | | | | | |
| Sales and Commissions | 2% | 31,657 | 52,860 | 167,022 | 272,093 | 358,587 |
| Other Salaries | | - | 150,000 | 570,000 | 650,000 | 730,000 |
| Interim Services from Biosafe | | | 25,000 | | | |
| Rent/Utilities | | | 50,000 | 120,000 | 120,000 | 180,000 |
| Payroll Tax & Benefits | | 5,540 | 35,500 | 128,979 | 161,366 | 190,503 |
| Professional | | | 25,000 | 75,000 | 81,000 | 87,480 |
| General Insurance | | | 10,000 | 30,000 | 40,000 | 45,000 |
| Bad Debt @ | 1% | 15,828 | 26,430 | 83,511 | 136,046 | 179,293 |
| Other Expenses | | | 23,930 | 78,083 | 120,627 | 159,672 |
| Advertising/Marketing | 4% | | 26,430 | 334,043 | 544,186 | 717,173 |
| Travel & Entertainment | | | 10,000 | 35,000 | 40,000 | 75,000 |
| **Total S,G & A** | | 53,025 | 435,150 | 1,621,637 | 2,165,318 | 2,722,708 |
| **EBITDA** | | 728,634 | 1,039,198 | 2,938,030 | 5,525,860 | 7,385,376 |
| **% of Revenue** | | 46% | 39% | 35% | 41% | 41% |
| | | | | | | |
| Depreciation and Amortization | | | 220,000 | 265,000 | 315,000 | 370,000 |
| **EBIT** | | 728,634 | 819,198 | 2,673,030 | 5,210,860 | 7,015,376 |
| **% of Revenue** | | 46% | 31% | 32% | 38% | 39% |
| | | | | | | |
| Interest Income | | 12,000 | - | 57,912 | 10,481 | 28,218 |
| Interest | | | | | | |
| **Pre Tax Profit (Loss)** | | 740,634 | 819,198 | 2,730,942 | 5,221,341 | 7,043,594 |
| | | | | | | |
| Income Taxes | | 277,738 | 307,199 | 1,024,103 | 1,958,003 | 2,641,348 |
| **Net Income** | | 462,896 | 511,999 | 1,706,838 | 3,263,338 | 4,402,246 |
| **% of Revenue** | | 29% | 19% | 20% | 24% | 25% |

**Newco Retail**
Confidential
INTERNAL USE ONLY
**Projected Balance Sheet**

| | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash | | 2,895,594 | 524,073 | 1,410,901 | 3,740,632 |
| Accounts Receivable (net of allowance) | | 377,571 | 1,193,011 | 1,943,520 | 2,561,332 |
| Inventories | | 100,000 | 200,000 | 250,000 | 2,400,000 |
| Prepaid Expenses | | 10,000 | 10,000 | 10,000 | 10,000 |
| Refundable Deposits | | | | | |
| **Total Current Assets** | 0 | 3,383,165 | 1,927,084 | 3,614,421 | 8,711,965 |
| | | | | | |
| Property, Equip & Cap Devl Costs, net | 0 | 80,000 | 80,000 | 95,000 | 120,000 |
| Goodwill | | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 |
| Product Licenses | 0 | 4,800,000 | 5,560,000 | 6,280,000 | 6,960,000 |
| **Total Assets** | 0 | 12,263,165 | 11,567,084 | 13,989,421 | 19,791,965 |
| | | | | | |
| **Liabilities** | | | | | |
| A/P Trade | | 121,166 | 348,247 | 517,246 | 677,543 |
| Payroll and Payroll Taxes | | 100,000 | 140,000 | 150,000 | 160,000 |
| Compliance Accrual | | 30,000 | 60,000 | 90,000 | 120,000 |
| Notes Payable - Current | | | | | |
| **Total Current Liabilities** | 0 | 251,166 | 548,247 | 757,246 | 957,543 |
| | | | | | |
| Other Long Term Liabilities | | | | | |
| Notes Payable - Long Term | | 0 | (2,700,000) | (3,750,000) | (2,550,000) |
| **Total Liabilities** | 0 | 251,166 | (2,151,753) | (2,992,754) | (1,592,457) |
| | | | | | |
| **Shareholders Equity** | | | | | |
| Common Stock | 0 | 11,500,000 | 11,500,000 | 11,500,000 | 11,500,000 |
| | | | | | |
| Beg Retained Earnings | 0 | 0 | 511,999 | 2,218,837 | 5,482,175 |
| Current Period Income(Loss) | | 511,999 | 1,706,838 | 3,263,338 | 4,402,246 |
| Ending Retained Earnings | 0 | 511,999 | 2,218,837 | 5,482,175 | 9,884,422 |
| | | | | | |
| **Total Stockholders Equity** | 0 | 12,011,999 | 13,718,837 | 16,982,175 | 21,384,422 |
| | | | | | |
| **Total Liabilities and Stockholders Equity** | 0 | 12,263,165 | 11,567,084 | 13,989,421 | 19,791,965 |

