**Todd Kremin**

| | |
|---|---|
| From: | Henry Warner |
| Sent: | Wednesday, August 16, 2006 3:27 PM |
| To: | 'mcs@barronpartners.com' |
| Subject: | RE: Dress code |

Please let me know what time to expect you tomorrow. Thanks

Hank

Henry A. Warner
Chief Executive Officer
BIOSAFE Medical Technologies, inc.
847-234-8111

-----Original Message-----
From: Matt Samuel [mailto:mcs@barronpartners.com]
Sent: Wednesday, August 16, 2006 9:31 AM
To: Henry Warner
Subject: Re: Dress code

Hank, sounds fine with me. Could you please email me the address of your office?  thanks, see you guys tomorrow.

Regards,

Matt Samuel
Junior Analyst
Barron Partners
MCS@barronpartners.com
phone: (212) 359-0205
cell: (214) 802-4050

-----Original Message-----
From: "Henry Warner" <hwarner@ebiosafe.com>
Date: Wed, 16 Aug 2006 08:57:59
To:"Matt Samuel" <mcs@barronpartners.com>
Cc:"David Fleisner" <dfleisner@ebiosafe.com>,        "Ernest Azua" <eazua@ebiosafe.com>,
"Robert Trumpy" <rtrumpy@ebiosafe.com>,        "Jeremy Warner" <jwarner@ebiosafe.com>,
"John Kramer" <jkramer@ebiosafe.com>
Subject: Dress code

Matt:


Business casual is fine for tomorrow…..It is summer in Chicago!!


Hank


Henry A. Warner

Chief Executive Officer

BIOSAFE Medical Technologies, inc.

847-234-8111

1

**Exhibit 30**