# EXHIBIT T

Official Form 5 (10/06)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Biosafe Medical Technologies, Inc.** | ALL OTHER NAMES used by debtor in the last 6 years<br>(include married, maiden, and trade names) |
|---|---|

Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**100 Field Dr., Suite 240**<br>**Lake Forest, IL**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **Lake**<br>ZIP CODE **60045** | MAILING ADDRESS OF DEBTOR (if different from street address)<br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☒ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (includes Joint Debtor)
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**VENUE**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

☒ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**COURT USE ONLY**

PL 02025

Official Form 5 (10/05) - Cont.

Name of Debtor  Biosafe Medical Technologies, Inc.

Case No. _____

---

**TRANSFER OF CLAIM**

☑ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X _David C. Fleisner_ | X _Lee _____ 3/12/07_ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| David C. Fleisner      3/12/07 | Bauch & Michaels, LLC |
| Name of Petitioner     Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| | Chicago, Illinois 60604 |
| Name & Mailing | |
| Address of Individual | Address |
| Signing in Representative | (312) 588-5000 |
| Capacity | Telephone No. |

| X | X |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| William S. Lear | Bauch & Michaels, LLC |
| Name of Petitioner     Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| | Chicago, Illinois 60604 |
| Name & Mailing | |
| Address of Individual | Address |
| Signing in Representative | (312) 588-5000 |
| Capacity | Telephone No. |

| X | X |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| Focus Enterprises, Inc. | Bauch & Michaels, LLC |
| Name of Petitioner     Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| | Chicago, Illinois 60604 |
| Name & Mailing    William S. Lear | |
| Address of Individual | Address |
| Signing in Representative    575 N. Michigan Ave.-Ste. 3011 | (312) 588-5000 |
| Capacity    Chicago, IL 60611 | Telephone No. |

| X | X |
|---|---|

2 Continuation sheets attached

PL 02026

03/12/2007  14:14    3127947801                    REGUS                        PAGE  01

Official Form 5 (10/05) -- Cont.

Name of Debtor  **Biosafe Medical Technologies, Inc.**

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title) | x _____        Date<br>Signature of Attorney |
| David C. Fielsner | Bauch & Michaels, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | (312) 588-5000 |
| | Telephone No. |
| x _William S. Lear_____<br>Signature of Petitioner or Representative (State title) | x _____ 3/12/07<br>Signature of Attorney            Date |
| William S. Lear | Bauch & Michaels, LLC |
| Name of Petitioner          Date Signed  3/12/07 | Name of Attorney Firm (If any) |
| | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | (312) 588-5000 |
| | Telephone No. |
| x _William S. Lear  Partner_<br>Signature of Petitioner or Representative (State title) | x _____ 3/12/07<br>Signature of Attorney            Date |
| Focus Enterprises, Inc. | Bauch & Michaels, LLC |
| Name of Petitioner          Date Signed  3/12/07 | Name of Attorney Firm (If any) |
| | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 |
| Name & Mailing   William S. Lear  Partner<br>Address of Individual<br>Signing in Representative   875 N. Michigan Ave.-Ste. 3011<br>Capacity           Chicago, IL 60611 | Address |
| | (312) 588-5000 |
| | Telephone No. |
| x | x |

_9_ Continuation sheets attached

PL 02027

**Official Form 5 (10/05) - Cont.**                      Name of Debtor:  **Biosafe Medical Technologies, Inc.**

Case No.

| | |
|---|---|
| *Nrd* | *Signature* 3/12/07 |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                    Date |
| **Ned Bedrio**                    3/12/07 | **Bauch & Michaels, LLC** |
| Name of Petitioner          Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois  60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |
| x | x |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                    Date |
| **Stephen J. Reitman** | **Bauch & Michaels, LLC** |
| Name of Petitioner          Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois  60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |
| x | x |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                    Date |
| **Frederick J. Fitzsimmons** | **Bauch & Michaels, LLC** |
| Name of Petitioner          Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois  60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |
| x | x |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                    Date |
| **Peter M. Mott** | **Bauch & Michaels, LLC** |
| Name of Petitioner          Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois  60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |

PL 02028

03/12/2007  14:36     8474131110          NORTHWESTERN_MUTUAL                    PAGE   02

3/12/2007 3:16 PM  FROM: Bauch  Michaels Bauch _Michaels   TO: #1  (047) 423-1110   PAGE: 002 OF 002

Official Form 5 (10/05) - Cont.                        Name of Debtor  Biosafe Medical Technologies, Inc.

