# EXHIBIT W



## Catherine Rivera

**From:** Jeremy Warner [jwarner@ebiosafe.com]
**Sent:** Monday, February 05, 2007 9:34 AM
**To:** mcs@barronpartners.com
**Cc:** Henry Warner; Robert Trumpy; David Fleisner; Patricia O'Brien; Jack Magglore
**Subject:** Lab123

Good morning Matt,

I hope you had a nice weekend. An old friend of ours once said, "To insure success, draft the press release you intend to issue. Identify, assign and accomplish the elements necessary to make the release come true." If we were to follow this advice from our point of view, Lab123's release would read, "Lab123 stock trades actively at $3 this Christmas."

OK. If that is our goal, how do we get there? We would like to outline what must be done and who will handle each task. We think we know at least some of the things we must do, but are unsure what must be done on the public (trading) side. The following is a first past at an outline of tasks:

1. Stock registered
2. Symbol assigned?
3. Create Market - Market makers?
4. Exchange listing? How do we get to NASDAQ?
5. Investor Relations? Leonardo's firm?
6. D&O Insurance - arranged through BIOSAFE
7. Product Liability Insurance - arranged through BIOSAFE
8. Financial reporting, audits - arranged through BIOSAFE (Rob Trumpy)
9. Employee health insurance - arranged through BIOSAFE
10. 401k program - arranged through BIOSAFE
11. Legal - Ofsink
12. EPS necessary to have a $3 stock? Is this a guess or a science? Is there a formula - at EPS of X, you get Y price. What multiple can Lab123 expect? Cholestech is a 44 multiple

13. What is missing? What don't we understand? What else can be done - by anyone?

Mary will be in BIOSAFE's offices on Wednesday from 8 -9:30am. Perhaps we could schedule a call between you and Mary at 9am CT, if that would work for you.

BIOSAFE's management would like to formalize a collective plan for Lab123 so that success is defined for this company and all players know what is expected of them, individually. BIOSAFE is committed to its part.

Sincerely,

*Jeremy*

Jeremy J. Warner
Director of Business Development

9/12/2007

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

9/12/2007

**Catherine Rivera**

| | |
|---|---|
| **From:** | Jeremy Warner [jwarner@ebiosafe.com] |
| **Sent:** | Tuesday, February 06, 2007 5:01 PM |
| **To:** | Matt Samuel |
| **Subject:** | RE: Lab123 |

Matt,

Will a 9am CT call work to speak with Mary Rodino?

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

> -----Original Message-----
> **From:** Matt Samuel [mailto:mcs@barronpartners.com]
> **Sent:** Tuesday, February 06, 2007 3:26 PM
> **To:** Jeremy Warner
> **Subject:** RE: Lab123
>
> Thanks Jeremy, we will discuss internally tomorrow morning.
>
> Regards,
>
> Matthew C T Samuel
> Analyst
> Barron Partners LP
> 730 Fifth Avenue, 25th Floor
> New York, NY 10019
> tel: 212-359-0205
> fax: 212-359-0222
> mcs@barronpartners.com
> www.barronpartners.com

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Monday, February 05, 2007 9:34 AM
**To:** mcs@barronpartners.com
**Cc:** Henry Warner; Robert Trumpy; David Fleisner; Patricia O'Brien; Jack Magglore
**Subject:** Lab123

9/12/2007

PL 01628

Good morning Matt,

I hope you had a nice weekend. An old friend of ours once said, "To insure success, draft the press release you intend to issue. Identify, assign and accomplish the elements necessary to make the release come true." If we were to follow this advice from our point of view, Lab123's release would read, "Lab123 stock trades actively at $3 this Christmas."

OK. If that is our goal, how do we get there? We would like to outline what must be done and who will handle each task. We think we know at least some of the things we must do, but are unsure what must be done on the public (trading) side. The following is a first past at an outline of tasks:

1. Stock registered
2. Symbol assigned?
3. Create Market - Market makers?
4. Exchange listing? How do we get to NASDAQ?
5. Investor Relations? Leonardo's firm?
6. D&O Insurance - arranged through BIOSAFE
7. Product Liability Insurance - arranged through BIOSAFE
8. Financial reporting, audits - arranged through BIOSAFE (Rob Trumpy)
9. Employee health insurance - arranged through BIOSAFE
10. 401k program - arranged through BIOSAFE
11. Legal - Ofsink
12. EPS necessary to have a $3 stock? Is this a guess or a science? Is there a formula - at EPS of X, you get Y price. What multiple can Lab123 expect? Cholestech is a 44 multiple

13. What is missing? What don't we understand? What else can be done - by anyone?

Mary will be in BIOSAFE's offices on Wednesday from 8 -9:30am. Perhaps we could schedule a call between you and Mary at 9am CT, if that would work for you.

