# EXHIBIT II

**Catherine Rivera**

From: Henry Warner [hwarner@ebiosafe.com]
Sent: Wednesday, March 28, 2007 8:46 AM
To: Andrew B. Worden; Matt Samuel
Cc: Jack Magglore; hkatz28@aol.com; Kent Connally; Michael Carney; Robert Trumpy; Jay Weil; Jeremy Warner
Subject: Lab123 Follow-up

Andrew and Matt:

During our brief telephone call yesterday afternoon, Andrew claimed that the Kellogg account had been committed to Lab123 as part of the negotiations between BIOSAFE Labs and Barron in creating Lab123. Unfortunately, Rob's mother is dying from cancer and he is out this week spending time with her. As soon as he returns, I will ask Rob to investigate this claim.

Clearly, Kellogg is not covered by the license agreement between BIOSAFE and Lab123. I will not recount the reasons again here. However, if Kellogg was committed to Lab123 back when forecasts were being created in the fall of 2006, BIOSAFE will honor that commitment. Personally, I would like to see Kellogg as a Lab123 account as I believe it will enhance the overall value of the company significantly.

BIOSAFE Labs remains committed to the success of Lab123 and will be providing full time, senior level, experienced staff on a temporary basis until a new President can be identified, approved by all appropriate parties and hired. This will ensure the successful operation of all existing accounts including Revolution health, Drugstore.com, and possibly Kellogg.

Finally, Andrew terminated our call yesterday by hanging up on me. This is the second time this has happened in recent months. There will not be an opportunity for a third such occurrence.

*Hank Warner*

Henry A. Warner
Chief Executive Officer
BIOSAFE Medical Technologies, Inc.
847-234-8111

9/18/2007

**Catherine Rivera**

---

**From:** Andrew B. Worden [abw@barronpartners.com]
**Sent:** Wednesday, March 28, 2007 9:20 AM
**To:** 'Henry Warner'
**Cc:** 'Jack Magglore'; hkatz28@aol.com; 'Kent Connally'; 'Michael Carney'; 'Robert Trumpy'; 'Jay Well'; 'Jeremy Warner'; 'Heuberger, John H.'; 'Matt Samuel'
**Subject:** RE: Lab123 Follow-up

Hank,

If you treat us professionally we will treat you professionally. To threaten us saying you want us to waive our ratchet provision (which occurs because you missed your numbers, which we still can't understand how you missed considering when we did the deal you told us the earnings were already there, it was simply a matter of running them through the new Lab 123 Company, so how could you possibly have missed them? hmmmmmm) OR ELSE you will not put in the Kellogg's business, which you promised to us before put in, is not professional.

I should not hang up on anyone, and don't like to behave like that, but I can count on one hand in my lifetime when I have been threatened so unprofessionally, and this made me so incensed that I lost it. Perhaps you need to consider why two CEOs have quit so quickly? If you are pointing a finger at someone else, how many are pointing back at you? Three.... think about it. Maybe Hank's perception of roality is a little off from the one we see?

If you want to do business with us, you must live up to your word. If you live up to your word I won't hang up on you, fair enough?

If you live up to your word and do what you say we will be your best ally and friend. Please take the time to read what the CEOs and CFOs of other companies we have invested in say about us by reading the testimonials on our web site. Our reputation is impeccable. Please don't shoot yourself in the foot.

If you can't live up to your word then give us our $2,000,000 back and we'll gladly part ways.

Andrew Barron Worden
Managing Partner
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York NY 10019
tel 212-359-0201
Fax 212-359-0222
cell 917-854-0036
abw@barronpartners.com

Please review our web site at: www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

---

**From:** Henry Warner [mailto:hwarner@ebiosafe.com]
**Sent:** Wednesday, March 28, 2007 8:46 AM
**To:** Andrew B. Worden; Matt Samuel
**Cc:** Jack Magglore; hkatz28@aol.com; Kent Connally; Michael Carney; Robert Trumpy; Jay Well; Jeremy Warner
**Subject:** Lab123 Follow-up

Andrew and Matt:

During our brief telephone call yesterday afternoon, Andrew claimed that the Kellogg account had been committed to Lab123 as part of the negotiations between BIOSAFE Labs and Barron in creating Lab123.

9/18/2007

Unfortunately, Rob's mother is dying from cancer and he is out this week spending time with her. As soon as he returns, I will ask Rob to investigate this claim.

Clearly, Kellogg is not covered by the license agreement between BIOSAFE and Lab123. I will not recount the reasons again here. However, if Kellogg was committed to Lab123 back when forecasts were being created in the fall of 2006, BIOSAFE will honor that commitment. Personally, I would like to see Kellogg as a Lab123 account as I believe it will enhance the overall value of the company significantly.

BIOSAFE Labs remains committed to the success of Lab123 and will be providing full time, senior level, experienced staff on a temporary basis until a new President can be identified, approved by all appropriate parties and hired. This will ensure the successful operation of all existing accounts including Revolution health, Drugstore.com, and possibly Kellogg.

Finally, Andrew terminated our call yesterday by hanging up on me. This is the second time this has happened in recent months. There will not be an opportunity for a third such occurrence.

*Hank Warner*

Henry A. Warner
Chief Executive Officer
BIOSAFE Medical Technologies, Inc.
847-234-8111

9/18/2007