# EXHIBIT V

## Catherine Rivera

**From:** Michael Sosnowik [msosnowik@ebiosafe.com]
**Sent:** Thursday, January 04, 2007 3:58 PM
**To:** Matt Samuel
**Subject:** RE: Website Content

let me know when you get the approval, and if you need me to push from the other side to make it happen.

Jeremy,

I have attached the outline of website content for LabTest123.com. Please let me know if this is acceptable for publishing. We used the exact wording from ebiosafe.com for the description of products, so I don't foresee any objections.

Thanks for your help.

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

9/12/2007

PL 01207

**Catherine Rivera**

From:    Michael Sosnowik [msosnowik@ebiosafe.com]
Sent:    Wednesday, January 03, 2007 9:20 PM
To:      Matt Samuel
Subject: RE:

yes its a go


I made the homepage change to the website document. I will work with Garlos to get the Anemia fact sheet up on the site.

Want me to go ahead and forward the content to Biosafe guys from approval?

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

---

**From:** Michael Sosnowik [mailto:msosnowik@ebiosafe.com]
**Sent:** Wednesday, January 03, 2007 5:42 PM
**To:** Matt Samuel
**Subject:** RE:

Matt for the homepage i suggest the following

Lab123 Inc functions as a Manufacturer, marketer and distributor of at home diagnostic blood test products. The products can be used by individuals as an aid in monitoring their health as it relates to specific testing areas. The results as well can be used by their phsicians for diagnostic purposes. (then pu the Under the license et al

the bio was fine-- and I would not change a word of the biosafe info if we want to get this project done quickly.

the only other think I would suggest is *I am coming up with specific test driven fact sheets. I have attached the one that is done so far . we should have the ability to link each fact sheet to its respective test. the anemia fact sheet has been approved by regulatory so it is ready to go.*



Mike,

I have attached a word document outlining the content of the Lab123.com website. It is a little hard to visualize right now, but our website guy is able to decipher my notes. Please read through the material and recommend any changes you think may be useful. Also, could you please elaborate on the homepage description? I want to represent exactly how you view the

9/12/2007

PL 01208

company and sync with how you present Lab123 in the marketplace.

I clipped your bio section from the SB-2, and elaborated a little. Let me know if it is to your satisfaction.

After your comments, we can get the Biosafe guys approval and then get it up and running!

Thanks for your help.

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

9/12/2007

## Catherine Rivera

**From:** Michael Sosnowik [msosnowik@ebiosafe.com]
**Sent:** Friday, December 29, 2006 12:10 PM
**To:** Matt Samuel
**Subject:** RE: Lab123 Website Bio's

Matt, let me handle Hank on this-- I have run into the "regulatory" issue a number of times already--- when we have something we are ready to go with I will walk it through the sytem there and we will not have a problem

mike


Hank,

I will gladly send Jeremy over a copy of the planned website for his approval. For now, we had planned a very basic consisting of only a brief description of Lab123, contact information, and an investor relations portal to SEC filings.

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

---

**From:** Henry Warner [mailto:hwarner@ebiosafe.com]
**Sent:** Friday, December 29, 2006 7:46 AM
**To:** Matt Samuel; Mike Sosnowik; F.Fitzsimmons@ViviCells.com; realitytitle@comcast.net
**Cc:** Jeremy Warner; Jack Maggiore
**Subject:** RE: Lab123 Website Bio's

Matt:

The attached is the first we have heard that you are working with Mike to create a website for Lab123.

Just a reminder, BIOSAFE regulatory group will need to review and approve any reference made to BIOSAFE FDA approved products or images used of FDA approved products prior to publication. Approvals will be provided in writing and can be coordinated through Lab123's BIOSAFE contact, Jeremy Warner.

*Hank*

Henry A. Warner
Chief Executive Officer
BIOSAFE Medical Technologies, Inc.
847-234-8111


9/12/2007

PL 01212

**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Thursday, December 28, 2006 2:15 PM
**To:** 'Mike Sosnowik'; Henry Warner; F.Fitzsimmons@ViviCells.com; realitytitle@comcast.net
**Subject:** Lab123 Website Bio's

Gentlemen,

We would greatly appreciate it if each of you could write a brief biography for the Lab123 website going up this week. For an examples of a popular format for the bio, please refer to the management section of precaeroinc.com. Please return your bios to me as soon as is convenient. Thank you very much for your help.

Mike or Hank, could one of you please forward this to Kurt Katz? I do not have his email.

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor
New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

9/12/2007

PL 01213

## Catherine Rivera

| | |
|---|---|
| **From:** | Jeremy Warner [jwarner@ebiosafe.com] |
| **Sent:** | Thursday, January 04, 2007 4:15 PM |
| **To:** | Matt Samuel |
| **Subject:** | RE: Website Content |
| **Attachments:** | Kent Connally resume.doc |

Matt,

Attached is Kent Connally's resume.  I do not have one for Kurt at this time.

Hope this helps.

