# EXHIBIT GG



NEW YORK STATE DEPARTMENT OF HEALTH
WADSWORTH CENTER
CLINICAL LABORATORY EVALUATION PROGRAM
EMPIRE STATE PLAZA, P.O. BOX 509
ALBANY, NEW YORK 12201-0509

### APPLICATION FOR INITIAL PERMIT

| FOR OFFICE USE ONLY |
|---|
| Recd. |
| Fee No. |
| PFI: L_L_L_L Code No. L_L_L_L_L_L |
| CLIA No. L_L_L_L_L_L_L_L_L |

Laboratory Contact Person to Arrange On-Site Inspection: **Douglas Dalbke**

Telephone Number: **773-693-0400**        Projected Opening Date:

## 1. GENERAL LABORATORY INFORMATION

**NAME OF LABORATORY:** (Please limit number of characters to 70)
Biosafe Laboratories, Inc.

**FEDERAL EMPLOYER ID NO.**
36-4121440

**ADDRESS (NUMBER AND STREET)**
2800 W. Carharie Ave.

**COUNTY**
Cook

**CITY, TOWN OR VILLAGE**
Chicago

**STATE**
IL

**ZIP CODE**
60656

**THIS LABORATORY**
[ ] IS  [✓] IS NOT A
SMALL BUSINESS

**LABORATORY TELEPHONE NUMBER**
(773) 693-0400

**FAX NUMBER**
(773) 693-0410

**Email Address**
dougdalbke@biosafemt.com

**DAYS AND HOURS WHEN TESTS ARE PERFORMED**
M 0830 to 1700      F 0830 to 1700
Tu 0830 to 1700     Sa ___ to ___
W 0830 to 1700      Su ___ to ___
Th 0830 to 1700

## 2. OWNERSHIP INFORMATION

A. Type of ownership: 1 [ ] Individual  2 [ ] Partnership  3 [✓] Corporation or  [ ] Not-For-Profit Corporation
4 [ ] Government

B. Name of owner(s) or corporation: Biosafe Medical Technologies, Inc.

C. Owner/corporation address of principal office: Lincolnshire, IL 60069
800 Knightsbridge Pkwy, Suite 220

D. List all individuals having direct or indirect ownership or a controlling interest on the enclosed Ownership and Controlling Interest Disclosure Statement form (DOH-3489).

## 3. FACILITY TYPE

For any facility type indicated with an asterisk, provide a copy of your NYS License or Operating Certificate, if your facility is located in New York State.

[ ] Ambulatory Surgery Center*
[ ] Community Clinic*
[ ] Comprehensive Outpatient Rehabilitation Facility*
[ ] Ancillary Testing Site in Health Care Facility*
[ ] End State Renal Disease Dialysis Facility*
[ ] Health Maintenance Organization*
[ ] Home Health Agency*

[ ] Hospice*
[ ] Hospital*
[✓] Independent
[ ] Industrial
[ ] Insurance
[ ] Intermediate Care Facility for the Mentally Retarded*
[ ] Mobile Unit
[ ] Pharmacy
[ ] School/Student Health Service

[ ] Skilled Nursing Facility or Nursing Facility*
[ ] Tissue Bank/Repositories*
[ ] Other (Please Describe)

DOH-3484 (3/98)        1

**4. OTHER APPROVALS**

CLIA NO. 33A3692821    [✓] Approved    [ ] Pending    [ ] Requested (New York State Laboratories Only)

To be completed by laboratories located in New York State ONLY.
MEDICAID NO. _____    [ ] Approved    [ ] Pending    [ ] Not Requested

**5. OTHER INFORMATION**

| | YES | NO |
|---|---|---|
| Is the laboratory operating Patient Service Centers (Collecting Stations) or Limited Testing Sites? | | ✓ |
| If yes, you must complete a separate application for each. Applications can be obtained by contacting our office (see Instructions). | | |
| Is the laboratory operating a mobile courier service? | | ✓ |
| Is laboratory operated under a management contract? | | ✓ |
| If yes, give name of management company and attach a copy of the contract. | | |

**6. LABORATORY FACILITIES**

| | | |
|---|---|---|
| A. Description of the laboratory facility<br>Please provide a drawing of laboratory quarters or a blueprint, if available, and answer the following questions:<br>1. Is all laboratory space contiguous?<br>   If no, please indicate other location(s). | ✓ | |
| 2. What is the total approximate square footage of the laboratory work space?<br>   Square Feet ___3605___ | | |
| 3. Is the laboratory located within space occupied by any other health service provider?   If yes, please explain. | | ✓ |

B. Laboratory equipment

List and briefly describe the equipment, which is or will be located in the laboratory (e.g., microscopes, incubators, water baths, sterilizers, centrifuges, photometers). Use additional sheets if necessary.

Beckman Coulter CX 7 Chemistry Analyzer
DPC Vmax Kinetic Microplate Reader
DPC Micromix 5 microplate mixer
DPC Microwash 5 microplate washer
DPC Microlite 3, microplate pipetting station
Bio Tech Inst. EL404 Microplate Washer
Hybritech Variable Plate Rotator
Lab Line Inst. Titer Plate Shaker
Beckman TJ-6 Centrifuge
Precision Incubator
Denver Inst. Analytical Balance
Ohaus Harvard Trip Balance

PFI:

**7. Technical Personnel**

List on the enclosed "Personnel Consolidation Sheet (DOH-709) the technical personnel working in the laboratory. You may attach employee personnel rosters or listings provided they are set up in the same format.

