**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

BARRON PARTNERS, LP,

                                Docket No: 07-CV-11135 (JSR)

              Plaintiff

      - against -

LAB123, INC., HENRY A. WARNER, FRED
FITZSIMMONS, KENT B. CONNALLY, KURT
KATZ, ROBERT TRUMPY, JEREMY A. WARNER,
DAVID FLEISNER, BIOSAFE LABORATORIES,
INC, and BIOSAFE MEDICAL TECHNOLOGIES,
INC.,

              Defendants
-------------------------------------------------------------X



### Settlement Bar Order

This matter comes before the Court on a motion by settling Defendants Fred Fitzsimmons ("Fitzsimmons")

and David Fleisner ("Fleisner") (collectively, "Settling Defendants"), unopposed by Plaintiff Barron Partners,

LP ("Barron"), due notice having been given and the Court being advised, it is hereby ORDERED that:

1. On February 26, 2008, the Settling Defendants and Barron executed a binding settlement agreement with respect to Barron's claims in this case before entry of a final judgment;

2. Pursuant Section 78u-4(f)(7)(A) of the Private Securities Litigation Reform Act ("PSLRA"), the Settling Defendants are hereby forever discharged of all obligations to Barron arising out of this action;

3. Pursuant Section 78u-4(f)(7)(A)(i) of the PSLRA, all future claims against the Settling Defendants for contribution arising out of this action are barred;

4. Pursuant Section 78u-4(f)(7)(A)(ii) of the PSLRA, all future claims for contribution arising out of this action by the Settling Defendants against any person are barred; and

5. Pursuant to Section 78u-4(f)(7)(B)(ii), any judgment entered against the remaining defendants will be reduced by the amount that corresponds to the Settling Defendants' percentage of responsibility.

ENTERED

_____
USDJ
7-25-08