UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
BARRON PARTNERS, LP,                                :      Index No.
                                                    :      07 CV 11135 (JSR)
                        Plaintiff,                  :
                                                    :      STIPULATION
        -against-                                   :      AND ORDER
                                                    :
LAB123, INC., HENRY A. WARNER, FRED                 :
FITZSIMMONS, KENT B. CONNALLY, KURT                 :
KATZ, ROBERT TRUMPY, JEREMY J. WARNER,              :
DAVID FLEISNER, BIOSAFE LABORATORIES,               :
INC., and BIOSAFE MEDICAL TECHNOLOGIES, INC.,       :
                                                    :      ECF CASE
                        Defendants.                 :
----------------------------------------------------------x

    WHEREAS, the parties in the above-captioned action advised the Court on January 22, 2009, that they have reached a settlement in principle;

    WHEREAS, the Court has ordered the parties to complete all discovery by January 31, 2009 and submit all motions for summary judgment on or before February 18, 2009; all responses by March 6, 2009, and all replies by March 13, 2009;

    WHEREAS; the parties believe that it is in their interest to devote their time to drafting and executing of a settlement agreement but would like to preserve their rights to continue discovery for ten (10) days and submit dispositive motions in accordance with the prior scheduling order in the unlikely event that the settlement is not consummated;

    The parties HEREBY STIPULATE AND AGREE as follows:

    1.  The parties have agreed to a full and final settlement in principle of this matter.

    2.  The settlement will be completed no later than Monday, February 23, 2009.

    3.  If, on or before Monday, February 23, 2009, the parties advise the Court that the there will be no settlement of this matter, then the Court will issue an order amending the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-09

discovery and briefing schedule so that the parties have 10 days to complete discovery and 18 days from the end of the discovery period to submit dispositive motions and the same amount time to file any responses or reply briefs as they had under the terms of the scheduling order.

| | |
|---|---|
| **LAX & NEVILLE, LLP** | **KAUFMAN DOLOWICH VOLUCK & GONZO, LLP** |
| *Attorneys for Plaintiff Barron Partners, LP* | *Attorneys for Defendants Lab123, Inc., Biosafe Laboratories, Inc., Biosafe Medical Technologies, Inc., Henry A. Warner, and Robert Trumpy* |

By: _____
Barry Lax, Esq. (BL 1302)
1412 Broadway, Suite 1407
New York, NY 10018
Tel: (212) 696-1999

By: _____
Janene M. Marasciullo, Esq. (JMM 0007)
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
(516) 681-1100

Dated: January ____, 2009

Dated: January 23, 2009

**SO ORDERED:**

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
January 23, 2009

ND: 4846-4306-7395, v. 1

2