**Newco Retail**
**Projected Statement of Cash Flow** — Confidential — INTERNAL USE ONLY

| | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|
| Beg. Cash and Reserve for Future Development | | 0 | 2,895,594 | 524,073 | 1,410,901 |
| Net Income (loss) | | 511,999 | 1,706,838 | 3,263,338 | 4,402,246 |
| Change in working capital (less cash): | | | | | |
| Current assets | 0 | (487,571) | (915,441) | (800,509) | (2,767,813) |
| Current liabilities | 0 | 251,166 | 297,080 | 208,999 | 200,297 |
| Depreciation/Amortization | 0 | 220,000 | 265,000 | 315,000 | 370,000 |
| Net PPE decrease (increase) including capitalized R & D | 0 | (5,100,000) | (1,025,000) | (1,050,000) | (1,075,000) |
| Goodwill purchase | | (4,000,000) | | | |
| Issue of Note Payable for License | | 2,500,000 | | | 2,000,000 |
| Repayment of Note Payable | | (2,500,000) | (2,700,000) | (1,050,000) | (800,000) |
| Increase other long term liability | | | | | |
| Issuance of common stock, net of fees | 0 | 11,500,000 | 0 | 0 | 0 |
| Ending Cash and Reserve for Future Development | - | 2,895,594 | 524,073 | 1,410,901 | 3,740,632 |
| | 0 | 0 | 0 | 0 | 0 |

**Projected Long Term Asset/Liability Work Schedule** — INTERNAL USE ONLY — Confidential

| | | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|---|
| Fixed Assets | Beginning Balance | 0 | 0 | 80,000 | 80,000 | 95,000 |
| | Depreciation/Amort. | | (20,000) | (25,000) | (35,000) | (50,000) |
| | Purchases/Cap R&D | | 100,000 | 25,000 | 50,000 | 75,000 |
| | Ending Balance | 0 | 80,000 | 80,000 | 95,000 | 120,000 |
| License | Beg. Balance | 0 | 0 | 4,800,000 | 5,560,000 | 6,280,000 |
| Amort years   25 | Amortization | | (200,000) | (240,000) | (280,000) | (320,000) |
| | New licenses | | 5,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| | Ending Balance | 0 | 4,800,000 | 5,560,000 | 6,280,000 | 6,960,000 |

**Projected Capitalization Table** — INTERNAL USE ONLY — Confidential

| | Annual 2005 | Annual 2006 | Annual 2007 | Annual 2008 | Annual 2009 |
|---|---|---|---|---|---|
| Beginning Shares Issued/Outstanding | | 0 | 12,166,666 | 12,166,666 | 12,166,666 |
| Shares Issued During Period - # | | 12,166,666 | | | |
| Ending Share Count | 0 | 12,166,666 | 12,000,000 | 12,000,000 | 12,000,000 |
| Beginning $ Value at Issued Price - $ | | 0 | | | |
| Shares Issued During Period - $ | | | | | |
| Ending $ Value at Issued Price | 0 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 |

Shares Issued During Period - $
2,500,000 @ $ 1.00
5,000,000 @ $ 1.00
1,500,000 @ $ -
500,000 @ $ 1.00
Confidential   2,666,666 @ $ 1.50