                                                       Case No.

| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
|---|---|
| Ned Bechto | Bauch & Michaels, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | (312) 588-5000 |
| | Telephone No. |

| x _[signature]_ | x _[signature]_          3/12/07 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Steven J. Raitman                    3-12-07 | Bauch & Michaels, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | (312) 588-5000 |
| | Telephone No. |

| x | x |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Frederick J. Fitzsimmons | Bauch & Michaels, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | (312) 588-5000 |
| | Telephone No. |

| x | x |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Peter M. Mott | Bauch & Michaels, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | (312) 588-5000 |
| | Telephone No. |

Official Form 5 (10/06) - Cont.                    Name of Debtor   **Biosafe Medical Technologies, Inc.**

Case No. _____

| | |
|---|---|
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                    Date |
| **Ned Bodrio** | **Bauch & Michaels, LLC** |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| | Chicago, Illinois 60604 |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | (312) 588-5000 |
| Capacity | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                    Date |
| **Stephen J. Reitman** | **Bauch & Michaels, LLC** |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| | Chicago, Illinois 60604 |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | (312) 588-5000 |
| Capacity | Telephone No. |
| x _~Frederick J. Fitzsimmons~_ | x _~signature~_   3/12/07 |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                    Date |
| **Frederick J. Fitzsimmons**      3/12/07 | **Bauch & Michaels, LLC** |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| | Chicago, Illinois 60604 |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | (312) 588-5000 |
| Capacity | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                    Date |
| **Peter M. Wolf** | **Bauch & Michaels, LLC** |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| | Chicago, Illinois 60604 |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | (312) 588-5000 |
| Capacity | Telephone No. |

PL  02030

MAR 12 2007 15:20 FR BT ALEX. BROWN        312 424 6019 TO 9427570P            P.01/01

Official Form 5 (10/06) - Cont.                    Name of Debtor  Biosafa Medical Technologies, Inc.

                                                   Case No. _____

| | |
|---|---|
| **Signature of Petitioner or Representative  (State title)**<br>Ned Bedrio<br><br>Name of Petitioner                          Date Signed<br><br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | **Signature of Attorney**                    *Date*<br>Bauch & Michaels, LLC<br>Name of Attorney Firm (if any)<br>53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois  60604<br>Address<br>(312) 588-5000<br>Telephone No. |
| x<br>**Signature of Petitioner or Representative  (State title)**<br>Stephen J. Reitman<br><br>Name of Petitioner                          Date Signed<br><br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x<br>**Signature of Attorney**                    *Date*<br>Bauch & Michaels, LLC<br>Name of Attorney Firm (if any)<br>53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois  60604<br>Address<br>(312) 588-5000<br>Telephone No. |
| x<br>**Signature of Petitioner or Representative  (State title)**<br>Frederick J. Fitzsimmons<br><br>Name of Petitioner                          Date Signed<br><br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x<br>**Signature of Attorney**                    *Date*<br>Bauch & Michaels, LLC<br>Name of Attorney Firm (if any)<br>53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois  60604<br>Address<br>(312) 588-5000<br>Telephone No. |
| x   *(signature)*<br>**Signature of Petitioner or Representative  (State title)**<br>Peter M. Mott                    3. 12. 07<br>Name of Petitioner                          Date Signed<br><br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x   *(signature)*                    3/12/07<br>**Signature of Attorney**                    *Date*<br>Bauch & Michaels, LLC<br>Name of Attorney Firm (if any)<br>53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois  60604<br>Address<br>(312) 588-5000<br>Telephone No. |

** TOTAL PAGE.01 **

PL  02031

Mar 12 2007 6:40PM  Welch                                  773 477 0401              p.1

Official Form 5 (10/05) - Cont.                    Name of Debtor   Biosafe Medical Technologies, Inc.

                                                   Case No.

| | |
|---|---|
| x  *Michael T. Welch* | x  *[signature]* 3/13/07 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Michael T. Welch          3/12/07 | Bauch & Michaels, LLC |
| Name of Petitioner          Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| | Chicago, Illinois 60604 |
| Name & Mailing    *Michael T. Welch* | |
| Address of Individual    *259 W. Montana* | Address |
| Signing in Representative | |
| Capacity    *Chicago, IL 60614* | (312) 588-5000 |
| | Telephone No. |
| x | x |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                    Date |
| A. Alexander Arnold, III | Bauch & Michaels, LLC |
| Name of Petitioner          Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| | Chicago, Illinois 60604 |
| Name & Mailing | |
| Address of Individual | Address |
| Signing in Representative | |
| Capacity | (312) 588-5000 |
| | Telephone No. |

PL 02032

Official Form 5 (10/06) - Cont.