BIOSAFE's management would like to formalize a collective plan for Lab123 so that success is defined for this company and all players know what is expected of them, individually. BIOSAFE is committed to its part.

Sincerely,



Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

9/12/2007

Lab123

9/12/2007

PL 01630

## Catherine Rivera

**From:**    Jeremy Warner [jwarner@ebiosafe.com]
**Sent:**    Tuesday, February 06, 2007 5:03 PM
**To:**      Matt Samuel
**Subject:** RE: Lab123

Unfortunately, 9am CT is the only time Mary is available for a call tomorrow.

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

> -----Original Message-----
> **From:** Matt Samuel [mailto:mcs@barronpartners.com]
> **Sent:** Tuesday, February 06, 2007 4:02 PM
> **To:** Jeremy Warner
> **Subject:** RE: Lab123
>
> Can we do 10 CT?
>
> Regards,
>
> Matthew C T Samuel
> Analyst
> Barron Partners LP
> 730 Fifth Avenue, 25th Floor
> New York, NY 10019
> tel: 212-359-0205
> fax: 212-359-0222
> mcs@barronpartners.com
> www.barronpartners.com

> **From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
> **Sent:** Tuesday, February 06, 2007 5:01 PM
> **To:** Matt Samuel
> **Subject:** RE: Lab123
>
> Matt,
>
> Will a 9am CT call work to speak with Mary Rodino?

9/12/2007

PL 01631

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@eblosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 06, 2007 3:26 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

Thanks Jeremy, we will discuss internally tomorrow morning.

Regards,

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

---

**From:** Jeremy Warner [mailto:jwarner@eblosafe.com]
**Sent:** Monday, February 05, 2007 9:34 AM
**To:** mcs@barronpartners.com
**Cc:** Henry Warner; Robert Trumpy; David Fleisner; Patricia O'Brien; Jack Maggiore
**Subject:** Lab123

Good morning Matt,

I hope you had a nice weekend. An old friend of ours once said, "To insure success, draft the press release you intend to issue. Identify, assign and accomplish the elements necessary to make the release come true." If we were to follow this advice from our point of view, Lab123's release would read, "Lab123 stock trades actively at $3 this Christmas."

OK. If that is our goal, how do we get there? We would like to outline what must be done and who will handle each task. We think we know at least some of the things we must do, but are unsure what must be done on the public (trading) side. The following is a first past at an outline of tasks:

    1.  Stock registered

PL 01632

2.    Symbol assigned?
3.    Create Market - Market makers?
4.    Exchange listing?  How do we get to NASDAQ?
5.    Investor Relations? Leonardo's firm?
6.    D&O Insurance - arranged through BIOSAFE
7.    Product Liability Insurance - arranged through BIOSAFE
8.    Financial reporting, audits - arranged through BIOSAFE (Rob Trumpy)
9.    Employee health insurance - arranged through BIOSAFE
10.    401k program - arranged through BIOSAFE
11.    Legal - Ofsink
12.    EPS necessary to have a $3 stock?  Is this a guess or a science?  Is there a formula - at EPS of X, you get Y price.  What multiple can Lab123 expect?  Cholestech is a 44 multiple

13.    What is missing?  What don't we understand?  What else can be done - by anyone?

Mary will be in BIOSAFE's offices on Wednesday from 8 -9:30am.  Perhaps we could schedule a call between you and Mary at 9am CT, if that would work for you.

BIOSAFE's management would like to formalize a collective plan for Lab123 so that success is defined for this company and all players know what is expected of them, individually.  BIOSAFE is committed to its part.

Sincerely,

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@eblosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

9/12/2007

PL 01633

## Catherine Rivera

**From:** Jeremy Warner [jwarner@ebiosafe.com]
**Sent:** Tuesday, February 06, 2007 5:16 PM
**To:** Matt Samuel
**Subject:** RE: Lab123

It doesn't appear tomorrow morning is going to work. Can you please suggest times for later this week, perhaps Thursday or Friday, that a call can be scheduled?

Thanks so much!


*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 06, 2007 4:06 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

What about 8 CT? 10 is not an option for us.

Regards,

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Tuesday, February 06, 2007 5:03 PM
**To:** Matt Samuel
**Subject:** RE: Lab123

Unfortunately, 9am CT is the only time Mary is available for a call tomorrow.


9/12/2007

PL 01634

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 06, 2007 4:02 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

Can we do 10 CT?

Regards,

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Tuesday, February 06, 2007 5:01 PM
**To:** Matt Samuel
**Subject:** RE: Lab123

Matt,

Will a 9am CT call work to speak with Mary Rodino?