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

> -----Original Message-----
> **From:** Matt Samuel [mailto:mcs@barronpartners.com]
> **Sent:** Thursday, January 04, 2007 9:50 AM
> **To:** Jeremy Warner
> **Subject:** RE: Website Content
>
> Changes made.  If you do happen to have the board bio's on hand, please send them over.  If not, I will just call them myself.
>
> Thanks again for your help.
>
> Regards,
>
> Matthew C T Samuel
> Junior Analyst
> Barron Partners LP
> 730 Fifth Avenue, 25th Floor
> New York, NY 10019
> tel: 212-359-0205
> fax: 212-359-0222
> mcs@barronpartners.com
> www.barronpartners.com

**From:** Jeremy Warner [mailto:jwarner@ebiosafe.com]

9/12/2007

PL 01603

**Sent:** Thursday, January 04, 2007 10:41 AM
**To:** Matt Samuel
**Subject:** RE: Website Content

Matt,

This looks fine.  Just a few revisions/suggestions:

- Lab123 is not a manufacturer as stated on the homepage.
- Hank is the Chairman of the Board for Lab123
- You might want to mention the markets served on the homepage (i.e. diabetes, men's health, women's health, etc.)

Do you need me to send the missing bio's?

Sincerely,

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

> -----Original Message-----
> **From:** Matt Samuel [mailto:mcs@barronpartners.com]
> **Sent:** Wednesday, January 03, 2007 5:25 PM
> **To:** Jeremy Warner
> **Cc:** Henry Warner; 'Mike Sosnowik'
> **Subject:** Website Content
>
> Jeremy,
>
> I have attached the outline of website content for LabTest123.com.  Please let me know if this is acceptable for publishing.  We used the exact wording from ebiosafe.com for the description of products, so I don't foresee any objections.
>
> Thanks for your help.
>
> Regards,
>
> Matthew C T Samuel
> Junior Analyst
> Barron Partners LP
> 730 Fifth Avenue, 25th Floor
> New York, NY 10019
> tel: 212-359-0205
> fax: 212-359-0222
> mcs@barronpartners.com
> www.barronpartners.com

9/12/2007

PL 01604

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

9/12/2007

## Kent B. Connally, Esq.
1624 South Syracuse Street
Denver, Colorado 80231
Ph. 303-751-6059
Fax! 294-0327
realtytitle@comcast.net

---

ADMITTED TO PRACTICE:   Oklahoma, 1975; Arizona, 1976; Colorado, 1976

EDUCATION:   *Juris Doctor*, 1975
University of Oklahoma College of Law
Norman, Oklahoma

Bachelor of Arts, Political Science/Pre-Law, 1968
University of Oklahoma
Norman, Oklahoma

LAW SCHOOL HONORS
& ACTIVITIES:   Founding Editor, American Indian Law Review, 1973-1975;
Director, Law Students' Civil Rights Research Council, 1974-1975;
President, American Indian Law Students' Association, OU
Chapter, 1974-1975; Dean's Fund Scholarship, 1973-1975; Dean's
List 1973-1975

EMPLOYMENT:   Sole practitioner in real estate
Denver, Colorado
1998 to present.
Practice limited to real estate. Focus on small commercial and
residential development and title insurance. Licensed title
insurance agent.

President, bioLOGIC Products, Inc.
Denver, Colorado
1995 to 1998.
Startup medical products distribution firm distributing line of
blood screening test kits and physician services for health and
insurance industry. Regional distributor for BioSafe Medical
Products, Lake Forrest, Ill.

Sole practitioner in environmental law
Denver, Colorado
1986 to 1990
Practice limited to environmental law, including plaintiff toxic tort
litigation, cleanup at CERCLA sites, citizen suit litigation,
underground storage tank regulation and RCRA record keeping
and reporting requirements for small quantity generators.

PL 01606

---

**Kent B. Connally, p.2**

---

Staff attorney, US Environmental Protection Agency, Region VIII
Denver, Colorado
1979 to1984
Conducted civil enforcement of environmental statutes and
regulations dealing with water, hazardous waste, pesticides and
toxic materials. Responsibilities included case development and
litigation in administrative hearings and litigation support in Federal
court. Duties included enforcement casework and house counsel
to technical staff. Authored and implemented EPA's first national
policy for environmental programs on Indian lands. Served as
EPA's nationwide lead attorney for Indian issues.

Staff and Supervising Attorney, Legal Aid Society of Metro Denver
Denver, Colorado
1976 to 1978
General civil practice with emphasis on consumer and poverty
law. Legal counsel to Denver Indian Center. Directed legal aid
program at Indian Center. Responsibilities included litigation on all
levels of State court, including oral argument before the Colorado
Supreme Court, *Guzman v. McDonald*, 570 P.2d 532 (1977) and
Federal Court, *Atlantis Community, et al. v.Adams*, 453 F. Supp.
825 (D. Colo. 1978). Became Supervising Attorney of Housing Law
Reform Unit in 1978.

Staff attorney, D.N.A. - People's Legal Services
Navajo Nation, Chinle, Arizona
1975 to 1976
General civil practice in legal aid office on Navajo
Nation specializing in consumer and poverty law.
Litigation responsibilities in Tribal, State and Federal courts.

Law clerk, Native American Rights Fund
Boulder, Colorado
1975
Provided research support to attorneys nationwide involved
in Indian issue litigation.