**8. Laboratory Directorship**

**A. Laboratory Director:**

| Title: 1[✓] Dr.   2[ ] Mr.   3[ ] Ms.   4[ ] Miss   5[ ] Mrs. | CQ Code: | Or applied for CQ?   Yes [✓]   No [ ] | Social Security Number:   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 |
|---|---|---|---|

| First Name: Milan | | Middle Initial: |
|---|---|---|

| Last Name: Babich | |
|---|---|

| Home Address - Number and Street: 15004 Pleasant Valley Road | | |
|---|---|---|

| City, Town or Village: Woodstock | State: IL | Zip Code: 60098 |
|---|---|---|

Hours:
M ____ to ____      W 1000 to 1400      F ____ to ____      Su ____ to ____
Tu ____ to ____     Th ____ to ____      Sa ____ to ____

Director Status:  1[ ] Full-time      Degree(s) Held: 1[✓] M.D.      2[ ] D.O.      3[ ] D.D.S.      7[ ] So.D.
                  2[✓] Part-time                     4[ ] D.V.M.     5[ ] Ph.D.     6[ ] D.SC.

**B. Other Employment of Director**
List all other employers of the director, including private practice, service to other laboratories, and non-health related facilities. Provide days of the week and hours per day served, and give title or brief description of duties.

| Name and Address of Institution/Employer | Hours: From - To | Title/Duties |
|---|---|---|
| Sherman Hospital<br>934 Center St.<br>Elgin, IL 60120 | M 8-5   Tu 8-5   W ____<br>Th ____   F 8-5<br>Sa ____   Su ____ | Pathologist, AP, CP |
| | M ____   Tu ____   W ____<br>Th ____   F ____<br>Sa ____   Su ____ | |
| | M ____   Tu ____   W ____<br>Th ____   F ____<br>Sa ____   Su ____ | |

PF:

**C. Assistant Director:**
Excluding the director, list below those personnel serving the laboratory as assistant directors who hold Certificate(s) of Qualification and who assume personal responsibility for tests performed. All assistant director(s) must read the certification and sign and date this application on page 8. Attach additional sheets if necessary. Personal responsibility for categories must be indicated on page 8.

| Assistant Director | | | |
|---|---|---|---|
| Title: 1[ ] Dr. 2[ ] Mr. 3[ ] Ms. 4[ ] Miss 5[ ] Mrs. | CQ Code: | Or applied? Yes [ ] No [ ] | Social Security Number: |
| First Name: | | | |
| Last Name: | | | Middle Initial: |
| Home Address - Number and Street: | | | |
| City, Town or Village: | | State: | Zip Code: |
| Hours: M ___ to ___ Tu ___ to ___ | W ___ to ___ Th ___ to ___ | F ___ to ___ Sa ___ to ___ | Su ___ to ___ |
| Assistant Director Status: 1[ ] Full-time   Degree(s) Held: 1[ ] M.D.   2[ ] D.O.   3[ ] D.D.S.   7[ ] Sc.D. 2[ ] Part-time   4[ ] D.V.M.   5[ ] Ph.D.   6[ ] D.SC. | | | |

| Assistant Director | | | |
|---|---|---|---|
| Title: 1[ ] Dr. 2[ ] Mr. 3[ ] Ms. 4[ ] Miss 5[ ] Mrs. | CQ Code: | Or applied? Yes [ ] No [ ] | Social Security Number: |
| First Name: | | | |
| Last Name: | | | Middle Initial: |
| Home Address - Number and Street: | | | |
| City, Town or Village: | | State: | Zip Code: |
| Hours: M ___ to ___ Tu ___ to ___ | W ___ to ___ Th ___ to ___ | F ___ to ___ Sa ___ to ___ | Su ___ to ___ |
| Assistant Director Status: 1[ ] Full-time   Degree(s) Held: 1[ ] M.D.   2[ ] D.O.   3[ ] D.D.S.   7[ ] Sc.D. 2[ ] Part-time   4[ ] D.V.M.   5[ ] Ph.D.   6[ ] D.SC. | | | |

| Assistant Director | | | |
|---|---|---|---|
| Title: 1[ ] Dr. 2[ ] Mr. 3[ ] Ms. 4[ ] Miss 5[ ] Mrs. | CQ Code: | Or applied? Yes [ ] No [ ] | Social Security Number: |
| First Name: | | | |
| Last Name: | | | Middle Initial: |
| Home Address - Number and Street: | | | |
| City, Town or Village: | | State: | Zip Code: |
| Hours: M ___ to ___ Tu ___ to ___ | W ___ to ___ Th ___ to ___ | F ___ to ___ Sa ___ to ___ | Su ___ to ___ |
| Assistant Director Status: 1[ ] Full-time   Degree(s) Held: 1[ ] M.D.   2[ ] D.O.   3[ ] D.D.S.   7[ ] Sc.D. 2[ ] Part-time   4[ ] D.V.M.   5[ ] Ph.D.   6[ ] D.SC. | | | |