INTERNAL USE ONLY 500,000 1,000,000

4/28/2008 11:46 AM

**Newco Retail**

**Volume, Pricing and COGS**

| Year | | Cholesterol Panel (Send-in) | TSH | PSA | Hemoglobin A1c | Disease Mangt Kits | Anemia Meter | Rapid Allergy (Rapid tests) | New Development | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **2005** | Stores | 2,400 | 4,200 | 4,200 | 200 | 750 | 100 | - | - | |
| | Kits per Store/year | 6 | 3 | 4 | 4 | 80 | 3 | | | |
| | | 14,400 | 12,600 | 16,800 | 800 | 60,000 | 300 | | | |
| 2005 | Unit Price | $19.25 | $20.31 | $21.25 | $12.95 | $9.21 | $13.95 | | | |
| 2005 | Revenue | $277,200 | $255,906 | $357,000 | $10,360 | $552,300 | $4,185 | $- | $- | $1,456,951 |
| 2005 | COGS | $98,525 | $101,836 | $126,865 | $4,523 | $316,800 | $825 | $- | $- | $649,375 |
| **2006** | Stores | 3,900 | 5,800 | 5,100 | 1,200 | 1,900 | 2,500 | - | - | |
| | Kits per Store/year | 6 | 4 | 5 | 6 | 25 | 6 | | | |
| | | 23,400 | 23,200 | 25,500 | 6,000 | 47,500 | 15,000 | | | |
| 2006 | Unit Price | $19.25 | $20.31 | $21.25 | $12.95 | $9.21 | $13.95 | | | |
| 2006 | Revenue | $450,450 | $471,192 | $541,875 | $77,700 | $437,238 | $209,250 | $- | $- | $2,187,705 |
| 2006 | COGS | $160,103 | $187,508 | $192,563 | $33,924 | $250,800 | $41,250 | $- | $- | $866,148 |
| **2007** | Stores | 8,500 | 10,000 | 8,500 | 8,900 | 3,500 | 14,000 | - | - | |
| | Kits per Store/year | 7 | 6 | 6 | 6 | 40 | 4 | | 6 | |
| | | 59,500 | 60,000 | 51,000 | 53,400 | 140,000 | 56,000 | | | |
| 2007 | Unit Price | $19.25 | $20.31 | $21.25 | $12.95 | $9.21 | $13.95 | | $24.95 | |
| 2007 | Revenue | $1,145,375 | $1,218,600 | $1,083,750 | $691,530 | $1,288,700 | $781,200 | $- | $- | $7,485,955 |
| 2007 | COGS | $407,099 | $484,935 | $385,127 | $301,924 | $739,200 | $154,000 | $- | $- | $2,950,300 |
| **2008** | Stores | 12,000 | 14,000 | 14,000 | 9,000 | 4,500 | 15,000 | 15,000 | 7,500 | |
| | Kits per Store/year | 7 | 6 | 6 | 6 | 40 | 4 | 8 | 10 | |
| | | 84,000 | 84,000 | 84,000 | 54,000 | 180,000 | 60,000 | 120,000 | 75,000 | |
| 2008 | Unit Price | $19.25 | $20.31 | $21.25 | $12.95 | $9.21 | $13.95 | $19.95 | $24.95 | |
| 2008 | Revenue | $1,617,000 | $1,706,040 | $1,785,000 | $699,300 | $1,656,900 | $837,000 | $2,394,000 | $1,871,250 | $12,566,490 |
| 2008 | COGS | $574,728 | $678,909 | $634,326 | $305,316 | $950,400 | $165,000 | $896,280 | $412,500 | $4,617,459 |
| **2009** | Stores | 14,000 | 15,000 | 15,000 | 12,000 | 10,000 | 15,000 | 15,000 | 15,000 | |
| | Kits per Store/year | 7 | 6 | 6 | 6 | 30 | 3 | 10 | 10 | |
| | | 98,000 | 90,000 | 90,000 | 72,000 | 300,000 | 45,000 | 150,000 | 150,000 | |
| 2009 | Unit Price | $19.25 | $20.31 | $21.25 | $12.95 | $9.21 | $13.95 | $19.95 | $24.95 | |
| 2009 | Revenue | $1,886,500 | $1,827,900 | $1,912,500 | $932,400 | $2,761,500 | $627,750 | $2,992,500 | $3,742,500 | $16,683,550 |
| 2009 | COGS | $670,516 | $727,403 | $679,635 | $407,088 | $1,584,000 | $123,750 | $1,120,350 | $825,000 | $6,137,742 |

**Cost of Goods Sold:**

| Unit COGS: | Cholesterol Panel | TSH | PSA | Hemoglobin A1c | Disease Management | Anemia | Rapid Allergy | New Development |
|---|---|---|---|---|---|---|---|---|
| Kits (& outbound shipping) | 2.00 | 3.95 | 1.20 | 1.49 | 1.95 | 2.50 | 6.79 | 5.00 |
| Lab Processing (if any & net of non-compliance) | 4.22 | 3.40 | 5.67 | 3.65 | 2.85 | 0.25 | 0.68 | 0.50 |
| Outsource Vendor Markup    10% | 0.62 | 0.73 | 0.69 | 0.51 | 0.48 | | | |
| Total Unit Cost | 6.84 | 8.08 | 7.55 | 5.65 | 5.28 | 2.75 | 7.47 | 5.50 |
| Wholesale price | $19.25 | $20.31 | $21.25 | $12.95 | $9.21 | $13.95 | $19.95 | $24.95 |
| Gross Margin % | 64% | 60% | 64% | 56% | 43% | 80% | 63% | 67% |

**Newco Retail**
**Employee Listing**

| Position | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| President | | 50,000 | 200,000 | 200,000 |
| Chief Accountant | | | 75,000 | 75,000 |
| VP Sales | | | 135,000 | 135,000 |
| Brand Manager(s) | | 80,000 | 80,000 | 160,000 |
| Sales Assistant | | 20,000 | 45,000 | 45,000 |
| Admin | | | 35,000 | 35,000 |
| Total | - | 150,000 | 570,000 | 650,000 |

**2009**

200,000
75,000
135,000
240,000
45,000
35,000
**730,000**