Name of Debtor   **Biosafe Medical Technologies, Inc.**

Case No. _____

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br>**Michael T. Welch**<br>Name of Petitioner            Date Signed | X _____          Date<br>Signature of Attorney<br>**Bauch & Michaels, LLC**<br>Name of Attorney Firm (if any)<br>**53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois 60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br>**(312) 588-5000**<br>Telephone No. |
| X _(signature)_<br>Signature of Petitioner or Representative (State title)<br>**A. Alexander Arnold, III**<br>Name of Petitioner            Date Signed | X _(signature)_        3/13/07<br>Signature of Attorney            Date<br>**Bauch & Michaels, LLC**<br>Name of Attorney Firm (if any)<br>**53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois 60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br>**(312) 588-5000**<br>Telephone No. |

PL 02033

Mar 13 2007 11:57AM   O'Brien Consulting          202 241 0126          p.8

Official Form 5 (10/06) - Cont.                    Name of Debtor · Biosafe Medical Technologies, Inc.

                                                   Case No.

| x | x |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Michael T. Welch | Bauch & Michaels, LLC |
| Name of Petitioner          Date Signed | Name of Attorney Firm (if any) |
|  | 53 West Jackson Boulevard |
|  | Suite 1115 |
|  | Chicago, Illinois 60604 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | (312) 588-5000 |
|  | Telephone No. |
| x | x |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| A. Alexander Arnold, III | Bauch & Michaels, LLC |
| Name of Petitioner          Date Signed | Name of Attorney Firm (if any) |
|  | 53 West Jackson Boulevard |
|  | Suite 1115 |
|  | Chicago, Illinois 60604 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | (312) 588-5000 |
|  | Telephone No. |
| x _(signature)_ | x _(signature)_   3/13/07 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Timothy O'Brien          3-13-07 | Bauch & Michaels, LLC |
| Name of Petitioner          Date Signed | Name of Attorney Firm (if any) |
|  | 53 West Jackson Boulevard |
|  | Suite 1115 |
|  | Chicago, Illinois 60604 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | (312) 588-5000 |
|  | Telephone No. |

PL 02034

Official Form 5 (10/06) - Cont.

Name of Debtor   **Biosafe Medical Technologies, Inc.**

Case No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| David C. Fleisner<br>1163 Ranch Road<br>Lake Forest, IL 60045 | salary ($209,000), bonus ($75,000), bonus ($225,000), contract severance ($545,000), loan ($12,419.13) | 1,066,419.13 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| William S. Lear<br>c/o Focus Enterprises, Inc.<br>875 N. Michigan Ave.<br>Suite 3011<br>Chicago, IL 60611 | salary ($41,000), expense reimbursement ($14,000) | 55,000.00 |

PL 02035

Official Form 5 (10/06) - Cont.

Name of Debtor  **Biosafe Medical Technologies, Inc.**

Case No.

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Focus Enterprises, Inc.<br>875 N. Michigan Avenue<br>Suite 3011<br>Chicago, IL 60611 | contract claim | 12,000.00 |
| Ned Bedrio<br>5309 Main Street<br>Skokie, IL 60077 | **Commissions due** | 20,000.00 |
| Steven J. Reitman<br>212 The Lane<br>Hinsdale, IL. 60521 | **promissory note** | 977,500.00 |
| Frederick J. Fitzsimmons<br>2142 Ashland Ave., Suite 2<br>Evanston, IL 60201 | loan-defaulted | 25,000.00 |
| Peter M. Mott<br>525 Rockefeller Road<br>Lake Forest, IL 60045 | **promissory note-defaulted** | 100,000.00 |
| Michael T. Welch<br>1239 W. Montana<br>Chicago, IL 60614 | note ($100,000) - defaulted;<br>note ($50,000) - defaulted | 150,000.00 |
| A. Alexander Arnold, III<br>Apt. 16B<br>460 E. 79th Street<br>New York, NY 10021 | deposit of guarantor ($250,000) | 250,000.00 |
| Timothy O'Brien<br>10419 Applewood Court<br>Mequon, WI 53092 | contract and custom software design | 232,785.00 |

| | | |
|---|---|---|
| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br><br>$    2,888,704.13 |

PL 02036

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 07-4412 |
| | ) | Chapter 11 |
| **Biosafe Medical Technologies, Inc.** | ) | |
| | ) | Involuntary Petition |
| Debtor. | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | Courtroom 642 |

## JOINDER OF ADDITIONAL PETITIONING CREDITOR

William R. Kitchel ("Petitioner"), pursuant to § 303(c) of Title 11, United States Code §§ 101 *et seq.*, ("Bankruptcy Code") hereby joins in the Involuntary Petition ("Petition") filed in the above-captioned case on March 13, 2007, and in support thereof state as follows.