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

9/12/2007

PL 01635

email: jwarner@eblosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 06, 2007 3:26 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

Thanks Jeremy, we will discuss internally tomorrow morning.

Regards,

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

**From:** Jeremy Warner [mailto:jwarner@eblosafe.com]
**Sent:** Monday, February 05, 2007 9:34 AM
**To:** mcs@barronpartners.com
**Cc:** Henry Warner; Robert Trumpy; David Fleisner; Patricia O'Brien; Jack Maggiore
**Subject:** Lab123

Good morning Matt,

I hope you had a nice weekend. An old friend of ours once said, "To insure success,
draft the press release you intend to issue. Identify, assign and accomplish the
elements necessary to make the release come true." If we were to follow this advice
from our point of view, Lab123's release would read, "Lab123 stock trades actively
at $3 this Christmas."

OK. If that is our goal, how do we get there? We would like to outline what must be
done and who will handle each task. We think we know at least some of the things
we must do, but are unsure what must be done on the public (trading) side. The
following is a first past at an outline of tasks:

1.  Stock registered
2.  Symbol assigned?
3.  Create Market - Market makers?
4.  Exchange listing? How do we get to NASDAQ?
5.  Investor Relations? Leonardo's firm?
6.  D&O Insurance - arranged through BIOSAFE
7.  Product Liability Insurance - arranged through BIOSAFE
8.  Financial reporting, audits - arranged through BIOSAFE (Rob Trumpy)
9.  Employee health insurance - arranged through BIOSAFE

9/12/2007

PL 01636

10.   401k program - arranged through BIOSAFE

11.   Legal - Ofsink

12.   EPS necessary to have a $3 stock?  Is this a guess or a science?  Is there a formula - at EPS of X, you get Y price.  What multiple can Lab123 expect?  Cholestech is a 44 multiple

13.   What is missing?  What don't we understand?  What else can be done - by anyone?

Mary will be in BIOSAFE's offices on Wednesday from 8 -9:30am.  Perhaps we could schedule a call between you and Mary at 9am CT, if that would work for you.

BIOSAFE's management would like to formalize a collective plan for Lab123 so that success is defined for this company and all players know what is expected of them, individually.  BIOSAFE is committed to its part.

Sincerely,

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

9/12/2007

## Catherine Rivera

| | |
|---|---|
| **From:** | Jeremy Warner [jwarner@ebiosafe.com] |
| **Sent:** | Tuesday, February 06, 2007 5:27 PM |
| **To:** | Matt Samuel |
| **Subject:** | RE: Lab123 |

Unfortunately, Mary will be in scheduled meetings from 8am-9am. If you want to make it work, 9am will have to do. Otherwise, please let me know about later this week.

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 06, 2007 4:21 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

Lets make tomorrow work. She is going to be in your office from 8-9:30 CT, we can do 8.

Regards,

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Tuesday, February 06, 2007 5:16 PM
**To:** Matt Samuel
**Subject:** RE: Lab123

It doesn't appear tomorrow morning is going to work. Can you please suggest times for later this week, perhaps Thursday or Friday, that a call can be scheduled?

Thanks so much!

9/12/2007

PL 01638

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

> -----Original Message-----
> **From:** Matt Samuel [mailto:mcs@barronpartners.com]
> **Sent:** Tuesday, February 06, 2007 4:06 PM
> **To:** Jeremy Warner
> **Subject:** RE: Lab123
>
> What about 8 CT?  10 is not an option for us.
>
> Regards,
>
> Matthew C T Samuel
> Analyst
> Barron Partners LP
> 730 Fifth Avenue, 25th Floor
> New York, NY 10019
> tel: 212-359-0205
> fax: 212-359-0222
> mcs@barronpartners.com
> www.barronpartners.com

> **From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
> **Sent:** Tuesday, February 06, 2007 5:03 PM
> **To:** Matt Samuel
> **Subject:** RE: Lab123
>
> Unfortunately, 9am CT is the only time Mary is available for a call tomorrow.

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113

9/12/2007

PL 01639

fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 06, 2007 4:02 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

Can we do 10 CT?

Regards,

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Tuesday, February 06, 2007 5:01 PM
**To:** Matt Samuel
**Subject:** RE: Lab123

Matt,

Will a 9am CT call work to speak with Mary Rodino?

Jeremy

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 06, 2007 3:26 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

Thanks Jeremy, we will discuss internally tomorrow morning.

Regards,

9/12/2007

PL 01640

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Monday, February 05, 2007 9:34 AM
**To:** mcs@barronpartners.com
**Cc:** Henry Warner; Robert Trumpy; David Fleisner; Patricia O'Brien; Jack Maggiore
**Subject:** Lab123

Good morning Matt,

I hope you had a nice weekend. An old friend of ours once said, "To insure success, draft the press release you intend to issue. Identify, assign and accomplish the elements necessary to make the release come true." If we were to follow this advice from our point of view, Lab123's release would read, "Lab123 stock trades actively at $3 this Christmas."