Soviet naval Intelligence analyst / Russian linguist, U.S. Naval
Security Group
July 1968 to April 1972
Responsible for gathering, analyzing and reporting of
communications intelligence from Soviet naval forces.
Cleared TOP SECRET/CODEWORD/CRYPTO. Supervisory
responsibility over linguists and technicians. Fluent in Russian.

PL 01607

## Catherine Rivera

| | |
|---|---|
| **From:** | Jeremy Warner [jwarner@ebiosafe.com] |
| **Sent:** | Thursday, January 04, 2007 10:41 AM |
| **To:** | Matt Samuel |
| **Subject:** | RE: Website Content |

Matt,

This looks fine.  Just a few revisions/suggestions:

- Lab123 is not a manufacturer as stated on the homepage.
- Hank is the Chairman of the Board for Lab123
- You might want to mention the markets served on the homepage (i.e. diabetes, men's health, women's health, etc.)

Do you need me to send the missing bio's?

Sincerely,

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

-----Original Message-----
**From:** Matt Samuel [mailto:mcs@barronpartners.com]
**Sent:** Wednesday, January 03, 2007 5:25 PM
**To:** Jeremy Warner
**Cc:** Henry Warner; 'Mike Sosnowik'
**Subject:** Website Content

Jeremy,

I have attached the outline of website content for LabTest123.com.  Please let me know if this is acceptable for publishing.  We used the exact wording from ebiosafe.com for the description of products, so I don't foresee any objections.

Thanks for your help.

Regards,

Matthew C T Samuel
Junior Analyst
Barron Partners LP
730 Fifth Avenue, 25th Floor

9/12/2007

PL 01608



New York, NY 10019
tel: 212-359-0205
fax: 212-359-0222
mcs@barronpartners.com
www.barronpartners.com

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

9/12/2007

PL 01609

## Catherine Rivera

| | |
|---|---|
| **From:** | Jeremy Warner [jwarner@ebiosafe.com] |
| **Sent:** | Monday, January 15, 2007 11:39 AM |
| **To:** | mcs@barronpartners.com |
| **Subject:** | Images |
| **Attachments:** | Corporate Offices.doc; BIOSAFE Retail Tests.jpg |

Matt,

Attached are product images (round 1) and a word document where you can cut and paste the image of the corporate offices (I am not able to find the original jpeg).

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

<<Corporate Offices.doc>> <<BIOSAFE Retail Tests.jpg>>

9/12/2007

PL 01610



PL 01611



## Catherine Rivera

| | |
|---|---|
| **From:** | Jeremy Warner [jwarner@ebiosafe.com] |
| **Sent:** | Monday, January 15, 2007 11:40 AM |
| **To:** | mcs@barronpartners.com |
| **Subject:** | Images 2 (5-packs) |

**Attachments:** Anemia Meter 5 pack .JPG; Cholesterol 5 pack .JPG; Diabetes 5 pack .JPG; Prostate 5 pack .JPG; Thyroid 5 pack .JPG

More images attached...

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

<<Anemia Meter 5 pack .JPG>> <<Cholesterol 5 pack .JPG>> <<Diabetes 5 pack .JPG>> <<Prostate 5 pack .JPG>> <<Thyroid 5 pack .JPG>>

9/12/2007

PL 01613





PL 01615



PL 01616



PL 01617

## Catherine Rivera

| | |
|---|---|
| **From:** | Jeremy Warner [jwarner@ebiosafe.com] |
| **Sent:** | Monday, January 15, 2007 11:45 AM |
| **To:** | mcs@barronpartners.com |
| **Subject:** | Images 4 (Diabetes) |
| **Attachments:** | Diabetes.tiff |

More images attached...

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

<<Diabetes.tiff>>

9/12/2007

PL 01618



PL 01619

**Catherine Rivera**

| From: | Jeremy Warner [jwarner@eblosafe.com] |
| Sent: | Monday, January 15, 2007 11:48 AM |
| To: | mcs@barronpartners.com |
| Subject: | Images 5 (Prostate & Anemia) |
| Attachments: | Prostate.tiff; Anemia Meter Box .jpg |

More images attached...

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@eblosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

<<Prostate.tiff>> <<Anemia Meter Box .jpg>>

9/12/2007

PL 01620





PL 01622

## Catherine Rivera

| | |
|---|---|
| **From:** | Jeremy Warner [jwarner@ebiosafe.com] |
| **Sent:** | Monday, January 15, 2007 11:55 AM |
| **To:** | mcs@barronpartners.com |
| **Subject:** | Images (Thyroid and Lab) |
| **Attachments:** | Thyroid.tiff; BIOSAFE Labs Image.doc |

More images attached...

*Jeremy*

Jeremy J. Warner
Director of Business Development

BIOSAFE Medical Technologies, Inc.
100 Field Drive Suite 240
Lake Forest, IL 60045

email: jwarner@ebiosafe.com
phone: 847.234.8111 Ext. 113
fax: 847.234.8222

<<Thyroid.tiff>> <<BIOSAFE Labs Image.doc>>

9/12/2007

PL 01623



PL 01624