**D. CATEGORIES OR SUBCATEGORIES FOR WHICH YOU SEEK A LABORATORY PERMIT**
Indicate CQ Code for all individuals (director/assistant director) responsible for each category requested. Attach additional sheets if necessary. Refer to descriptions of categories enclosed.

|  | CQ CODE OF RESPONSIBLE DIR/ASST.DIR |  | CQ CODE OF RESPONSIBLE DIR/ASST.DIR |
|---|---|---|---|
| **\* Bacteriology** |  | **Histopathology** |  |
| [ ] General | .................. | [ ] Oral Pathology | .................. |
| [ ] Gram Stains | .................. | [ ] Dermatopathology | .................. |
| [ ] Limited Gonorrhea and Chlamydia | .................. | [ ] General | .................. |
| [ ] Limited Throat Culture | .................. | **\* Human Immunodeficiency Virus** |  |
| [ ] Limited Urine Screening | .................. | [ ] Limited A | .................. |
| [ ] Limited Urine Culture | .................. | [ ] Comprehensive A | .................. |
| [ ] Antigen Detection | .................. | [ ] Limited B | .................. |
| [ ] Antigen Detection-Group A *Streptococcus* | .................. | [ ] Comprehensive B | .................. |
|  |  | [ ] \* Immunohematology | .................. |
| [ ] Blood pH and Gases | .................. |  |  |
|  |  | **Mycobacteriology** |  |
| **\* Blood Services** |  | [ ] Smears Only | .................. |
| [ ] Collection | .................. | [ ] Restricted | .................. |
| [ ] Collection-Autogenic Only | .................. | [ ] Limited | .................. |
| [ ] Transfusion | .................. | [ ] Limited-S | .................. |
| [ ] Transfusion Storage Only | .................. | [ ] General | .................. |
| [ ] Plasma Fractionation | .................. | [ ] General-S | .................. |
|  |  |  |  |
| **\* Cellular Immunology** |  | **Mycology** |  |
| [ ] Limited I | .................. | [ ] Limited - Yeast Only | .................. |
| [ ] Limited IIA | .................. | [ ] General | .................. |
| [ ] Limited IIB | .................. |  |  |
| [ ] Limited III | .................. | **\* Oncofetal Antigens** |  |
| [ ] Limited IVA | .................. | [ ] Fetal Defect Markers | .................. |
| [ ] Limited IVB | .................. | [ ] Fetal Defect Markers-Amniotic Fluid Only | .................. |
|  |  | [ ] Fetal Defect Markers-Sera |  |
| [✓] Clinical Chemistry |  | and Amniotic Fluid | .................. |
| [ ] Limited | .................. |  |  |
|  |  | **\* Oncology** |  |
| **\* Cytogenetics** |  | [✓] Sera and Soluble Tumor Markers | .................. |
| [ ] Prenatal Cytogenetics | .................. | [ ] Molecular Detection | .................. |
| [ ] Limited Cytogenetics | .................. |  |  |
| [ ] Cancer Cytogenetics | .................. | [ ] \* Parasitology | .................. |
|  |  |  |  |
| [ ] \* Cytopathology | .................. | **\* Paternity/Identity Testing** |  |
|  |  | [ ] General | .................. |
| **\* Diagnostic Immunology** |  | [ ] Limited HLA Testing | .................. |
| [✓] Diagnostic Services Serology | .................. | [ ] Limited Blood Genetic Marker Testing | .................. |
| [ ] Donor Services Serology | .................. | [ ] Limited DNA Testing | .................. |
|  |  |  |  |
|  |  | [ ] Ther. Sub. Mon./Quant. Toxicology | .................. |
| [ ] Endocrinology | .................. |  |  |
|  |  | **\* Toxicology** |  |
| [ ] Forensic/Identity Testing | .................. | [ ] Forensic Toxicology | .................. |
|  |  | [ ] Drug Anal. Qualitative | .................. |
| **\* Genetic Testing** |  | [ ] Emergency Toxicology | .................. |
| [ ] DNA Based | .................. | [ ] Qualitative Toxicology- |  |
| [ ] Biochemistry | .................. | Rehabilitation Programs | .................. |
|  |  | [ ] Blood Lead | .................. |
| **\* Hematology** |  | [ ] Erythrocyte Protoporphyrin | .................. |
| [ ] Cellular Hematology | .................. | [ ] Urinalysis | .................. |
| [ ] Coagulation | .................. |  |  |
| [ ] Comprehensive | .................. | [ ] Urine Pregnancy Testing | .................. |
| [ ] Other Tests | .................. |  |  |
| [ ] Cytohematology Limited | .................. | **\* Virology** |  |
| [ ] Cytohematology Diagnostic | .................. | [ ] General | .................. |
|  |  | [ ] Limited | .................. |
| **\* Histocompatibility** |  | [ ] Direct Detection | .................. |
| [ ] Limited | .................. |  |  |
| [ ] General | .................. | **\* COMPLETE APPROPRIATE QUESTIONNAIRE(S) ENCLOSED** |  |

DOH-3494 (3/96)                              5

PFI:

## 10. CERTIFICATION

| | YES | NO |
|---|---|---|
| I HAVE RECEIVED AND READ COPIES OF THE FOLLOWING DOCUMENTS: | | |
| Part 19 of 10 NYCRR - Duties and Qualifications of Clinical Laboratory Directors (3/96) | ✓ | |
| Part 34 of 10 NYCRR - Health Care Practitioner Referrals (1/94) | ✓ | |
| Part 58 of 10 NYCRR - Clinical Laboratories (2/94) and Blood Banks (1988 Revision under review) | ✓ | |
| Part 63 of 10 NYCRR - Aids Testing and the Confidentiality of HIV-Related Information (1/94) | ✓ | |
| Part 70 of 10 NYCRR - Regulated Medical Waste (2/83) | ✓ | |
| Article 2, Title II-D of the Public Health Law - Health Care Practitioner Referrals (2/95) | ✓ | |
| Article 5, Title V of the Public Health Law - Clinical Laboratory and Blood Banking Services | ✓ | |
| Article 5, Title VI of the Public Health Law - Laboratory Business Practices (2/95) | ✓ | |
| Laboratory Standards Issued by the Department | ✓ | |

I understand that under section 577.1(a) of the Public Health Law the permit of this laboratory may be revoked, suspended, limited, or annulled if any fact is misrepresented in this application. Changes in any of the information in this application must be reported to the Clinical Laboratory Evaluation Program immediately by the laboratory director(s) or owner. I also understand that additional penalties may apply if I misrepresent, conceal, or fail to disclose facts or information regarding my initial and continuing eligibility for said laboratory permit. Further, I understand that offering a false instrument constitutes a crime under the penal law of the State of New York.

I understand that by signing this application form I agree to any investigation made by the Department of Health to verify or confirm the information I have given or any other investigation made by them in connection with my request for this laboratory permit. If additional information is requested, I will provide it. Further, I understand that, should this application or my status be investigated at any time, I agree to cooperate in such an investigation.

In signing this application, I hereby certify that the information I have given the Department of Health as a basis for obtaining a laboratory permit is true and correct.

THE $1,100.00 REGISTRATION AND INSPECTION AND REFERENCE FEE MUST BE INCLUDED WITH THIS APPLICATION. PLEASE ENCLOSE A CHECK MADE PAYABLE TO THE NEW YORK STATE DEPARTMENT OF HEALTH.

Milan Babich, M.D
Print Name of Director — Signature of Director — Date 4/6/99

DAVID C. FLEISNER
Print Name of Owner — Signature of Owner — Date 4/8/99

Print Name of Assistant Director — Signature of Assistant Director — Date

Print Name of Assistant Director — Signature of Assistant Director — Date

Print Name of Assistant Director — Signature of Assistant Director — Date

10

LABORATORY PFI & CODE NUMBERS: ___  ___ ___ ___

NAME AND ADDRESS OF LABORATORY: *BioSafe Laboratories, Inc.*
*8600 W Catalpa Ave.*
*Chicago, FL 60656*

NEW YORK STATE DEPARTMENT OF HEALTH
WADSWORTH CENTER
CLINICAL LABORATORY EVALUATION PROGRAM
EMPIRE STATE PLAZA, P.O. BOX 509
ALBANY, NEW YORK 12201-0509

## ONCOLOGY-SERUM AND SOLUBLE TUMOR MARKERS QUESTIONNAIRE

Complete if the laboratory holds or is applying for a permit in this category. Referring to the enclosed instructions indicate the manufacturer, kit and method (RIA, EIA etc.) used for each type of test performed. Processing of your application and mailing of proficiency testing specimens will be delayed until this questionnaire has been received.

| Analyte | Instrument Code | Reagent Code | Numbers of Samples Analyzed in Last 12 Months |
|---|---|---|---|
| □ AFP | 2 | 3 | 4 |
| □ CEA | 5 | 6 | 7 |
| ☒ PSA | M P R   8 | H Y 4   9 | 10 |
| □ Free PSA | 11 | 12 | 13 |
| □ CA125 | 14 | 15 | 16 |
| □ CA15-3 | 17 | 18 | 19 |
| □ CA19-9 | 20 | 21 | 22 |
| □ CA27.29 | 23 | 24 | 25 |
| □ NMP22 | 26 | 27 | 28 |
| □ Bard BTA | 29 | 30 | 31 |
| □ AuraTek | 32 | 33 | 34 |
| □ Other* _____ | 35 | 36 | 37 |
| _____ | 38 | 39 | 40 |

Are there any other tests your laboratory is currently performing that are used in the diagnosis or management of cancer (do not include pathology/cytology)?    No ✓    Yes _____   If yes, describe.*

The laboratory director and all responsible assistant directors must sign below. For renewal applications, refer to page 2 for the current responsibilities of each assistant director.

| | | |
|---|---|---|
| 4/6/99 | *[signature]* | 41   CQ Code |
| Date | Signature, Laboratory Director | |
| | | 42   CQ Code |
| Date | Signature, Assistant Director | |

Additional responsible assistant director(s) must also sign and print name(s) below or use an additional sheet.