1.    Petitioner is eligible to join in the Petition pursuant to § 303(b) of the Bankruptcy Code.

2.    The debtor BioSafe Medical Technologies, Inc., f/k/a Illinois Medical Technologies, Inc. ("BioSafe" or "Debtor") is a person against whom an order for relief may be entered under the Bankruptcy Code.

3.    BioSafe is generally not paying its debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount.

*WHEREFORE,* Petitioner requests that an order for relief be entered against the Debtor under Chapter 11 of the Bankruptcy Code.

Petitioning Creditors of Biosafe

By:   /s/ Kenneth A. Michaels Jr.
       One of Their Attorneys

2

PL 02037

HPR-02-2007 12:13 From:                                    To:Bauch  Michaels      P.1/1

## PETITIONER'S DECLARATION

Petitioner declares under penalty of perjury that the foregoing is true and correct to the best of his knowledge, information and belief.

Dated: March 28 TH, 2007.

William R. Kitchel

| Additional Petitioning Creditor | Nature of Claim | Amount of Claim |
|---|---|---|
| William R. Kitchel<br>818 Cherokee Rd.<br>Lake Forest, IL 60045 | At least $51,000.00 | Salary |

3

PL 02038

Official Form 5 (10/06)

| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY<br>PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Biosafe Medical Technologies, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names) |
|---|---|

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.) | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**100 Field Dr., Suite 240**<br>**Lake Forest, IL**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Lake<br><br>ZIP CODE<br>**60045** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br>ZIP CODE |
|---|---|

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br>☐ Chapter 7    ☑ Chapter 11 |
|---|

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE<br>☑ Debtor has been domiciled or has had a residence, principal<br>place of business, or principle assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership<br>is pending in this District. | FILING FEE (Check one box)<br>☑ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.] |
|---|---|

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER<br>OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets) |
|---|

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United<br>States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the<br>subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or<br>agent appointed or authorized to take charge of less than substantially all of the property of the<br>debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

PL 02039

03/12/2007  14:04    84724/0469              LANDMARK  DX                              PAGE  03

Official Form 5 (10/08) - Cont.                    Name of Debtor  **Biosafe Medical Technologies, Inc.**

                                                   Case No. 07-4412

| TRANSFER OF CLAIM |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor to to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(e). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _David C. Fleiner_                              x _Lee C. Buckhead_    3/12/07
Signature of Petitioner or Representative (State title)    Signature of Attorney                    Date

David C. Fleiner              3/12/07              Bauch & Michaels, LLC
Name of Petitioner            Date Signed          Name of Attorney Firm (if any)

                                                   53 West Jackson Boulevard
                                                   Suite 1115
                                                   Chicago, Illinois  60604

Name & Mailing                                     Address
Address of Individual
Signing in Representative                          (312) 588-5000
Capacity                                           Telephone No.

---

x                                                  x
Signature of Petitioner or Representative (State title)    Signature of Attorney                    Date

William S. Lear                                    Bauch & Michaels, LLC
Name of Petitioner            Date Signed          Name of Attorney Firm (if any)

                                                   53 West Jackson Boulevard
                                                   Suite 1115
                                                   Chicago, Illinois  60604

Name & Mailing                                     Address
Address of Individual
Signing in Representative                          (312) 588-5000
Capacity                                           Telephone No.

---

x                                                  x
Signature of Petitioner or Representative (State title)    Signature of Attorney                    Date

Focus Enterprises, Inc.                            Bauch & Michaels, LLC
Name of Petitioner            Date Signed          Name of Attorney Firm (if any)

                                                   53 West Jackson Boulevard
                                                   Suite 1115
                                                   Chicago, Illinois  60604

Name & Mailing          William S. Lear            Address
Address of Individual
Signing in Representative  875 N. Michigan Ave. Ste. 3011    (312) 588-5000
Capacity                Chicago, IL 60611          Telephone No.

---

x                                                  x

_2_  Continuation sheets attached

PL 02040

Official Form 5 (10/05) - Cont.