OK. If that is our goal, how do we get there? We would like to outline what must be done and who will handle each task. We think we know at least some of the things we must do, but are unsure what must be done on the public (trading) side. The following is a first past at an outline of tasks:

1. Stock registered
2. Symbol assigned?
3. Create Market - Market makers?
4. Exchange listing? How do we get to NASDAQ?
5. Investor Relations? Leonardo's firm?
6. D&O Insurance - arranged through BIOSAFE
7. Product Liability Insurance - arranged through BIOSAFE
8. Financial reporting, audits - arranged through BIOSAFE (Rob Trumpy)
9. Employee health insurance - arranged through BIOSAFE
10. 401k program - arranged through BIOSAFE
11. Legal - Ofsink
12. EPS necessary to have a $3 stock? Is this a guess or a science? Is there a formula - at EPS of X, you get Y price. What multiple can Lab123 expect? Cholestech is a 44 multiple

13. What is missing? What don't we understand? What else can be done - by anyone?

Mary will be in BIOSAFE's offices on Wednesday from 8 -9:30am. Perhaps we could schedule a call between you and Mary at 9am CT, if that would work for you.

9/12/2007

PL 01641

BIOSAFE's management would like to formalize a collective plan for Lab123 so that success is defined for this company and all players know what is expected of them, individually.  BIOSAFE is committed to its part.

Sincerely,

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

9/12/2007

PL 01642

,Lab123

**Catherine Rivera**

---

**From:** Jeremy Warner [jwarner@ebiosafe.com]
**Sent:** Tuesday, February 06, 2007 5:40 PM
**To:** Matt Samuel
**Subject:** RE: Lab123

No problem. Thanks Matt.

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

> -----Original Message-----
> **From:** Matt Samuel [mailto:mcs@barronpartners.com]
> **Sent:** Tuesday, February 06, 2007 4:37 PM
> **To:** Jeremy Warner
> **Subject:** RE: Lab123
>
> 9am CT tomorrow can be made to fit. If she gets out of her previous meeting early, go ahead and call us. Every minute we can do early helps.
>
> Regards,
>
> Matthew C T Samuel
> Analyst
> Barron Partners LP
> 730 Fifth Avenue, 25th Floor
> New York, NY 10019
> tel: 212-359-0205
> fax: 212-359-0222
> mcs@barronpartners.com
> www.barronpartners.com

---

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Tuesday, February 06, 2007 5:27 PM
**To:** Matt Samuel
**Subject:** RE: Lab123

Unfortunately, Mary will be in scheduled meetings from 8am-9am. If you want to make it work, 9am will have to do. Otherwise, please let me know about later this week.

9/12/2007

PL 01643

Lab123

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 06, 2007 4:21 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

Lets make tomorrow work.  She is going to be in your office from 8-9:30 CT, we can do 8.

Regards,

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

---

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Tuesday, February 06, 2007 5:16 PM
**To:** Matt Samuel
**Subject:** RE: Lab123

It doesn't appear tomorrow morning is going to work.  Can you please suggest times for later this week, perhaps Thursday or Friday, that a call can be scheduled?

Thanks so much!

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com

9/12/2007

PL 01644

phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 06, 2007 4:06 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

What about 8 CT? 10 is not an option for us.

Regards,

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Tuesday, February 06, 2007 5:03 PM
**To:** Matt Samuel
**Subject:** RE: Lab123

Unfortunately, 9am CT is the only time Mary is available for a call tomorrow.

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 06, 2007 4:02 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

Can we do 10 CT?

Regards,

Matthew C T Samuel

9/12/2007

. Lab123

Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

---

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Tuesday, February 06, 2007 5:01 PM
**To:** Matt Samuel
**Subject:** RE: Lab123

Matt,

Will a 9am CT call work to speak with Mary Rodino?


*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

> -----Original Message-----
> **From:** Matt Samuel [mailto:mcs@barronpartners.com]
> **Sent:** Tuesday, February 06, 2007 3:26 PM
> **To:** Jeremy Warner
> **Subject:** RE: Lab123
>
> Thanks Jeremy, we will discuss internally tomorrow morning.
>
> Regards,
>
> Matthew C T Samuel
> Analyst
> Barron Partners LP
> 730 Fifth Avenue, 25th Floor
> New York, NY 10019
> tel: 212-359-0205
> fax: 212-359-0222
> mcs@barronpartners.com
> www.barronpartners.com

---

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Monday, February 05, 2007 9:34 AM
**To:** mcs@barronpartners.com

9/12/2007

PL 01646

**Cc:** Henry Warner; Robert Trumpy; David Fleisner; Patricia O'Brien; Jack Maggiore
**Subject:** Lab123

Good morning Matt,

I hope you had a nice weekend. An old friend of ours once said, "To insure success, draft the press release you intend to issue. Identify, assign and accomplish the elements necessary to make the release come true." If we were to follow this advice from our point of view, Lab123's release would read, "Lab123 stock trades actively at $3 this Christmas."