DOH-178A (2/98)

11

LABORATORY PFI & CODE NUMBER:
NAME AND ADDRESS OF LABORATORY:
BioSafe Laboratories, Inc.
8600 W. Catalpa Ave.
Chicago, FL 60656

NEW YORK STATE DEPARTMENT OF HEALTH
WADSWORTH CENTER
CLINICAL LABORATORY EVALUATION PROGRAM
EMPIRE STATE PLAZA, P.O. BOX 509
ALBANY, NEW YORK 12201-0509

## DIAGNOSTIC IMMUNOLOGY - DIAGNOSTIC SERVICES QUESTIONNAIRE

Indicate all analytes that you currently test for or wish to apply for below.  Referring to the enclosed instructions, enter under column I the code for the test technique you will be using; under II, enter the code for the test manufacturer; and under III enter the number of tests your laboratory performed in the last calendar year.  Please note, if you perform any of the tests indicated below on donors of human organs and/or tissues for transplantation you should apply for the Donor Services category and complete the Donor Services Questionnaire DOH-6790(b).  Processing of your application and mailing of proficiency testing specimens will be delayed until this questionnaire has been received.

### ANALYTE

| ANALYTE | I | II | III |
|---|---|---|---|
| Alpha-1-antitrypsin | — | — | — |
| Antinuclear Ab | — | — | — |
| Antistreptolysin O | — | — | — |
| Borrelia burgdorferi Ab | — | — | — |
| B. burgdorferi Western blot | — | — | — |
| Complement C3 | — | — | — |
| Complement C4 | — | — | — |
| Cryptococcus neoformans Ag | — | — | — |
| Cytomegalovirus Ab | — | — | — |
| Hepatitis B core Ab | — | — | — |
| Hepatitis B surface Ag | — | — | — |
| Hepatitis Be Ag | — | — | — |
| Hepatitis C Ab | — | — | — |

### ANALYTE

| ANALYTE | I | II | III |
|---|---|---|---|
| Heterophile (inf. mono.) | — | — | — |
| HTLV-I-Ab EIA | — | — | — |
| HTLV-I-Western Blot | — | — | — |
| Immunoglobulin A | — | — | — |
| Immunoglobulin E | 4 | 32 | 0 |
| Immunoglobulin G | — | — | — |
| Immunoglobulin M | — | — | — |
| Rheumatoid factor | — | — | — |
| Rubella Ab | — | — | — |
| Rubella IgM Ab | — | — | — |
| Syphilis-reagin Ab | — | — | — |
| Syphilis-treponemal Ab | — | — | — |

The laboratory director and all responsible assistant directors must sign below.   For renewal applications, refer to page 2 for the current responsibilities of each assistant director.

4/6/99
Date

_(signature)_
Signature, Laboratory Director

Milon Bobich, M.D.
Print Name or CQ Code

_____
Date

_____
Signature, Assistant Director

_____
Print Name or CQ Code

Additional responsible assistant director(s) must also sign and print name(s) below or use an additional sheet.

DOH-679a(2/98)

12

New York State Department of Health
Wadsworth Center
Clinical Laboratory Evaluation Program

# FACILITY PERSONNEL

PFI:
LABORATORY:
ADDRESS:
CITY:
STATE
ZIP CODE:

CONSULTANT:

SURVEY DATE(S):

LABORATORY TESTING HOURS:

LABORATORY DIRECTOR:

LABORATORY ASSISTANT DIRECTOR(S):

DOH-709 Revised October 1998

PH:

| Employee Name | | Education | | | Yrs Exp | Job Title | Repl. | Skill | | | Appr. as | Comments | Reviewed by | Review Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last | First | Degree | Major | Year | | | | 1 2 3 W | Hist PT PT PD | | | | | |

Survey Date: _____

Page ____ of ____

CLEP Review

S=Supervisor; MT= Medical Technologist; MLT= Medical Laboratory Technician; HT= Histotechnologist; C= Cytotechnologist; CT= Cytotechnician; HTL= Histotechnologist.

DOH-709 Revised October 1998

14

PR

Page ____ of ____   Survey Date: ____

| Employee Name | | Education | | | Yrs Exp | Job Title | Dept | Shift | | | | Hrs FT, PT, PD | Appr. st | CLEP Review Comments | Reviewed by | Review date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last | First | Degree | Major | Year | | | | 1 | 2 | 3 | W | | | | | |
| Tyrrell | Steven | BS | Biology | 1989 | 10 | S | R&D | X | | | | 40, FT | | | | |
| Diebko | Douglas | BS | MT | 1977 | 16 | S | Lab | X | | | | 40, FT | | | | |
| Le Bui | Tuan | BS | MT | 1992 | 6 | MT | Lastecu | X | | | | 40, FT | | | | |
| Warner | Cheryl | BS | Micro | 1972 | 1 | MT | R&D | X | | | | 20, PT | | | | |
| Grieco | Barbara | BS | Biology | 1988 | 1 | MT | Locaso | X | | | | 40, FT | | | | |
| Hendrikse | Patricia | BS | MT | 1976 | 22 | MT | Lab | X | | | | 40, FT | | | | |

CLINICAL LABORATORY EVALUATION PROGRAM
WADSWORTH CENTER
NEW YORK STATE DEPARTMENT OF HEALTH
EMPIRE STATE PLAZA, PO BOX 509
ALBANY, NEW YORK 12201-0509

OFFICE USE ONLY

## APPLICATION FOR CERTIFICATE OF QUALIFICATION -
## CLINICAL LABORATORY DIRECTOR/ASSISTANT DIRECTOR

Please read the enclosed Part 19 10NYCRR for a description of certificate of qualification requirements and read and follow the instructions carefully since submission of incomplete or incorrect applications will delay processing.