Name of Debtor   **Biosafe Medical Technologies, Inc.**

Case No.  07-4412

| TRANSFER OF CLAIM |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(e). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative  (State title) | x _____                    Date<br>Signature of Attorney |
| **David C. Fleisner**<br>Name of Petitioner                    Date Signed | **Bauch & Michaels, LLC**<br>Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br>**(312) 588-5000**<br>Telephone No. |
| x _Williams S. Lear_____<br>Signature of Petitioner or Representative  (State title) | x _____  3/12/07<br>Signature of Attorney            Date |
| **William S. Lear**            3/12/07<br>Name of Petitioner            Date Signed | **Bauch & Michaels, LLC**<br>Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br>**(312) 588-5000**<br>Telephone No. |
| x _William S. Lear_ Partner<br>Signature of Petitioner or Representative  (State title) | x _____  3/12/07<br>Signature of Attorney            Date |
| **Focus Enterprises, Inc.**        3/12/07<br>Name of Petitioner            Date Signed | **Bauch & Michaels, LLC**<br>Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604** |
| Name & Mailing      William S. Lear  Partner<br>Address of Individual<br>Signing in Representative    875 N. Michigan Ave.-Ste. 3011<br>Capacity        Chicago, IL 60611 | Address<br>**(312) 588-5000**<br>Telephone No. |
| x | x |