OK. If that is our goal, how do we get there? We would like to outline what must be done and who will handle each task. We think we know at least some of the things we must do, but are unsure what must be done on the public (trading) side. The following is a first past at an outline of tasks:

1.  Stock registered
2.  Symbol assigned?
3.  Create Market - Market makers?
4.  Exchange listing? How do we get to NASDAQ?
5.  Investor Relations? Leonardo's firm?
6.  D&O Insurance - arranged through BIOSAFE
7.  Product Liability Insurance - arranged through BIOSAFE
8.  Financial reporting, audits - arranged through BIOSAFE (Rob Trumpy)
9.  Employee health insurance - arranged through BIOSAFE
10. 401k program - arranged through BIOSAFE
11. Legal - Ofsink
12. EPS necessary to have a $3 stock? Is this a guess or a science? Is there a formula - at EPS of X, you get Y price. What multiple can Lab123 expect? Cholestech is a 44 multiple

13. What is missing? What don't we understand? What else can be done - by anyone?

Mary will be in BIOSAFE's offices on Wednesday from 8 -9:30am. Perhaps we could schedule a call between you and Mary at 9am CT, if that would work for you.

BIOSAFE's management would like to formalize a collective plan for Lab123 so that success is defined for this company and all players know what is expected of them, individually. BIOSAFE is committed to its part.

Sincerely,

*Jeremy*

9/12/2007

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

9/12/2007

PL 01648

## Catherine Rivera

**From:** Jeremy Warner [jwarner@eblosafe.com]
**Sent:** Tuesday, February 27, 2007 8:23 AM
**To:** mcs@barronpartners.com
**Subject:** Lab123

Good morning Matt,

Have you had a chance to answer questions from my email copied below? We are determined to make Lab123 a
$3 stock by year end, and would like your assistance on these issues.

Thanks so much!

Sincerely,

*Jeremy*

Jeremy J. Warner
Vice President - Operations

BIOSAFE Laboratories, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@eblosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222


**From:** Jeremy Warner [mailto:jwarner@eblosafe.com]
**Sent:** Monday, February 05, 2007 9:34 AM
**To:** mcs@barronpartners.com
**Cc:** Henry Warner; Robert Trumpy; David Fleisner; Patricia O'Brien; Jack Maggiore
**Subject:** Lab123


Good morning Matt,

I hope you had a nice weekend. An old friend of ours once said, "To insure success, draft the press
release you intend to issue. Identify, assign and accomplish the elements necessary to make the release
come true." If we were to follow this advice from our point of view, Lab123's release would read,
"Lab123 stock trades actively at $3 this Christmas."

OK. If that is our goal, how do we get there? We would like to outline what must be done and who will
handle each task. We think we know at least some of the things we must do, but are unsure what must
be done on the public (trading) side. The following is a first past at an outline of tasks:

  1.  Stock registered

9/12/2007

PL 01650

2.   Symbol assigned?
3.   Create Market – Market makers?
4.   Exchange listing? How do we get to NASDAQ?
5.   Investor Relations? Leonardo's firm?
6.   D&O Insurance - arranged through BIOSAFE
7.   Product Liability Insurance - arranged through BIOSAFE
8.   Financial reporting, audits - arranged through BIOSAFE (Rob Trumpy)
9.   Employee health insurance - arranged through BIOSAFE
10.  401k program - arranged through BIOSAFE
11.  Legal - Ofsink
12.  EPS necessary to have a $3 stock? Is this a guess or a science? Is there a formula - at EPS
of X, you get Y price. What multiple can Lab123 expect? Cholestech is a 44 multiple

13.  What is missing? What don't we understand? What else can be done - by anyone?

Mary will be in BIOSAFE's offices on Wednesday from 8 -9:30am. Perhaps we could schedule a call
between you and Mary at 9am CT, if that would work for you.

BIOSAFE's management would like to formalize a collective plan for Lab123 so that success is defined
for this company and all players know what is expected of them, individually. BIOSAFE is committed
to its part.