NOTE: You must enclose a $40.00 application fee payment. Your check or money order should be made payable to the New York State Department of Health.

1. TYPE OF APPLICATION:   ☒ Initial          ☐ Renewal              ☐ Amendment

2. PERSONAL INFORMATION:

| LAST NAME | FIRST NAME | MIDDLE NAME | PROFESSIONAL TITLE/DEGREE |
|-----------|-----------|-------------|---------------------------|
| Babich | Milan | | |

| HOME ADDRESS | | CITY | STATE | ZIP |
|--------------|--|------|-------|-----|
| 15004 Pleasant Valley Rd. | | Woodstock | IL | 60098 |

| TELEPHONE NUMBERS WITH AREA CODE | | EMAIL ADDRESS |
|--|--|--|
| (Home) 815.338.8955 | (Work) 773.693.0400 | |

3. GRADUATE/PROFESSIONAL EDUCATION: List all medical schools, colleges and universities attended in chronological order whether or not a degree was received. Renewal applicants need only list any education gained since the last application.

| SCHOOL NAME AND LOCATION (CITY) | LOCATION (STATE/COUNTRY) | MAJOR SUBJECTS | YEAR FROM | YEAR TO | DEGREE |
|--------------------------------|--------------------------|----------------|-----------|---------|--------|
| University of Zagreb, Medical School Rijeka | Croatia | Medicine | | 1962 | M.D. |
| | | | | | |
| | | | | | |

List any additional education in the same format on an attached continuation sheet.

4. BOARD CERTIFICATION: Initial applicants must provide a copy of their Board Certificate(s).

| | |
|---|---|
| American Board of Pathology | 5/6/74 |
| | |

List any additional board certifications in the same format on an attached continuation sheet.

5. LICENSURE: Physicians and dentists who are licensed and registered with the New York State Education Department must provide a copy of their current registration. Applicants not licensed in New York State but licensed in another state must provide a copy of their current registration in their state of practice. Unlicensed applicants must provide an official copy of their doctoral transcripts.

Are you licensed and currently registered to practice medicine or dentistry in New York State?  ☐ Yes ☒ No

| | | | | |
|---|---|---|---|---|
| | | | | |

Are you licensed and currently registered to practice medicine or dentistry in any other state?  ☒ Yes ☐ No

| | | | | |
|---|---|---|---|---|
| Physician + Surgeon | 36-43989 | IL | 1971 | 7/31/99 |

| | | | | |
|---|---|---|---|---|
| | | | | |

List any additional licensure information in the same format on an attached continuation sheet.

6. POSTDOCTORAL TRAINING & EXPERIENCE: List all positions held in reverse chronological order. Renewal applicants must list all training or experience gained since the last application whether or not their duties have changed.

| Name, Address and Description of Institution (most recent first) | Name of Director or Supervisor | Your Title | From (Mo./Yr.) | To (Mo./Yr.) |
|---|---|---|---|---|
| Evanston Hospital | | | 1971 | 1973 |
| Describe duties by specialty: Residency Training – Anatomic/Clinical Pathology | | | | |
| Edgewater Hospital Chicago, IL | | | 1969 | 1971 |
| Describe duties by specialty: Residency Training - Anatomic/Clinical Pathology | | | | |

List any additional experience in the same format on an attached continuation sheet.

7. CURRENT EMPLOYMENT: All sites of current employment must be listed along with job titles, whether as laboratory director or otherwise, and the name of your director or supervisor.

| Name, Address and Description of Institution | Name of Director or Supervisor | Your Title | From (Mo./Yr.) |
|---|---|---|---|
| Sherman Hospital Elgin, IL | S. Kim, M.D. | Pathologist | 1989 |
| Description of Duties: Anatomic/Clinical Pathology Microbiology, Chemistry, LIS. | | | |
| BioSafe Laboratories, Inc. Chicago, IL. | | Laboratory Director | 3/1999 |
| Description of Duties: | | | |

List any additional current employment in the same format on an attached continuation sheet.

Applicants are encouraged to include a copy of their current curriculum vitae.