3  Continuation sheets attached

PL 02041

**Official Form 5 (10/05) - Cont.**

Name of Debtor  **Biosafe Medical Technologies, Inc.**

Case No.  07-4412

~~~Signed Reimann Sept 4/07~~~

| | |
|---|---|
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                                    Date |
| **Ned Bedrio** _3/12/07_ | **Bauch & Michaels, LLC** |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois  60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |

| | |
|---|---|
| x | x |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                                    Date |
| **Stephen J. Reitman** | **Bauch & Michaels, LLC** |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois  60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |

| | |
|---|---|
| x | x |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                                    Date |
| **Frederick J. Fitzsimmons** | **Bauch & Michaels, LLC** |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois  60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |

| | |
|---|---|
| x | x |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                                    Date |
| **Peter M. Mott** | **Bauch & Michaels, LLC** |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois  60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |

PL 02042

03/12/2007  14:35   8474131110                NORTHWESTERN_MUTUAL            PAGE  02

3/12/2007 3:16 PM  FROM: Bauch  Michaels Bauch _Michaels  TO: +1 (847) 422-1110  PAGE: 002 OF 002

**Official Form 5 (10/05) - Cont.**

Name of Debtor  **Biosafe Medical Technologies, Inc.**

Case No.  07-4412

| Signature of Petitioner or Representative (State title) | Date | Signature of Attorney | Date |
|---|---|---|---|
| Ned Bedrio | | Bauch & Michaels, LLC | |
| Name of Petitioner | Date Signed | Name of Attorney Firm (if any) | |
| | | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 | |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | | Address | |
| | | (312) 588-5000 | |
| | | Telephone No. | |

| X  _[signature]_ | | X  _[signature]_  3/12/07 |
|---|---|---|
| Signature of Petitioner or Representative (State title) | | Signature of Attorney   Date |
| (Steven J. Raikhan)  3-12-07 | | Bauch & Michaels, LLC |
| Name of Petitioner  Date Signed | | Name of Attorney Firm (if any) |
| | | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | | Address |
| | | (312) 588-5000 |
| | | Telephone No. |

| X | Signature of Petitioner or Representative (State title) | X | Signature of Attorney   Date |
|---|---|---|---|
| | Frederick J. Fitzsimmons | | Bauch & Michaels, LLC |
| | Name of Petitioner   Date Signed | | Name of Attorney Firm (if any) |
| | | | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 |
| | Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | | Address |
| | | | (312) 588-5000 |
| | | | Telephone No. |

| X | Signature of Petitioner or Representative (State title) | X | Signature of Attorney   Date |
|---|---|---|---|
| | Peter M. Mott | | Bauch & Michaels, LLC |
| | Name of Petitioner   Date Signed | | Name of Attorney Firm (if any) |
| | | | 53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604 |
| | Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | | Address |
| | | | (312) 588-5000 |
| | | | Telephone No. |

PL 02043

03/12/2007  16:38    18474488981    OFFICE FAX    PAGE  01

Official Form 5 (10/06) - Cont.          Name of Debtor   Biosafe Medical Technologies, Inc.

                                         Case No.  07-4412

| Signature of Petitioner or Representative  (State title) | Signature of Attorney                                     Date |
|---|---|
| **Ned Bedrio** | **Bauch & Michaels, LLC** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois 60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |

| x<br>Signature of Petitioner or Representative  (State title) | x<br>Signature of Attorney                                     Date |
|---|---|
| **Stephen J. Reitman** | **Bauch & Michaels, LLC** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois 60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |

| x  *Frederick J. Fitzsimmons*<br>Signature of Petitioner or Representative  (State title) | x  *[signature]*                              3/12/07<br>Signature of Attorney                                     Date |
|---|---|
| **Frederick J. Fitzsimmons**              3/12/07 | **Bauch & Michaels, LLC** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois 60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |

| x<br>Signature of Petitioner or Representative  (State title) | x<br>Signature of Attorney                                     Date |
|---|---|
| **Peter M. Mott** | **Bauch & Michaels, LLC** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (if any) |
| | **53 West Jackson Boulevard**<br>**Suite 1115**<br>**Chicago, Illinois 60604** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | **(312) 588-5000** |
| | Telephone No. |

PL  02044

MAR 12 2007 15:20 FR BT FLEX. BROWN    312 424 8419 TO 94275769    P.01/01

Official Form 5 (10/05) - Cont.

Name of Debtor    Biosafe Medical Technologies, Inc.

Case No.   07-4412

| | |
|---|---|