Sincerely,

9/12/2007

PL 01651

**Catherine Rivera**

| | |
|---|---|
| **From:** | Jeremy Warner [jwarner@ebiosafe.com] |
| **Sent:** | Tuesday, February 27, 2007 5:15 PM |
| **To:** | Matt Samuel |
| **Subject:** | RE: Lab123 |

If you want to hold off until Thursday, Mary will be in the office and we can have her on the call as well. I am sure she would like to hear your thoughts as well. I am available any time this week except 10am-11:30am on Thursday. Let me know what works best.

Thanks Matt!

*Jeremy*

Jeremy J. Warner
Vice President - Operations

BIOSAFE Laboratories, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Tuesday, February 27, 2007 4:07 PM
**To:** Jeremy Warner
**Subject:** RE: Lab123

Yes we have given it a great deal of thought. I will call you tomorrow to talk about it, its an easier phone conversation.

Regards,

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]
**Sent:** Tuesday, February 27, 2007 8:23 AM
**To:** mcs@barronpartners.com
**Subject:** Lab123

9/12/2007

PL 01652

Good morning Matt,

Have you had a chance to answer questions from my email copied below? We are determined to make Lab123 a $3 stock by year end, and would like your assistance on these issues.

Thanks so much!

Sincerely,

*Jeremy*

Jeremy J. Warner
Vice President - Operations

BIOSAFE Laboratories, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@eblosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

**From:** Jeremy Warner [mailto:jwarner@eblosafe.com]
**Sent:** Monday, February 05, 2007 9:34 AM
**To:** mcs@barronpartners.com
**Cc:** Henry Warner; Robert Trumpy; David Fleisner; Patricia O'Brien; Jack Maggiore
**Subject:** Lab123

Good morning Matt,

I hope you had a nice weekend. An old friend of ours once said, "To insure success, draft the press release you intend to issue. Identify, assign and accomplish the elements necessary to make the release come true." If we were to follow this advice from our point of view, Lab123's release would read, "Lab123 stock trades actively at $3 this Christmas."

OK. If that is our goal, how do we get there? We would like to outline what must be done and who will handle each task. We think we know at least some of the things we must do, but are unsure what must be done on the public (trading) side. The following is a first past at an outline of tasks:

1. Stock registered
2. Symbol assigned?
3. Create Market - Market makers?
4. Exchange listing? How do we get to NASDAQ?
5. Investor Relations? Leonardo's firm?
6. D&O Insurance - arranged through BIOSAFE
7. Product Liability Insurance - arranged through BIOSAFE

9/12/2007

PL 01653

8.    Financial reporting, audits - arranged through BIOSAFE (Rob Trumpy)
9.    Employee health insurance - arranged through BIOSAFE
10.   401k program - arranged through BIOSAFE
11.   Legal - Ofsink
12.   EPS necessary to have a $3 stock? Is this a guess or a science? Is there a formula - at EPS of X, you get Y price. What multiple can Lab123 expect? Cholestech is a 44 multiple

13.   What is missing? What don't we understand? What else can be done - by anyone?

Mary will be in BIOSAFE's offices on Wednesday from 8 -9:30am. Perhaps we could schedule a call between you and Mary at 9am CT, if that would work for you.

BIOSAFE's management would like to formalize a collective plan for Lab123 so that success is defined for this company and all players know what is expected of them, individually. BIOSAFE is committed to its part.

Sincerely,

9/12/2007

PL 01654

**Catherine Rivera**

| | |
|---|---|
| **From:** | Jeremy Warner [jwarner@eblosafe.com] |
| **Sent:** | Thursday, March 01, 2007 10:53 AM |
| **To:** | mcs@barronpartners.com |
| **Subject:** | phone issue |

Hi Matt,

We are trying to call you, but the line won't connect. Can you provide an alternate number or call us back?

Thanks!

*Jeremy*

Jeremy J. Warner
Vice President – Operations

BIOSAFE Laboratories, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@eblosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

9/12/2007

PL 01655

**Catherine Rivera**

| | |
|---|---|
| **From:** | Mary Rodino [mrodino@eblosafe.com] |
| **Sent:** | Monday, March 05, 2007 10:47 AM |
| **To:** | Matt Samuel |
| **Cc:** | Jeremy Warner |
| **Subject:** | RE: Conference call on Monday, Feb. 5 |

Matt,
We need Andrew on the call.  Otherwise we can re-schedule for another time later in the day.

Mary

---

**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Monday, March 05, 2007 9:46 AM
**To:** Mary Rodino
**Cc:** Jeremy Warner
**Subject:** RE: Conference call on Monday, Feb. 5

Sounds good, I will be there, and possibly Andrew.