**B. CATEGORIES REQUESTED:** Be sure to check off each category you seek to hold on your certificate. You will not be considered for any category you do not apply for. Renewal and amendment applicants check only additional categories requested.

| CATEGORIES | REQUIREMENTS | |
|---|---|---|
| | MD, License, Registration, Recency and | Doctoral Degree, Recency and |
| □ Bacteriology | ABP(CP), ABMM or Experience | ABMM or Experience |
| □ Blood Banking Collection - Comprehensive | Experience | Experience |
| □ Blood Banking Collection - Limited | ABP(CP), ABIM(Hem) or Experience | Experience |
| □ Blood Lead | ABP(CP), ABCC(TC), ABFT or Experience | ABCC(TC), ABFT or Experience |
| □ Blood pH and Gases | ABP(CP), ABCC(CC) or Experience | ABCC(CC) or Experience |
| □ Cellular Immunology - Limited I<br>□ Cellular Immunology - Limited II<br>□ Cellular Immunology - Limited III<br>□ Cellular Immunology - Limited III<br>□ Cellular Immunology - Limited IV | Experience | Experience |
| ☒ Clinical Chemistry | ABP(CP), ABCC(CC) or Experience | ABCC(CC) or Experience |
| □ Cytogenetics | Experience | Experience |
| □ Cytopathology | ABP(AP) | |
| ☒ Diagnostic Immunology | ABP(CP), ABMM, ABMLI or Experience | ABMM, ABMLI or Experience |
| □ Drug Analysis/Quantitative | ABP(CP), ABCC(CC), ABCC(TC), ABFT or Experience | ABCC(CC), ABCC(TC), ABFT or Experience |
| □ Endocrinology | ABP(CP), ABCC(CC) or Experience | ABCC(CC) or Experience |
| □ Erythrocyte Protoporphyrin | ABP(CP), ABCC(TC), ABFT or Experience | ABCC(TC), ABFT or Experience |
| □ Parentage/Identity Testing | Experience | Experience |
| □ Forensic Toxicology | ABCC(TC), ABFT or Experience | ABCC(TC), ABFT or Experience |
| □ Genetic Testing | Experience | Experience |
| □ Hematology | ABP(CP), ABIM(Hem) + 6 months Training, or Experience | Experience |
| □ Histocompatibility | Experience | Experience |
| □ Histopathology<br>□ Oral Pathology<br>□ Dermatopathology | ABP(AP)<br>ABP(AP)<br>ABP(AP) or ABP(DP) | ABOP/DDS only) |
| □ Immunohematology | ABP(CP) or Experience | Experience |
| □ Mycobacteriology | ABP(CP), ABMM or Experience | ABMM or Experience |
| □ Mycology | ABP(CP), ABMM or Experience | ABMM or Experience |
| □ Oncofetal Antigens-Fetal Defect Markers | Experience | Experience |
| ☒ Oncology-Sera and Soluble Tumor Markers<br>□ Oncology-Molecular Detection | Experience | Experience |
| □ Parasitology | ABP(CP), ABMM or Experience | ABMM or Experience |
| □ Paternity/Identity Testing -HLA Testing<br>□ Paternity/Identity Testing -Blood Genetic Marker Testing<br>□ Paternity/Identity Testing -DNA Testing | Experience | Experience |
| □ Ther. Sub. Mon./Quant. Tox. | ABP(CP), ABCC(CC), ABCC(TC) or Experience | ABCC(CC), ABCC(TC) or Experience |
| □ Transfusion Services | ABP(BB/TM), ABP(CP) + 6 months Training, ABIM(Hem) + 6 months Training, or Experience | |
| □ Virology | ABMM or Experience | ABMM or Experience |

4

**8. CATEGORIES REQUESTED:** Be sure to check off each category you seek to hold on your certificate. You will not be considered for any category you do not apply for. Renewal and amendment applicants check only additional categories requested.

| CATEGORIES | REQUIREMENTS | |
|---|---|---|
| | MD, License, Registration, Renewal and | Doctoral Degree, Renewal and |
| ☐ Bacteriology | ABP(CP), ABMM or Experience | ABMM or Experience |
| ☐ Blood Banking Collection - Comprehensive | Experience | Experience |
| ☐ Blood Banking Collection - Limited | ABP(CP), ABIM(Hem) or Experience | Experience |
| ☐ Blood Lead | ABP(CP), ABCC(TC), ABFT or Experience | ABCC(TC), ABFT or Experience |
| ☐ Blood pH and Gases | ABP(CP), ABCC(CC) or Experience | ABCC(CC) or Experience |
| ☐ Cellular Immunology - Limited I ☐ Cellular Immunology - Limited II ☐ Cellular Immunology - Limited IIB ☐ Cellular Immunology - Limited III ☐ Cellular Immunology - Limited IV | Experience | Experience |
| ☒ Clinical Chemistry | ABP(CP), ABCC(CC) or Experience | ABCC(CC) or Experience |
| ☐ Cytogenetics | Experience | Experience |
| ☐ Cytopathology | ABP(AP) | |
| ☒ Diagnostic Immunology | ABP(CP), ABMM, ABMLI or Experience | ABMM, ABMLI or Experience |
| ☐ Drug Analysis/Qualitative | ABP(CP), ABCC(CC), ABCC(TC), ABFT or Experience | ABCC(CC), ABCC(TC), ABFT or Experience |
| ☐ Erythrocyte Protoporphyrin | ABP(CP), ABCC(TC), ABFT or Experience | ABCC(TC), ABFT or Experience |
| ☐ Forensic/Identity Testing | Experience | Experience |
| ☐ Forensic Toxicology | ABCC(TC), ABFT or Experience | ABCC(TC), ABFT or Experience |
| ☐ Genetic Testing | Experience | Experience |
| ☐ Hematology | ABP(CP), ABIM(Hem) + 6 months Training, or Experience | Experience |
| ☐ Histocompatibility | Experience | Experience |
| ☐ Histopathology ☐ Oral Pathology ☐ Dermatopathology | ABP(AP) ABP(AP) ABP(AP) or ABP(DP) | ABOP(DDS only) |
| ☐ Immunohematology | ABP(CP) or Experience | Experience |
| ☐ Mycobacteriology | ABP(CP), ABMM or Experience | ABMM or Experience |
| ☐ Mycology | ABP(CP), ABMM or Experience | ABMM or Experience |
| ☐ Oncofetal Antigens-Fetal Defect Markers | Experience | Experience |
| ☒ Oncology-Sera and Soluble Tumor Markers ☐ Oncology-Molecular Detection | Experience | Experience |
| ☐ Parasitology | ABP(CP), ABMM or Experience | ABMM or Experience |
| ☐ Paternity/Identity Testing -HLA Testing ☐ Paternity/Identity Testing -Blood Genetic Marker Testing ☐ Paternity/Identity Testing -DNA Testing | Experience | Experience |
| Ther. Sub. Mon./Quant. Tox. | ABP(CP), ABCC(CC), ABCC(TC) or Experience | ABCC(CC), ABCC(TC) or Experience |
| ☐ Transfusion Services | ABP(BB/TM), ABP(CP) + 6 months Training, ABIM(Hem) + 6 months Training, or Experience | |
| ☐ Virology | ABMM or Experience | ABMM or Experience |