| Signature of Petitioner or Representative  (State title)<br>**Ned Bedrio**<br>Name of Petitioner                    Date Signed | Signature of Attorney                    Date<br>**Bauch & Michaels, LLC**<br>Name of Attorney Firm (if any)<br>**53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604**<br>Address<br>**(312) 588-5000**<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative  (State title)<br>**Stephen J. Reltman**<br>Name of Petitioner                    Date Signed | x _____<br>Signature of Attorney                    Date<br>**Bauch & Michaels, LLC**<br>Name of Attorney Firm (if any)<br>**53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604**<br>Address<br>**(312) 588-5000**<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative  (State title)<br>**Frederick J. Fitzsimmons**<br>Name of Petitioner                    Date Signed | x _____<br>Signature of Attorney                    Date<br>**Bauch & Michaels, LLC**<br>Name of Attorney Firm (if any)<br>**53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604**<br>Address<br>**(312) 588-5000**<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative  (State title)<br>**Peter M. Mott**    3. 12. 07<br>Name of Petitioner                    Date Signed | x _____  3/12/07<br>Signature of Attorney                    Date<br>**Bauch & Michaels, LLC**<br>Name of Attorney Firm (if any)<br>**53 West Jackson Boulevard<br>Suite 1115<br>Chicago, Illinois 60604**<br>Address<br>**(312) 588-5000**<br>Telephone No. |

** TOTAL PAGE.01 **

PL 02045

Mar 12 2007 5:40PM   Welch                           775 777 0401              p.1

Official Form 5 (10/05) - Cont.

Name of Debtor: Biosafe Medical Technologies, Inc.

Case No. 07-4412

| x ~~Michael T. Welch~~ | x ~~Jeri Gerharch~~  3/13/07 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Michael T. Welch                    3/12/07 | Bauch & Michaels, LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| Name & Mailing      Michael T. Welch | Chicago, Illinois  60604 |
| Address of Individual   851 W. Montana | Address |
| Signing in Representative | |
| Capacity          Chicago, IL 60614 | (312) 588-5000 |
| | Telephone No. |
| x | x |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                       Date |
| A. Alexander Arnold, III | Bauch & Michaels, LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) |
| | 53 West Jackson Boulevard |
| | Suite 1115 |
| | Chicago, Illinois  60604 |
| Name & Mailing | |
| Address of Individual | Address |
| Signing in Representative | (312) 588-5000 |
| Capacity | Telephone No. |

PL 02046

03/13/2007  10:49   212-826-2198         FIRST REPUBLIC BANK              PAGE  05/06

Official Form 5 (10/05) - Cont.                    Name of Debtor   Biosafe Medical Technologies, Inc.

Case No. 07-4412

| x | x | |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| **Michael T. Welch** | **Bauch & Michaels, LLC** | |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) | |
| | **53 West Jackson Boulevard** **Suite 1115** **Chicago, Illinois 60604** | |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address | |
| | **(312) 588-5000** | |
| | Telephone No. | |
| x | x                                                  3/13/07 | |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date | |
| **A. Alexander Arnold, III** | **Bauch & Michaels, LLC** | |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) | |
| | **53 West Jackson Boulevard** **Suite 1115** **Chicago, Illinois 60604** | |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address | |
| | **(312) 588-5000** | |
| | Telephone No. | |

PL 02047

Official Form 5 (10/05) - Cont.                    Name of Debtor · Biosafe Medical Technologies, Inc.

                                                   Case No. 07-4412

| x Signature of Petitioner or Representative (State title) | x Signature of Attorney                    Date |
|---|---|
| Michael T. Welch | Bauch & Michaels, LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) |
|  | 53 West Jackson Boulevard Suite 1115 Chicago, Illinois 60604 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | (312) 588-5000 |
|  | Telephone No. |

| x Signature of Petitioner or Representative (State title) | x Signature of Attorney                    Date |
|---|---|
| A. Alexander Arnold, III | Bauch & Michaels, LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) |
|  | 53 West Jackson Boulevard Suite 1115 Chicago, Illinois 60604 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | (312) 588-5000 |
|  | Telephone No. |

| x _signature_  Signature of Petitioner or Representative (State title) | x _signature_  3/13/07  Signature of Attorney                    Date |
|---|---|
| Timothy O'Brien          3-13-07 | Bauch & Michaels, LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) |
|  | 53 West Jackson Boulevard Suite 1115 Chicago, Illinois 60604 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | (312) 588-5000 |
|  | Telephone No. |

PL 02048

Official Form 5 (10/06) - Cont.

Name of Debtor   **Biosafe Medical Technologies, Inc.**

Case No.  07-4412

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| David C. Fleisner<br>1163 Ranch Road<br>Lake Forest, IL 60045 | salary ($209,000), bonus ($75,000), bonus ($225,000), contract severance ($545,000), loan ($12,419.13) | 1,066,419.13 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| William S. Lear<br>c/o Focus Enterprises, Inc.<br>875 N. Michigan Ave.<br>Suite 3011<br>Chicago, IL 60611 | salary ($41,000), expense reimbursement ($14,000) | 55,000.00 |

PL 02049

Official Form 5 (10/06) - Cont.

Name of Debtor   **Biosafe Medical Technologies, Inc.**

Case No.   07-4412

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Focus Enterprises, Inc.**<br>**875 N. Michigan Avenue**<br>**Suite 3011**<br>**Chicago, IL 60611** | contract claim | 12,000.00 |
| **Ned Bedrio**<br>**5309 Main Street**<br>**Skokie, IL 60077** | **Commissions due** | 20,000.00 |
| **Steven J. Reitman**<br>**212 The Lane**<br>**Hinsdale, IL 60521** | **promissory note** | 977,500.00 |
| **Frederick J. Fitzsimmons**<br>**2142 Ashland Ave., Suite 2**<br>**Evanston, IL 60201** | **loan-defaulted** | 25,000.00 |
| **Peter M. Mott**<br>**525 Rockefeller Road**<br>**Lake Forest, IL 60045** | **promissory note-defaulted** | 100,000.00 |
| **Michael T. Welch**<br>**1239 W. Montana**<br>**Chicago, IL 60614** | **note ($100,000) - defaulted;**<br>**note ($50,000) - defaulted** | 150,000.00 |
| **A. Alexander Arnold, III**<br>**Apt. 16B**<br>**460 E. 79th Street**<br>**New York, NY 10021** | **deposit of guarantor ($250,000)** | 250,000.00 |