Regards,

Matthew C T Samuel
Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

---

**From:** Mary Rodino [mailto:mrodino@eblosafe.com]
**Sent:** Monday, March 05, 2007 10:35 AM
**To:** mcs@barronpartners.com
**Cc:** Jeremy Warner
**Subject:** FW: Conference call on Monday, Feb. 5

Matt,
I am sorry that I did not include you on the original message.  I did not have your email at the time.  Do you think that we could get this set up for today?  I am assuming that you will want to be a part of the call.  We have some great things happening.

Mary

---

**From:** Mary Rodino
**Sent:** Friday, March 02, 2007 1:25 PM
**To:** 'abw@barronpartners.com'
**Cc:** Jeremy Warner; Mary Rodino
**Subject:** Conference call on Monday, Feb. 5

9/12/2007

PL 01664

Andrew,
How are you?  I am officially on board, and would like to have a brief conference call with you on Monday
afternoon, if possible.  We have some very exciting things happening and I would like to keep you updated.  How
is 1:30 EST/12:30 CST?

Mary Rodino

9/12/2007

PL 01665

# EXHIBIT X

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549



## FAX TRANSMITTAL

PLEASE DELIVER THE FOLLOWING PAGES TO

Name:          Darren Ofsink

Fax Number:    212-688-7273

Total Number of Pages, Including Cover Sheet:

Registrant:    Lab 123, Incorporated

Document:      SB-2/A

Date:          December 1, 2006

FROM:          Suzanne Hayes, Esq., Division of Corporation Finance

Telephone Number:    (202) 551-3675
Facsimile Number:    (202) 772-9217

*If you do not receive all pages, please telephone the above number for assistance.*

**NOTE:  THIS DOCUMENT MAY CONTAIN PRIVILEGED AND NONPUBLIC INFORMATION.  IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE, AND OTHERS WHO SPECIFICALLY HAVE BEEN AUTHORIZED TO RECEIVE IT.  If you are not the intended recipient of this facsimile, or the agent responsible for delivering it to the intended recipient, you hereby are notified that any review, dissemination, distribution, or copying of this communication strictly is prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original to the above address by regular postal service without making a copy.  Thank you for your cooperation.**

PL 00723



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

DIVISION OF
CORPORATION FINANCE

Mail Stop 6010

December 1, 2006

Michael Sosnowik
Chief Executive Officer and Chief Financial Officer
Lab 123, Inc.
233 Narragansett Avenue
Lawrence, NY 11559

> Re: **Lab 123, Inc.**
> **Registration Statement on Form SB-2, Amendment 1**
> **Filed November 22, 2006**
> **File No. 333-137545**

Dear Mr. Sosnowik:

We have reviewed your filing and have the following comments. Where indicated, we think you should revise your document in response to these comments. If you disagree, we will consider your explanation as to why our comment is inapplicable or a revision is unnecessary. Please be as detailed as necessary in your explanation. In some of our comments, we may ask you to provide us with information so we may better understand your disclosure. After reviewing this information, we may raise additional comments.

Please understand that the purpose of our review process is to assist you in your compliance with the applicable disclosure requirements and to enhance the overall disclosure in your filing. We look forward to working with you in these respects. We welcome any questions you may have about our comments or any other aspect of our review. Feel free to call us at the telephone numbers listed at the end of this letter.

<u>General</u>

1. We note your response to comment 8. Your response states that you have reduced the number of shares being registered for resale by Barron Partners, the Investor, Biosafe Laboratories, Inc. and Michael Sosnowik. Please tell us whether you have plans to register the shares that were removed from this registration statement at a later date.

2. Your response to comment 8 also states that the Investor has already held the risk of ownership for more than eight months. Given that the private placement

PL 00724

Michael Sosnowik
Lab 123, Inc.
December 1, 2006
Page 2

occurred in September 2006, it is not clear why you believe the Investor held the risk of ownership for eight months. In fact, the company was incorporated in August 2006 and has not been in existence for eight months. Please explain.

Prospectus Summary

3.  Please revise the first sentence in your summary to delete the statement that you are engaged in the manufacture of clinical diagnostic products. Additional, disclose in the summary that you do not have any experience marketing diagnostic products, have a history of losses and have not generated any revenues.

4.  We note that Biosafe has been developing and marketing new clinical diagnostic products for more than 10 years. Have they been marketing any of the products that you have licensed from them? If so, please disclose how long these products have been commercially available. If the products have not been commercially available before now, please disclose this information.

Risk Factors, page 5

We may incur losses and are likely to require additional financing, page 5

5.  We note your response to comment 20. The risk factor discussion now states that you may not be able to conduct research and development activities in the future without additional financing. However, it is not clear from the discussion of your business and strategy that you intend to conduct research and development activities. If you intend to conduct research and development activities, please revise the "Business" section to describe these plans. If you do not plan to conduct these activities, revise this risk factor to discuss how your operations or your operating plan will change if funding is not available.