6. Post Doctoral Training and Experience (cont.)

| | | | | |
|---|---|---|---|---|
| St. Mary of Nazareth Hospital Cir. Chicago, IL | | Medical Director of Pathology Dept. | 1974 | 1989 |

Describe duties by specialty.

Medical Director

| | | | | |
|---|---|---|---|---|
| | | | | |

Describe duties by specialty.

21

**B. CERTIFICATION**

**a.** Have you ever had charges of administrative violations of local, state or federal laws, rules and regulations, including, but not limited to, the Public Health Law or related statutes, concerning the provision of health care services or reimbursement for such services sustained against you? Are such charges currently pending?

☐ Yes    ☒ No

If yes, please provide details on a separate sheet and attach to this form.

Have you ever been convicted of any crime, including, but not limited to, any offense related to the furnishing of or billing for clinical laboratory services and medical care, services or supplies, which is considered an offense involving theft or fraud? Are such charges currently pending?

☐ Yes    ☒ No

If yes, please provide details on a separate sheet and attach to this form.

**b.** I understand that under Section 577.1(a) of the Public Health Law my Certificate of Qualification may be revoked, suspended, limited or annulled if any fact is misrepresented in this application. Changes in any of the information in this application must be reported to the Clinical Laboratory Evaluation Program immediately. I also understand that additional penalties may apply if I misrepresent, conceal, or fail to disclose facts or information regarding my initial or continuing eligibility for a Certificate of Qualification, including conviction of any crime related to billing for laboratory services, omission or misrepresentation of material facts in applying for professional license, permit or registration related to the operation of a clinical laboratory or the concealment of ownership or controlling interest in a clinical laboratory. Further, I understand that offering a false instrument constitutes a crime under the Penal Law of the State of New York.

I understand that by signing this application form I agree to any investigations made by the Department of Health to verify or confirm the information I have given or any other investigation made by them in connection with my request for this Certificate of Qualification. If additional information is requested, I will provide it. Further, I understand that, should this application or my status be investigated at any time, I agree to cooperate in such an investigation.

In signing this application, I hereby certify that the information I have given the Department of Health as a basis for obtaining a Certificate of Qualification is true and correct.

_____          4/7/99
Signature                                 Date

The $ 40.00 application fee must be included with this application.

Submit forms to:          **CLINICAL LABORATORY EVALUATION PROGRAM**
                          **WADSWORTH CENTER**
                          **NEW YORK STATE DEPARTMENT OF HEALTH**
                          **EMPIRE STATE PLAZA, PO BOX 509**
                          **ALBANY, NEW YORK 12201-0509**

DOH-238 (7/98)                    6



# The American Board of Pathology

*Herewith certifies that*

## Milan Babich, M.D.

*Has pursued an accepted course of graduate study and clinical work and has demonstrated his proficiency for the satisfaction of the Board of Trustees*

*Therefore on this twenty-sixth day of May, 1974*

### The American Board of Pathology

*has granted this certificate of qualification for the practice of*

### Anatomic and Clinical Pathology





24

**BIOSAFE LABORATORIES, INC.**
300 KNIGHTSBRIDGE PKWY., SUITE 320
LINCOLNSHIRE, IL 60069

HARRIS TRUST
AND SAVINGS BANK
CHICAGO, IL 60690
2-28/710

2036

3/23/99

PAY TO THE
ORDER OF    New York State Department of Health                                          $ **40.00

Forty and 00/100************************************************************************************************ DOLLARS

New York State Department of Health

MEMO

⑈00 2036⑈ ⑈07 1000 288⑈  189 735 4

BIOSAFE LABORATORIES, INC.                                                                               2036

New York State Department of Health                         3/23/99                              40.00
                                              Lab

Harris Bank BL                                                                                          40.00