| **Timothy O'Brien**<br>**10419 Applewood Court**<br>**Mequon, WI 53092** | **contract and custom software design** | 232,785.00 |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br><br>$   2,888,704.13 |
|---|---|---|

PL 02050

# EXHIBIT 1

PL 02051

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: | ) No. 07-4412 |
| | ) Chapter 11 |
| **Biosafe Medical Technologies, Inc.** | ) |
| | ) Involuntary Petition |
| Debtor. | ) |
| | ) Hon. Susan Pierson Sonderby |
| | ) Courtroom 642 |

## JOINDER OF ADDITIONAL PETITIONING CREDITOR

Donald C. Sharp ("Petitioner"), pursuant to § 303(c) of Title 11, United States Code §§ 101

*et seq.*, ("Bankruptcy Code") hereby joins in the Involuntary Petition ("Petition") filed in the above-

captioned case on March 13, 2007, and in support thereof state as follows.

      1.     Petitioner is eligible to join in the Petition pursuant to § 303(b) of the Bankruptcy

Code.

      2.     The debtor BioSafe Medical Technologies, Inc., f/k/a Illinois Medical Technologies,

Inc. ("BioSafe" or "Debtor") is a person against whom an order for relief may be entered under the

Bankruptcy Code.

      3.     BioSafe is generally not paying its debts as they become due, unless such debts are

the subject of a bona fide dispute as to liability or amount.

     *WHEREFORE*, Petitioner requests that an order for relief be entered against the Debtor

under Chapter 11 of the Bankruptcy Code.

                             Petitioning Creditors of Biosafe

                             By: __/s/ Kenneth A. Michaels Jr.___
                                 One of Their Attorneys

PL 02052

## PETITIONER'S DECLARATION

Petitioner declares under penalty of perjury that the foregoing is true and correct to the best

of his knowledge, information and belief.

Dated: March  26 , 2007.

_Donald C. Sharp_

Donald C. Sharp

| Additional Petitioning Creditor | Nature of Claim | Amount of Claim |
|---|---|---|
| Donald C. Sharp<br>306 Spring Ave.<br>Glen Ellyn, IL 60137 | $25,000.00 | Defaulted note payable |

3

PL 02053

# EXHIBIT 2

PL 02054

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                    )    No. 07-4412
                                          )    Chapter 11
Biosafe Medical Technologies, Inc.        )
                                          )    Involuntary Petition
            Debtor.                       )
                                          )    Hon. Susan Pierson Sonderby
                                          )    Courtroom 642

### JOINDER OF ADDITIONAL PETITIONING CREDITOR

Mark C. Brun ("Petitioner"), pursuant to § 303(c) of Title 11, United States Code §§ 101 *et seq.*, ("Bankruptcy Code") hereby joins in the Involuntary Petition ("Petition") filed in the above-captioned case on March 13, 2007, and in support thereof state as follows.

   1.    Petitioner is eligible to join in the Petition pursuant to § 303(b) of the Bankruptcy Code.

   2.    The debtor BioSafe Medical Technologies, Inc., f/k/a Illinois Medical Technologies, Inc. ("BioSafe" or "Debtor") is a person against whom an order for relief may be entered under the Bankruptcy Code.

   3.    BioSafe is generally not paying its debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount.

*WHEREFORE,* Petitioner requests that an order for relief be entered against the Debtor under Chapter 11 of the Bankruptcy Code.

                              Petitioning Creditors of Biosafe


                              By:  /s/ Kenneth A. Michaels Jr.
                                   One of Their Attorneys


2

PL 02055

Mar-27-07  13:50    From-Fedex Kinko's 9620                8476239366          T-921  P.004/006  F-377

### PETITIONER'S DECLARATION

Petitioner declares under penalty of perjury that the foregoing is true and correct to the best

of his knowledge, information and belief.

Dated: March 27th 2007.

Mark C. Brun

| Additional Petitioning Creditor | Nature of Claim | Amount of Claim |
|---|---|---|
| Mark C. Burn<br>409 N Meacham<br>Park Ridge, IL 60068 | $4,040.00 | Architectural services |

3

PL 02056

# EXHIBIT 3

PL 02057

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | No. 07-4412 |
|  | ) | Chapter 11 |
| **Biosafe Medical Technologies, Inc.** | ) |  |
|  | ) | Involuntary Petition |
| Debtor. | ) |  |
|  | ) | Hon. Susan Pierson Sonderby |
|  | ) | Courtroom 642 |

### JOINDER OF ADDITIONAL PETITIONING CREDITOR

Mason Kenneth Bien ("Petitioner"), pursuant to § 303(c) of Title 11, United States Code §§ 101 *et seq.*, ("Bankruptcy Code") hereby joins in the Involuntary Petition ("Petition") filed in the above-captioned case on March 13, 2007, and in support thereof state as follows.

1.     Petitioner is eligible to join in the Petition pursuant to § 303(b) of the Bankruptcy Code.

2.     The debtor BioSafe Medical Technologies, Inc., f/k/a Illinois Medical Technologies, Inc. ("BioSafe" or "Debtor") is a person against whom an order for relief may be entered under the Bankruptcy Code.

3.     BioSafe is generally not paying its debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount.

*WHEREFORE,* Petitioner requests that an order for relief be entered against the Debtor under Chapter 11 of the Bankruptcy Code.

Petitioning Creditors of Biosafe

By:   /s/ Kenneth A. Michaels Jr.
        One of Their Attorneys

2

PL 02058

## PETITIONER'S DECLARATION

Petitioner declares under penalty of perjury that the foregoing is true and correct to the best of his knowledge, information and belief.

Dated: March 2 6 , 2007.

_Mason Kenneth Bien_
Mason Kenneth Bien

| Additional Petitioning Creditor | Nature of Claim | Amount of Claim |
|---|---|---|
| Mason Kenneth Bien<br>5515 San Elijo<br>PO Box 327<br>Rancho Santa Fe, CA 92067<br>OR<br>5503 SW Stonegate CT<br><br>Topeka, Kansas 66606 | $214,500.00: defaulted loan due from Debtor ($100,000); defaulted loan due from Debtor's subsidiary ($100,000); interest due on both loans, in excess of $14,500 | Unsecured loans |

3

PL 02059