Our success depends, in part, on our ability to obtain patents and license patent rights...., page 8

6.  We note your response to comment 23. Please revise the risk factor discussion to discuss the possibility that if another party is successful in bringing a case of patent infringement against you, it may result in you being unable to sell some of your products.

Because we may be subject to the "penny stock" rules, you may have difficulty in selling our common stock, page 20

7.  We note your response to comment 30. As it appears your stock is a penny stock, please revise to state that your stock will be subject to the penny stock rules as

Michael Sosnowik
Lab 123, Inc.
December 1, 2006
Page 3

opposed to stating that it "may be" subject to the penny stock rules. Alternatively,
tell us why you believe it may not be considered a penny stock.

Plan of Distribution, page 14

8. We note your response to comment 38. Please restore the language stating that
the selling shareholders may be deemed to be underwriters.

Description of Business, page 17

Technology Platforms, page 19

9. Please explain the following statement on page 21 "While not as 'scientific' as
other platforms, the test instruction 'placemat' is a critical component of all of our
tests." In what way is your platform not as "scientific" as other platforms?
Explain the term "placemat."

10. Please quantify the discussion of the low level of improperly collected samples
and disclose who conducted the study and testing.

Markets for our products, page 22

11. Disclose how long your products have been for sale in retail chains and on the
internet.

12. You have stated that your diagnostic platforms are sufficiently unique that they
are presently for sale in retail chains and on the internet. It is unclear how being
sufficiently unique relates to being available for sale in retail chains and on the
internet. Please explain.

Financial Statements, pages F-2 thru F-5

13. Please update your financial statements to reflect the interim period ended
September 30, 2006 as required by Rule 3-10(g) of Regulation S-B.

Notes to Financial Statements, F-6

Note 3 – Summary of Significant Accounting Policies, page F-7

Revenue Recognition, page F-7

14. We acknowledge your response to our prior comment two. Please tell us and
disclose if you have a product return policy and what consideration was given to

PL 00726

Michael Sosnowik
Lab 123, Inc.
December 1, 2006
Page 4

that policy in determining that recognizing revenue upon the shipment of products is appropriate when a right of return exist.

15. You state that your operations will be "to license, broker or acquire retail medical diagnostic preouts and services..." Please disclose your revenue recognition policy for the services you intend to provide.

Note 6 – Subsequent Events, page F-10

16. We acknowledge your response to our prior comment three. Your analysis does not sufficiently address the provision of SFAS 133 and EITF 00-19. Based on the disclosed information, including Exhibits 10.3 and 10.4, it appears that several provisions of the agreements may be required to be accounted for as liabilities in accordance with EITF 00-19. These include but are not limited to the requirement to provide registered shares, maintain an effect registration statement covering the underlying shares, and the payment of liquidating damages if the previous provisions are not achieved. As such, we reissue our previous comment. Please provide management's detailed analysis of the transaction supporting your current accounting for the transaction. Please specifically address why management has determined that a liability does not exist regarding the before mentioned provisions. Cite all applicable paragraphs of SFAS 133 and EITF 00-19 and other accounting literature management considered. Additionally, disclose the impact this issuance will have on the financial statements. In your response, ensure that management's assessment addresses the registration rights agreement, the variable conversion price, and other provisions as applicable. Lastly, please tell us how the registration rights agreement and the cashless exercise provision will effect the accounting treatment of the warrants.

Item 26. Recent Sales of Unregistered Securities

17. Please describe the services and quantify the value of the services performed by Leonardo and Kathleen Zangani in exchange for the shares issued on September 6, 2006.

\*     \*     \*

As appropriate, please amend your registration statement in response to these comments. You may wish to provide us with marked copies of the amendment to expedite our review. Please furnish a cover letter with your amendment that keys your responses to our comments and provides any requested information. Detailed cover letters greatly facilitate our review. Please understand that we may have additional comments after reviewing your amendment and responses to our comments.

PL 00727

Michael Sosnowik
Lab 123, Inc.
December 1, 2006
Page 5

We direct your attention to Rules 460 and 461 regarding requesting acceleration of a registration statement. Please allow adequate time after the filing of any amendment for further review before submitting a request for acceleration. Please provide this request at least two business days in advance of the requested effective date.

You may contact Christine Allen at (202) 551-3652 or Kevin Woody at (202) 551-3629 if you have questions regarding comments on the financial statements and related matters. Please contact Suzanne Hayes at (202) 551-3675 or me at (202) 551-3715 with any other questions.

Sincerely,

Jeffrey Riedler
Assistant Director

cc:     Darren Ofsink
        Guzov Ofsink
        600 Madison Avenue
        New York, NY 10022
        Fax: 212-688-7273

PL 00728